UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHASE WILLIAMS and WILLIAM ZHANG, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>                    v.<br><br>BLOCK.ONE, BRENDAN BLUMER, and DAN LARIMER,<br><br>              Defendants. | Case No. 1:20-cv-02809-LAK<br><br>Honorable Lewis A. Kaplan |

**NOTICE OF MOTION FOR APPOINTMENT OF LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that JD Anderson, David Muhammad, Rajith Thiagarajan, Chase Williams, and Token Fund I LLC respectfully move this Court (i) to appoint them lead plaintiffs in the above-captioned action and (ii) to approve their selection of Roche Cyrulnik Freedman LLP and Selendy & Gay PLLC as Co-Lead Counsel pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §77z-1(a)(3)(B)(i).  A proposed order is attached to this notice and will be submitted to the Orders Clerk concurrently with this filing.  In support of the motion, JD Anderson, David Muhammad, Rajith Thiagarajan, Chase Williams, and Token Fund I LLC rely upon the accompanying memorandum of law and any other written or oral argument as may be requested or permitted by the Court.

Dated:   June 8, 2020
         New York, New York

                                                        Respectfully submitted,

| */s/ Philippe Z. Selendy* | */s/ Kyle W. Roche* |
|---|---|
| Philippe Z. Selendy | Kyle W. Roche |
| Jordan A. Goldstein | Edward Normand |
| Joshua S. Margolin | Velvel (Devin) Freedman (pro hac pending) |
| Oscar Shine | Joseph M. Delich |
| SELENDY & GAY, PLLC | ROCHE CYRULNIK |
| 1290 Sixth Avenue, 17th Floor | FREEDMAN LLP |
| New York, NY 10104 | 99 Park Avenue, 19th Floor |
| pselendy@selendygay.com | New York, NY 10016 |
| jgoldstein@selendygay.com | kyle@rcfllp.com |
| jmargolin@selendygay.com | tnormand@rcfllp.com |
| oshine@selendygay.com | vel@rcfllp.com |
| | jdelich@rcfllp.com |