# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHASE WILLIAMS AND WILLIAM ZHANG, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>BLOCK.ONE, BRENDAN BLUMER, and DANIEL LARIMER,<br><br>        Defendants. | Civ. No. 1:20-cv-2809-LAK<br><br>CLASS ACTION |
| CRYPTO ASSETS OPPORTUNITY FUND LLC and JOHNNY HONG, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br>    v.<br><br>BLOCK.ONE, BRENDAN BLUMER, DANIEL LARIMER, IAN GRIGG, and BROCK PIERCE,<br><br>        Defendants. | Civ. No.: 1:20-cv-3829<br><br>CLASS ACTION |

## NOTICE OF MOTION OF
## THE CRYPTO ASSETS OPPORTUNITY FUND, LLC FOR CONSOLIDATION OF CASES, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF COUNSEL

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, before the Honorable Lewis A. Kaplan, at the U.S. District Court for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 21B, New York, New York, 10007, or by some other means chosen by the Court, The Crypto Assets Opportunity Fund, LLC ("CAOF") will respectfully move this Court for the entry of an Order: (i) consolidating the two above-captioned putative class actions; (ii) appointing CAOF as Lead Plaintiff in the resulting consolidated class action pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (iii) approving CAOF's selection of Grant & Eisenhofer P.A. and the Bluhm Legal Clinic of the Northwestern Pritzker School of Law Complex Civil Litigation and Investor Protection Center as Lead Counsel. This Motion is made on the grounds that CAOF is the "most adequate plaintiff" pursuant to the PSLRA. In support of this Motion, CAOF submits the accompanying Memorandum of Law and Declaration of Daniel L. Berger and attached exhibits.

Dated: New York, New York  
June 8, 2020

Respectfully submitted,

 */s/ Daniel L. Berger*  
Jay W. Eisenhofer  
Daniel L. Berger  
Caitlin M. Moyna  
**GRANT & EISENHOFER P.A.**  
485 Lexington Avenue  
New York, NY 10017  
Tel.: (646) 722-8500  
Fax: (646) 722-8501  
Email: jeisenhofer@gelaw.com  
Email: dberger@gelaw.com  
Email: cmoyna@gelaw.com

J. Samuel Tenenbaum  
**Northwestern Pritzker School of Law**  
**Complex Civil Litigation and Investor Protection Center**  
375 East Chicago Ave.  
Chicago, IL 60611  
Tel: (312) 503-4808  
Email: s-tenenbaum@law.northwestern.edu

*Counsel for The Crypto Assets Opportunity Fund, LLC*