IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHASE WILLIAMS AND WILLIAM ZHANG, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>BLOCK.ONE, BRENDAN BLUMER, and DANIEL LARIMER,<br><br>                Defendants. | Civ. No. 1:20-cv-02809-LAK<br><br><u>CLASS ACTION</u> |
| CRYPTO ASSETS OPPORTUNITY FUND LLC and JOHNNY HONG, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>BLOCK.ONE, BRENDAN BLUMER, DANIEL LARIMER, IAN GRIGG, and BROCK PIERCE,<br><br>                Defendants. | Civ. No.: 1:20-cv-3829<br><br><u>CLASS ACTION</u> |

**DECLARATION OF DANIEL L. BERGER IN SUPPORT OF MOTION OF
THE CRYPTO ASSETS OPPORTUNITY FUND, LLC FOR
CONSOLIDATION OF ACTIONS, APPOINTMENT OF LEAD PLAINTIFF, AND
<u>APPROVAL OF LEAD COUNSEL SELECTION</u>**

    I, Daniel L. Berger, declare as follows:

    1.    I am a Director of Grant & Eisenhofer P.A. ("Grant & Eisenhofer"), 485 Lexington Avenue, New York, NY 10017, co-counsel for Crypto Assets Opportunity Fund, LLC ("CAOF").

1

2. I submit this declaration in support of CAOF's motion pursuant to Rule 42 of the Federal Rules of Civil Procedure and Section 21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4, for an order: (1) consolidating the above-captioned related cases; (2) appointing CAOF as Lead Plaintiff in the consolidated action; and (3) approving CAOF's selection of Grant & Eisenhofer and the Bluhm Legal Clinic of the Northwestern Pritzker School of Law Complex Civil Litigation and Investor Protection Center as Lead Counsel for the proposed class.

3. Attached hereto as Exhibit A is a true and correct copy of the first public notice announcing the pendency of *Williams v. Block.one et al.*, No. 1:20-cv-02809, published on April 8, 2020 through *Business Wire*.

4. Attached hereto as Exhibit B is a true and correct copy of the public notice announcing the pendency of *Crypto Assets Opportunity Fund LLC v. Block.one et al.*, No. 1:20-cv-3829, published on May 18, 2020 through *PR Newswire*.

5. Attached hereto as Exhibit C is the certification of CAOF pursuant to the PSLRA.

6. Attached hereto as Exhibit D is the firm biography of Grant & Eisenhofer.

7. Attached hereto as Exhibit E is the biography of J. Samuel Tenenbaum, the Director of the Bluhm Legal Clinic of the Northwestern Pritzker School of Law Complex Civil Litigation and Investor Protection Center.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on June 8, 2020.

                                                        */s/ Daniel L. Berger*
                                                        Daniel L. Berger