# Exhibit A



# Roche Cyrulnik Freedman and Selendy & Gay Announce Class Action Filing Asserting Federal Securities and Other Claims Against Block.one and Other Defendants Regarding Unregistered Offer and Sale of Digital Tokens; and Related Lead Plaintiff Deadline

April 08, 2020 11:57 PM Eastern Daylight Time

NEW YORK--(<u>BUSINESS WIRE</u>)--Roche Cyrulnik Freedman LLP and Selendy & Gay PLLC, elite litigation law firms based in New York, announce that a lawsuit is pending in the Southern District of New York that alleges that Block.one and certain officers of Block.one (collectively, "Defendants") violated federal and state securities laws by offering and selling digital tokens without a registration statement in effect for the securities it was offering and selling. The proposed class includes all persons who purchased EOS digital tokens between June 26, 2017 and the present (the "Class Period"). The lawsuit, captioned Williams et al. v. Block.One et al., is pending under docket number 1:20-cv-02809-LAK and seeks rescission and damages.

The federal securities claims are brought under Sections 5, 12(a)(1), and 15 of the Securities Act of 1933, 15 U.S.C. §§ 77e, 77*l*(a)(1), 77o. The state securities claims are brought under Tex. Rev. Civ. Stat. art. 581-33 and N.J. Stat. Ann. § 49:3-71.

Pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. § 77z-1(a)(3)(A)(i)(II), any member of the proposed class seeking to serve as lead plaintiff of the proposed class shall, no later than 60 days after the date on which this notice is published, move the Court for appointment as lead plaintiff and approval of lead plaintiff's selection of lead counsel. Any member of the proposed class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain a member of the proposed class. If you purchased EOS tokens during the Class Period, you have until June 8, 2020 to ask the Court to appoint you as lead plaintiff for the class.

No class has yet been certified in the above action. Until a class is certified, you are not represented by counsel unless you retain a lawyer. You may retain counsel of your choice. You may also remain an absent class member and do nothing at this point. Your ability to share in any potential future recovery is not dependent upon serving as lead plaintiff.

If you wish to discuss this action, your potential claims, or have any other questions concerning this notice or your legal rights or interests, please contact plaintiff's counsel:

Kyle W. Roche
Roche Cyrulnik Freedman LLP
99 Park Avenue, 19th Floor
New York, NY 10016
<u>kyle@rcfllp.com</u>
(646) 970-7509
<u>https://rcfllp.com/</u>

Philippe Z. Selendy
Selendy & Gay, PLLC
1290 Sixth Avenue, 17th Floor
New York, NY 10104

pselendy@selendygay.com
(212) 390-9002
https://www.selendygay.com/

Roche Cyrulnik Freedman and Selendy & Gay have significant experience in prosecuting major securities actions, including in the crypto-asset space, and have collectively recovered billions on behalf of clients. Both firms represent plaintiffs and defendants worldwide and are part of the team appointed interim lead counsel in the lawsuit concerning digital assets captioned Leibowitz et al v. iFinex Inc. et al, pending in the Southern District of New York under docket number 1:19-cv-09236.

This notice may be considered attorney advertising in some jurisdictions under the applicable law and rules of ethics.

Contacts
Kyle W. Roche
Roche Cyrulnik Freedman LLP
99 Park Avenue, 19th Floor
New York, NY 10016
kyle@rcfllp.com
(646) 970-7509
https://rcfllp.com/

Philippe Z. Selendy
Selendy & Gay, PLLC
1290 Sixth Avenue, 17th Floor
New York, NY 10104
pselendy@selendygay.com
(212) 390-9002
https://www.selendygay.com/