# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHASE WILLIAMS AND WILLIAM ZHANG, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>BLOCK.ONE, BRENDAN BLUMER, and DANIEL LARIMER,<br><br>    Defendants. | Civ. No. 1:20-cv-02809-LAK<br><br>**CLASS ACTION** |
| CRYPTO ASSETS OPPORTUNITY FUND LLC and JOHNNY HONG, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>BLOCK.ONE, BRENDAN BLUMER, DANIEL LARIMER, IAN GRIGG, and BROCK PIERCE,<br><br>    Defendants. | Civ. No.: 1:20-cv-3829<br><br>**CLASS ACTION** |

**CERTIFICATION ON BEHALF OF
CRYPTO ASSETS OPPORTUNITY FUND, LLC**

    I, Brandon Elsasser, on behalf of Crypto Assets Opportunity Fund, LLC ("CAOF"), certify pursuant to 28 U.S.C. § 1746 and 15 U.S.C. § 78u-4 as follows:

    1.    I am the Chief Investment Officer of CAOF. I am familiar with the matters set forth herein and am duly authorized to make this certification on behalf of CAOF.

2. I have reviewed both the first-filed and second-filed securities class action complaints against Block.one LLC ("Block.one"), Brendan Blumer and Daniel Larimer, and am familiar with the matters set forth herein. Further, I reviewed the second-filed securities class action filed against Block.one, Blumer, Larimer, Grigg and Pierce, and was a named plaintiff in that action. CAOF has authorized the filing of this motion for appointment as lead plaintiff.

3. CAOF did not purchase or acquire the securities of Block.one at the direction of counsel or in order to participate in any private action.

4. CAOF is willing to serve as a representative party on behalf of the proposed class, including providing testimony at deposition and trial, if necessary.

5. Attached as Schedule A to this Certification is a list of CAOF's transactions during the Class Period in the Block.one securities that are the subject of the above-captioned actions.

6. During the three-year period preceding the date of this certification, CAOF has not sought to serve as a representative party on behalf of any class asserting claims under the federal securities laws of the United States.

7. CAOF will not accept any payment for serving as a representative party on behalf of the proposed class beyond its pro rata share of any recovery, except as ordered or approved by the court.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this **8** day of June, 2020.

