# Exhibit E

# J. Samuel Tenenbaum

Clinical Professor of Law
Director, Complex Civil Litigation and Investor Protection Center



## 📞 Phone

(312) 503-4808

## ✉ Email

s-tenenbaum@law.northwestern.edu

Curriculum Vitae (pdf)

## 🔗 Related Links

Complex Civil Litigation and Investor Protection Center

# Biography

Sam Tenenbaum is an expert in the field of litigation and has practiced in courts throughout the United States as well as in foreign jurisdictions. He is also a member of Tenenbaum Law, LLC. He is a Commissioner on the Uniform Laws Commission. He was a visiting Professor at Tel Aviv University School of Law in the Spring of 2005, a visiting Professor at Hebrew University (Jerusalem) School of Law in the Spring of 2011 and a visiting Professor at IDC (Herzelia) in the Spring of 2018.

# Areas of Expertise

- Civil Litigation
- Clinical Teaching
- International Law

# Courses

- Clinic Practice: Complex Civil Litigation & Investor Protection
- International Team Project

# Selected Publications

- *Guidelines For Establishing A Law School Investor Advocacy Clinic* (FINRA Investor Education Foundation 2009) (with Thomas Morsch ).

View More Publications

# Education

- BA, Ohio State University
- JD cum laude, Northwestern University

# Prior Appointments

- Clinical Associate Professor of Law, Northwestern Pritzker School of Law