IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHASE WILLIAMS AND WILLIAM ZHANG, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>BLOCK.ONE, BRENDAN BLUMER, and DANIEL LARIMER,<br><br>        Defendants. | Civ. No. 1:20-cv-2809-LAK<br><br>CLASS ACTION |
| CRYPTO ASSETS OPPORTUNITY FUND LLC and JOHNNY HONG, Individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>BLOCK.ONE, BRENDAN BLUMER, DANIEL LARIMER, IAN GRIGG, and BROCK PIERCE,<br><br>       Defendants. | Civ. No.: 1:20-cv-3829<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING THE MOTION OF
THE CRYPTO ASSETS OPPORTUNITY FUND, LLC FOR CONSOLIDATION OF
CASES, APPOINTMENT OF LEAD PLAINTIFF,
AND APPROVAL OF COUNSEL**

Having considered (a) the motion of the Crypto Assets Opportunity Fund, LLC for (i) consolidation of the two above-captioned cases, (ii) appointment of lead plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1934 (the "PSLRA"), and (ii) approval of its selection of lead counsel Grant & Eisenhofer P.A. and the Bluhm Legal Clinic of the Northwestern Pritzker School of Law Complex Civil Litigation and Investor Protection Center as lead counsel for the Class (the "Motion"); (b) the memorandum of law in support of the Motion; (c) and the Declaration of Daniel L. Berger and attached exhibits in support of the Motion, it is hereby ORDERED that:

1. The Motion is GRANTED;
2. The two above-captioned cases are hereby CONSOLIDATED;
3. Crypto Assets Opportunity Fund, LLC is hereby APPOINTED as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Exchange Act;
4. The law firm Grant & Eisenhofer P.A. and the Bluhm Legal Clinic of the Northwestern Pritzker School of Law Complex Civil Litigation and Investor Protection Center are hereby APPOINTED as Lead Counsel for the Class; and
5. This Order shall also apply to any subsequently filed or transferred securities fraud actions against Block.One that are consolidated with this Action.

IT IS SO ORDERED.

Dated: _____, 2020      _____
                                                   HON. LEWIS A. KAPLAN
                                                   UNITED STATES DISTRICT JUDGE