UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHASE WILLIAMS and WILLIAM ZHANG, individually and on behalf of all others similarly situated,

          Plaintiffs,

v.

BLOCK.ONE, BRENDAN BLUMER, and DAN LARIMER,

          Defendants.

Case No. 1:20-cv-02809-LAK

Honorable Lewis A. Kaplan

## DECLARATION OF KYLE W. ROCHE

I, Kyle W. Roche, declare as follows:

1. I am a partner at Roche Cyrulnik Freedman LLP. I am admitted to the bar of the State of New York and admitted to practice before this Court and am in good standing.

2. I respectfully submit this declaration in support of the motion of JD Anderson, David Muhammad, Rajith Thiagarajan, Chase Williams, and Token Fund I LLC for: (1) consolidation of this Action with *Crypto Assets Opportunity Fund LLC et al. v. Block.one et. al.,* Case No. 1:20-cv-03829 (S.D.N.Y. May 18, 2020) (the "Crypto Assets Opportunity Action"); (2) appointment as lead plaintiffs; and (3) approval of lead plaintiffs' selection of lead counsel.

3. Attached hereto are true and correct copies of the following documents:

Exhibit A:    Sworn certifications pursuant to the Private Securities Litigation Reform Act of 1995:

                Exhibit A-1: JD Anderson certification

                Exhibit A-2: David Muhammad certification

Exhibit A-3: Rajith Thiagarajan certification

Exhibit A-4: Chase Williams certification

Exhibit A-5: Token Fund I LLC certification

Exhibit B: Firm Resume of Roche Cyrulnik Freedman LLP

Exhibit C: April 8, 2020 Notice of Pendency of this Class Action on Business Wire

Exhibit D: Charts reflecting estimated losses:

Exhibit D-1: JD Anderson estimated loss chart

Exhibit D-2: David Muhammad estimated loss chart

Exhibit D-3: Rajith Thiagarajan estimated loss chart

Exhibit D-4: Chase Williams estimated loss chart

Exhibit D-5: Token Fund I LLC estimated loss chart

Dated: June 8, 2020

Kyle W. Roche
ROCHE CYRULNIK
FREEDMAN LLP
99 Park Avenue, 19th Floor
New York, NY 10016
kyle@rcfllp.com