UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHASE WILLIAMS and WILLIAM ZHANG, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>        v.<br><br>BLOCK.ONE, BRENDAN BLUMER, and DAN LARIMER,<br><br>                Defendants. | Case No. 1:20-cv-02809-LAK<br><br>Honorable Lewis A. Kaplan |

**NOTICE OF MOTION FOR LEAVE TO SUBSTITUTE PARTIES, CHANGE THE CAPTION, AND AMEND THE COMPLAINT**

PLEASE TAKE NOTICE that Plaintiffs in the above-captioned action move for leave to substitute parties, change the caption, and amend the complaint. In support of this motion, Plaintiffs rely upon the accompanying memorandum of law, declaration of Jordan A. Goldstein, and any other written or oral argument as may be requested or permitted by the Court.

Dated:   June 21, 2020
         New York, New York

                                        Respectfully submitted,

*/s/ Philippe Z. Selendy*                */s/ Kyle W. Roche*
Philippe Z. Selendy                     Kyle W. Roche
Jordan A. Goldstein                     Edward Normand
Joshua S. Margolin                      Velvel (Devin) Freedman
Oscar Shine                                (*pro hac* pending)
SELENDY & GAY PLLC                      Joseph M. Delich
1290 Sixth Avenue, 17th Floor           ROCHE CYRULNIK
New York, NY 10104                         FREEDMAN LLP
pselendy@selendygay.com                 99 Park Avenue, 19th Floor
jgoldstein@selendygay.com               New York, NY 10016
jmargolin@selendygay.com                kyle@rcfllp.com
oshine@selendygay.com                   tnormand@rcfllp.com
                                        vel@rcfllp.com
                                        jdelich@rcfllp.com

                                        *Attorneys for Plaintiffs*