# EXHIBIT 1

# Closing Down



The Token Fund  [ Follow ]
Jun 14, 2018 · 3 min read



Dear Clients! It's been more than a year since the launch of The Token Fund. We really appreciate your participation and the extent of trust we have earned in the time that has passed.

However, the world around us is changing at an amazing rate, and international standards for the regulation of the crypto-currency market have undergone significant changes. The Token Fund team strives for full compliance with the legal field that covers crypto-currencies, so in the long-term our fund should become a fully regulated organization that works with institutional investors and high-net-worth individuals.

We consider it our responsibility to minimize risks to customers and their assets. By decision of the fund management, the work of The Token Fund in the current format will be discontinued.

**Until September 30, 2018 all active clients of the fund will need to undergo the procedure described below.** The procedure will be as clear as possible and convenient for existing customers and will not involve any additional costs on their part.

1. According to the decision made, **no deposits will be accepted** neither from our current clients, nor from the new clients effective June 15th. The option of registering new accounts will also stop being available on the website thetoken.io.

2. Those existing clients who continue to send investments to previously generated BTC and ETH deposit addresses **will not get any TKN tokens in exchange**. We strongly recommend to process no deposit transactions starting June 15th.

3. The Token Fund team will continue to manage the fund's portfolio and serve the existing clients up until September 30th 2018. During this time the clients **will be able to withdraw** from the fund according to the standard tokens redemption procedure. On client's request a withdrawal may be executed in parts and at any time (**see the detailed guide**). After sending TKN tokens to be redeemed it is necessary to **send a message from a registered email** address to one the following addresses: support@thetoken.io or hello@thetoken.io, and include the link to the transaction and your BTC/ETH address for receiving the payment.

4. Up until September 30th 2018 the fund's portfolio will be managed in compliance with the usual strategy. In order to maintain maximum liquidity of the portfolio **there will be no participating in new ICOs**.

5. Why did we choose September 30th, the last day of Q3 2018? We did that because there is currently a non-liquid asset in the portfolio, which is a right to Tezos tokens. As of now the right can not be realized, therefore it is reflected at the buying price. It is in Q3 2018 when the Tezos network is set to launch, and the tokens will finally become liquid.
*Source: https://tezosfoundation.ch/news/preparing-launch-tezos-network/* A number of fund's big clients will withdraw from the fund only after the Tezos tokens become liquid. Thus, while other clients' withdrawals are being processed, the fact that those tokens are non-liquid does not affect the TKN token's fair price and the amount of payments. **There is no rush, and no need to withdraw funds ASAP.**

6. Those **clients who have for some reason lost their access** to their TKN tokens and aren't able to redeem them during the liquidation period are recommended to contact the fund staff after September 30th via the following addresses: support@thetoken.io and hello@thetoken.io. Such inquiries shall be reviewed individually.





**We sincerely thank all The Token Fund clients for being with us.** We will keep you updated about the new projects coming this year. Should any questions or concerns arise, feel free to contact us:

support@thetoken.io
hello@thetoken.io

Kind regards,
The Token Fund team.

Blockchain    Cryptocurrency    Fund

About    Help    Legal

Get the Medium app

