# EXHIBIT 2

# The Token Fund Founders Set October Launch for Tokenbox Platform For Crypto Assets Fund Creation

NEWS PROVIDED BY
**Tokenbox →**
27 Sep, 2017, 16:19 BST

MOSCOW, September 27, 2017 /PRNewswire/ --

The founders of The Token Fund, one of the first crypto assets funds on the market, today announced pre-crowdsale details for their scheduled Oct. 24 Initial Coin Offering in support of a unique platform to facilitate the creation of new crypto-assets based investment funds.

Tokenbox, a comprehensive system being designed to supply all the trading and compliance infrastructure needed to easily create new investment funds specializing in the fast-evolving cryptocurrency asset class, expects to raise the equivalent of $20 million.

The Tokenbox system was inspired by the experiences of Viktor Shpakovsky and Vladimir Smerkis, co-founders of The Token Fund which, though only six months old, is already one of the most successful collective investment vehicles in the cryptocurrency market, having achieved a 380% increase in portfolio value since startup.

"We quickly recognized two things," Smerkis said. "First, we needed competitors. There have to be other funds against which ours can be measured. Investment is all about expertise. We have our expertise. But our clients need other funds to look at, based on other people's expertise. And secondly, it is really not easy setting up an investment fund in the cryptocurrency field, amid volatile values and as regulations evolve."

According to Shpakovsky, the growing interest of conventional fund managers was another key factor. "We were getting a lot of approaches from institutional investors and hedge funds looking to white-label our system. They wanted an easy entry-point to the cryptocurrency universe. We realized that, with the appropriate resources, we were in the unique position of being able to provide it. So Tokenbox will be that platform."

Tokenbox will help anyone -- from major institutional investors to well-informed and qualified individuals -- to create a new fund taking stakes in either cryptocurrencies or in crypto-based businesses. On the other hand, all investors will be able to choose from a vast variety of crypto portfolios on the Tokenbox platform. With built-in Know-Your-Customer (KYC) procedures and other compliance fulfilment processes, the system will quickly establish digital investments as a vital new asset class for inclusion in any portfolio.

In its ICO, Tokenbox will offer not more than 31 million tokens at $1 each. Issue date has been set as Oct. 24, 2017. In the pre-ICO period, which begins today, the company will offer tokens in a private pre-sale offer. Tokenbox's token symbol is TBX. Purchases may be undertaken in either Bitcoin or Ether.

The team behind Tokenbox is truly international, with financial, technical and compliance veterans from across Europe, the U.S. and Asia, and an advisory board which includes the renowned fintech expert Chris Skinner.

About Tokenbox

https://tokenbox.io/

Tokenbox is headquartered in Moscow at 2nd Paveletsky Dr. 5/2. Its Initial Coin Offering is scheduled to open Oct. 24. Closing date is Nov. 7. The ICO will be conducted under Cayman Islands jurisdiction.

Further information: Elena Tairova, pr@tokenbox.io or +34-(631)-56-08-52

Tokenbox is the source of this content. Virtual currency is not legal tender, is not backed by the government, and accounts and value balances are not subject to consumer protections. This press release is for informational purposes only. The information does not constitute investment advice or an offer to invest.

SOURCE Tokenbox

/