Crypto Assets Opportunity Fund, LLC

By: _____

Brandon Elsasser, CIO

# EOS Securities -- Schedule A
# Crypto Assets Opportunity Fund LLC

**Relevant Period: July 26, 2017 through April 2, 2020**

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Trade Date | Quantity | Price | Trade Date | Quantity | Price |
| 04/11/18 | 35.9740 | 7.2648 | 04/24/18 | 948.0000 | 14.3047 |
| 04/11/18 | 6.1938 | 7.2656 | 04/25/18 | 12.0000 | 14.2588 |
| 04/11/18 | 20.7892 | 7.2652 | 04/25/18 | 148.8400 | 14.5535 |
| 04/11/18 | 6.9930 | 7.2672 | 04/25/18 | 5.8200 | 14.2590 |
| 04/11/18 | 6.1538 | 7.2709 | 04/25/18 | 3.6100 | 14.2601 |
| 04/11/18 | 16.1838 | 7.2742 | 04/25/18 | 31.0000 | 14.2589 |
| 04/11/18 | 20.8791 | 7.2742 | 04/25/18 | 9.8200 | 14.2595 |
| 04/11/18 | 507.0624 | 7.2750 | 04/25/18 | 17.0000 | 14.2591 |
| 04/11/18 | 141.8580 | 7.2774 | 04/25/18 | 32.3000 | 14.2589 |
| 04/11/18 | 1.8182 | 7.2779 | 04/25/18 | 1.0000 | 14.2580 |
| 04/11/18 | 1.9780 | 7.2785 | 04/25/18 | 31.0000 | 14.2589 |
| 04/11/18 | 17.2827 | 7.2807 | 04/25/18 | 1.6000 | 14.2580 |
| 04/11/18 | 40.1698 | 7.2819 | 04/25/18 | 2.5000 | 14.2580 |
| 04/11/18 | 177.1427 | 7.2823 | 04/25/18 | 110.6100 | 14.2589 |
| 04/11/18 | 350.0196 | 7.2823 | 04/25/18 | 7.3500 | 14.2593 |
| 04/11/18 | 14.7852 | 7.2945 | 04/25/18 | 5.8800 | 14.2587 |
| 04/11/18 | 19.9800 | 7.2970 | 04/25/18 | 1.7700 | 14.2612 |
| 04/11/18 | 529.4700 | 7.2990 | 04/25/18 | 24.7900 | 14.2588 |
| 04/11/18 | 499.5000 | 7.2994 | 04/25/18 | 1.6400 | 14.2591 |
| 04/11/18 | 17.2827 | 7.2998 | 04/25/18 | 7.8400 | 14.2594 |
| 04/11/18 | 670.3190 | 7.3002 | 04/25/18 | 1.1400 | 14.2596 |
| 04/11/18 | 29.9400 | 7.3006 | 04/25/18 | 6.2000 | 14.2595 |
| 04/11/18 | 49.9800 | 7.3006 | 04/25/18 | 21.3500 | 14.2589 |
| 04/11/18 | 768.9003 | 7.3006 | 04/25/18 | 35.0000 | 14.2591 |
| 04/11/18 | 181.6182 | 7.3006 | 04/25/18 | 13.1300 | 14.2590 |
| 04/13/18 | 40.7492 | 8.2325 | 04/25/18 | 578.6300 | 14.2589 |
| 04/13/18 | 35.1049 | 8.2339 | 04/25/18 | 90.5000 | 14.2589 |
| 04/13/18 | 1.9980 | 8.2329 | 04/25/18 | 113.3100 | 14.2590 |
| 04/13/18 | 388.5411 | 8.2348 | 04/27/18 | 1,100.0000 | 16.0329 |
| 04/13/18 | 79.9000 | 8.2348 | 04/30/18 | 0.0600 | 19.1509 |
| 04/13/18 | 300.6990 | 8.2367 | 04/30/18 | 4.8600 | 19.1513 |
| 04/13/18 | 14.9850 | 8.2367 | 04/30/18 | 0.0700 | 19.2175 |
| 04/13/18 | 270.3794 | 8.2371 | 04/30/18 | 33.7500 | 19.1515 |
| 05/29/18 | 2.3477 | 11.4814 | 04/30/18 | 4.3800 | 18.9914 |
| 05/29/18 | 236.7630 | 11.4813 | 04/30/18 | 16.4700 | 19.1516 |
| 05/29/18 | 6.3936 | 11.4813 | 04/30/18 | 26.2100 | 19.1515 |
| 05/29/18 | 1,561.3671 | 11.4813 | 04/30/18 | 212.8700 | 19.1514 |
| 05/29/18 | 34.6353 | 11.4101 | 04/30/18 | 5.5900 | 18.9917 |
| 05/29/18 | 1,547.9705 | 11.4101 | 04/30/18 | 0.4900 | 19.1608 |

# EOS Securities -- Schedule A
# Crypto Assets Opportunity Fund LLC

**Relevant Period: July 26, 2017 through April 2, 2020**

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Trade Date | Quantity | Price | Trade Date | Quantity | Price |
| 06/02/18 | 19.9500 | 14.2879 | 04/30/18 | 1.7500 | 19.0045 |
| 06/02/18 | 2.1978 | 14.2879 | 04/30/18 | 4.8600 | 19.1513 |
| 06/02/18 | 1,451.5270 | 14.2879 | 04/30/18 | 11.0700 | 18.9990 |
| 06/02/18 | 38.6613 | 14.2879 | 04/30/18 | 0.0800 | 19.1509 |
| 06/02/18 | 2.1978 | 14.2879 | 04/30/18 | 11.5300 | 18.9832 |
| 06/02/18 | 0.9990 | 14.2879 | 04/30/18 | 0.0800 | 19.1509 |
| 06/02/18 | 19.9500 | 14.2879 | 04/30/18 | 23.9600 | 18.9973 |
| 06/02/18 | 19.7802 | 14.2879 | 04/30/18 | 326.9100 | 18.9832 |
| 06/04/18 | 16.6433 | 14.1626 | 04/30/18 | 0.0600 | 19.1509 |
| 06/04/18 | 24.9750 | 14.1626 | 04/30/18 | 19.8100 | 18.9955 |
| 06/04/18 | 13.3366 | 14.1626 | 04/30/18 | 0.0500 | 19.2442 |
| 06/04/18 | 1.0989 | 14.1628 | 04/30/18 | 100.0000 | 18.9832 |
| 06/04/18 | 34.5554 | 14.1607 | 04/30/18 | 0.0700 | 19.2175 |
| 06/04/18 | 3.3467 | 14.1626 | 04/30/18 | 58.9300 | 18.9926 |
| 06/04/18 | 1.5584 | 14.1625 | 04/30/18 | 34.4700 | 18.9664 |
| 06/04/18 | 38.8112 | 14.1626 | 04/30/18 | 201.4600 | 18.9664 |
| 06/04/18 | 9.2408 | 14.1626 | 04/30/18 | 5.9200 | 19.0030 |
| 06/04/18 | 16.6433 | 14.1626 | 04/30/18 | 48.7800 | 18.9926 |
| 06/04/18 | 52.6973 | 14.1626 | 04/30/18 | 20.2000 | 18.9700 |
| 06/04/18 | 87.1128 | 14.1626 | 04/30/18 | 23.9600 | 18.9673 |
| 06/04/18 | 1,669.4689 | 14.1626 | 04/30/18 | 48.5600 | 18.9859 |
| 06/04/18 | 0.5894 | 14.1629 | 04/30/18 | 52.5400 | 18.9831 |
| 06/04/18 | 4.1159 | 14.1625 | 05/29/19 | 11.4600 | 8.0480 |
| 06/22/18 | 12.1467 | 4.8087 | 05/29/19 | 46.6400 | 8.0480 |
| 06/22/18 | 24.9750 | 4.8166 | 05/29/19 | 46.6400 | 8.0480 |
| 06/22/18 | 96.2636 | 4.8166 | 05/29/19 | 65.4300 | 8.0480 |
| 06/22/18 | 177.2326 | 4.8166 | 05/29/19 | 66.0200 | 8.0480 |
| 06/22/18 | 99.9000 | 4.8166 | 05/29/19 | 46.6400 | 8.0480 |
| 06/22/18 | 96.1637 | 4.8166 | 05/29/19 | 16.9400 | 8.0480 |
| 06/22/18 | 1.9980 | 4.8166 | 05/29/19 | 10.4200 | 8.0480 |
| 06/22/18 | 17.4725 | 4.8166 | 05/29/19 | 33.8700 | 8.0480 |
| 06/22/18 | 658.4009 | 4.8166 | 05/29/19 | 67.1700 | 8.0480 |
| 06/22/18 | 87.7522 | 4.8166 | 05/29/19 | 9.9600 | 8.0480 |
| 06/22/18 | 439.5600 | 4.8166 | 05/29/19 | 78.0000 | 8.0480 |
| 06/22/18 | 7.6923 | 4.8166 | 05/29/19 | 78.0000 | 8.0480 |
| 06/22/18 | 3.4466 | 4.8166 | 05/29/19 | 4.2500 | 8.0480 |
| 06/22/18 | 4.7053 | 4.8166 | 05/29/19 | 27.1200 | 8.0480 |
| 06/22/18 | 17.6024 | 4.8166 | 05/29/19 | 22.0300 | 8.0480 |
| 06/22/18 | 3.4466 | 4.8166 | 05/29/19 | 5.0000 | 8.0480 |

# EOS Securities -- Schedule A
# Crypto Assets Opportunity Fund LLC

**Relevant Period: July 26, 2017 through April 2, 2020**

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Trade Date | Quantity | Price | Trade Date | Quantity | Price |
| 06/22/18 | 0.1200 | 4.8096 | 05/29/19 | 15.3900 | 8.0480 |
| 06/22/18 | 3.4466 | 4.8166 | 05/29/19 | 5.0000 | 8.0480 |
| 06/22/18 | 0.1199 | 4.8166 | 05/29/19 | 137.5500 | 8.0480 |
| 06/22/18 | 0.1199 | 4.8166 | 05/29/19 | 3.1500 | 8.0480 |
| 06/22/18 | 3.4466 | 4.8166 | 05/29/19 | 22.9000 | 8.0480 |
| 06/22/18 | 2.4675 | 4.8166 | 05/29/19 | 21.6500 | 8.0480 |
| 06/22/18 | 8.0120 | 4.8166 | 05/29/19 | 52.5000 | 8.0480 |
| 06/22/18 | 3.4466 | 4.8166 | 05/29/19 | 18.5300 | 8.0480 |
| 06/22/18 | 3.4466 | 4.8166 | 05/29/19 | 300.0000 | 8.0480 |
| 06/22/18 | 28.7912 | 4.8166 | 05/29/19 | 13.7300 | 8.0480 |
| 06/22/18 | 3.4466 | 4.8166 | 05/29/19 | 238.0300 | 8.0480 |
| 06/22/18 | 70.7192 | 4.8166 | 05/29/19 | 2.1300 | 8.0480 |
| 06/22/18 | 4.5754 | 4.8166 | 05/29/19 | 117.2400 | 8.0480 |
| 06/22/18 | 64.0359 | 4.8166 | 05/29/19 | 2.1300 | 8.0480 |
| 06/22/18 | 3.4466 | 4.8166 | 05/29/19 | 105.3700 | 8.0480 |
| 06/22/18 | 14.8851 | 4.8166 | 05/29/19 | 22.5200 | 8.0480 |
| 06/22/18 | 16.6733 | 4.8166 | 05/29/19 | 53.7800 | 8.0480 |
| 06/22/18 | 221.1486 | 4.8166 | 05/29/19 | 278.2100 | 8.0480 |
| 06/22/18 | 3.4466 | 4.8166 | 05/29/19 | 12.8000 | 8.0480 |
| 06/22/18 | 284.3554 | 4.8166 | 05/29/19 | 144.5900 | 8.0480 |
| 06/22/18 | 9.5804 | 4.8166 | 05/29/19 | 33.7700 | 8.0480 |
| 06/22/18 | 33.6363 | 4.8166 | 05/29/19 | 84.5400 | 8.0480 |
| 06/22/18 | 0.2997 | 4.8166 | 05/29/19 | 2.1300 | 8.0480 |
| 06/22/18 | 68.9710 | 4.8166 | 05/29/19 | 2.2000 | 8.0480 |
| 06/22/18 | 65.7842 | 4.8166 | 05/29/19 | 11.2200 | 8.0480 |
| 06/22/18 | 7.8921 | 4.8166 | 05/29/19 | 50.6600 | 8.0480 |
| 06/22/18 | 24.7053 | 4.8166 | 05/29/19 | 11.2900 | 8.0480 |
| 06/22/18 | 19.9800 | 4.8166 | 05/29/19 | 37.0000 | 8.0480 |
| 06/22/18 | 99.9000 | 4.8166 | 05/29/19 | 64.4000 | 8.0480 |
| 06/22/18 | 299.7000 | 4.8166 | 09/30/19 | 11.4648 | 0.0000 |
| 06/22/18 | 2.2877 | 4.8166 | 09/30/19 | 1.4000 | 0.0000 |
| 06/22/18 | 70.7192 | 4.8166 | 10/09/19 | 10,000.0000 | 3.3000 |
| 06/22/18 | 300.4792 | 4.8166 | 10/28/19 | 10,361.4000 | 3.3563 |
| 06/22/18 | 21.8681 | 4.8166 | 11/29/19 | 1.0000 | 0.0000 |
| 06/22/18 | 3.4665 | 4.8166 | 03/11/20 | 8,851.0000 | 2.9309 |
| 06/22/18 | 147.4724 | 4.8166 | 03/12/20 | 7,500.0000 | 2.9300 |
| 06/22/18 | 32.6673 | 4.8166 | 03/18/20 | 4,000.0000 | 1.9500 |
| 06/22/18 | 24.0359 | 4.8166 | | | |
| 08/24/18 | 244.0000 | 4.9200 | | | |

# EOS Securities -- Schedule A
# Crypto Assets Opportunity Fund LLC

**Relevant Period: July 26, 2017 through April 2, 2020**

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Trade Date | Quantity | Price | Trade Date | Quantity | Price |
| 08/24/18 | 1.9000 | 4.9200 | | | |
| 08/24/18 | 1,704.8900 | 4.9200 | | | |
| 08/24/18 | 205.4500 | 4.9200 | | | |
| 08/24/18 | 47.0800 | 4.9200 | | | |
| 08/24/18 | 47.0800 | 4.9200 | | | |
| 08/24/18 | 134.5900 | 4.9200 | | | |
| 08/24/18 | 12.8400 | 4.9200 | | | |
| 08/24/18 | 1.3900 | 4.9200 | | | |
| 08/24/18 | 31.0300 | 4.9200 | | | |
| 08/24/18 | 77.4800 | 4.9200 | | | |
| 08/24/18 | 100.0000 | 4.9200 | | | |
| 08/24/18 | 18.0500 | 4.9200 | | | |
| 08/24/18 | 42.0000 | 4.9200 | | | |
| 09/13/18 | 2.5400 | 4.9200 | | | |
| 09/13/18 | 64.6500 | 4.9200 | | | |
| 09/13/18 | 232.5000 | 4.9200 | | | |
| 09/13/18 | 232.5000 | 4.9200 | | | |
| 09/13/18 | 232.5000 | 4.9200 | | | |
| 09/13/18 | 465.0000 | 4.9200 | | | |
| 09/13/18 | 1,001.3000 | 4.9200 | | | |
| 09/13/18 | 0.0300 | 4.9200 | | | |
| 09/19/18 | 105.9300 | 5.0800 | | | |
| 09/19/18 | 87.7200 | 5.0800 | | | |
| 09/19/18 | 36.9700 | 5.0800 | | | |
| 09/19/18 | 3.7200 | 5.0800 | | | |
| 09/19/18 | 3.7200 | 5.0800 | | | |
| 09/19/18 | 36.1400 | 5.0800 | | | |
| 09/19/18 | 277.2200 | 5.0800 | | | |
| 09/19/18 | 152.9900 | 5.0800 | | | |
| 09/19/18 | 120.9100 | 5.0800 | | | |
| 09/19/18 | 96.3000 | 5.0800 | | | |
| 09/19/18 | 77.5600 | 5.0800 | | | |
| 09/19/18 | 2.5000 | 5.0800 | | | |
| 09/19/18 | 107.0000 | 5.0800 | | | |
| 09/19/18 | 5.9800 | 5.0800 | | | |
| 09/19/18 | 74.9600 | 5.0800 | | | |
| 09/19/18 | 44.9400 | 5.0800 | | | |
| 09/19/18 | 70.2100 | 5.0800 | | | |
| 09/19/18 | 100.4200 | 5.0800 | | | |

# EOS Securities -- Schedule A
# Crypto Assets Opportunity Fund LLC

**Relevant Period: July 26, 2017 through April 2, 2020**

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Trade Date | Quantity | Price | Trade Date | Quantity | Price |
| 09/19/18 | 139.1700 | 5.0800 | | | |
| 09/19/18 | 3.9700 | 5.0800 | | | |
| 09/19/18 | 3.9700 | 5.0800 | | | |
| 09/19/18 | 883.8100 | 5.0800 | | | |
| 09/19/18 | 276.1100 | 5.0800 | | | |
| 09/19/18 | 5.9800 | 5.0800 | | | |
| 09/19/18 | 2.3700 | 5.0800 | | | |
| 09/19/18 | 18.8900 | 5.0800 | | | |
| 09/19/18 | 3.7400 | 5.0800 | | | |
| 09/19/18 | 60.9900 | 5.0800 | | | |
| 09/19/18 | 5.9800 | 5.0800 | | | |
| 09/19/18 | 5.9800 | 5.0800 | | | |
| 09/19/18 | 44.9400 | 5.0800 | | | |
| 09/19/18 | 9.2900 | 5.0800 | | | |
| 09/19/18 | 31.0300 | 5.0800 | | | |
| 09/19/18 | 44.0900 | 5.0800 | | | |
| 09/19/18 | 469.0500 | 5.0800 | | | |
| 09/19/18 | 5.9800 | 5.0800 | | | |
| 09/19/18 | 112.3500 | 5.0800 | | | |
| 09/19/18 | 113.4200 | 5.0800 | | | |
| 09/19/18 | 15.9600 | 5.0800 | | | |
| 09/19/18 | 2.8100 | 5.0800 | | | |
| 09/19/18 | 101.6500 | 5.0800 | | | |
| 09/19/18 | 5.9800 | 5.0800 | | | |
| 09/19/18 | 14.2500 | 5.0800 | | | |
| 09/19/18 | 5.9800 | 5.0800 | | | |
| 09/19/18 | 5.9800 | 5.0800 | | | |
| 09/19/18 | 100.0000 | 5.0800 | | | |
| 09/19/18 | 5.9800 | 5.0800 | | | |
| 09/19/18 | 169.0100 | 5.0800 | | | |
| 09/24/19 | 361.4000 | 2.8800 | | | |
| 09/24/19 | 10,000.0000 | 2.8000 | | | |
| 10/23/19 | 10,000.0000 | 2.7000 | | | |
| 11/07/19 | 1.0000 | 3.4780 | | | |
| 03/13/20 | 4,000.0000 | 2.0600 | | | |