# EXHIBIT 3

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)



**INFORMATION RESOURCES**

WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED AND CORRECT. THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Business Profile (Company) of TOKEN FUND LTD. (201825951R)                    Date: 15/06/2020

**The Following Are The Brief Particulars of :**

| | |
|---|---|
| Registration No. | 201825951R |
| Company Name. | TOKEN FUND LTD. |
| Former Name if any | |
| Incorporation Date. | 31/07/2018 |
| Company Type | PUBLIC COMPANY LIMITED BY GUARANTEE |
| Status | Struck Off |
| Status Date | 08/06/2020 |

**Principal Activities**

| | |
|---|---|
| Activities (I) | DEVELOPMENT OF OTHER SOFTWARE AND PROGRAMMING ACTIVITIES N.E.C. (62019) |
| Description | |
| Activities (II) | OTHER INFORMATION TECHNOLOGY AND COMPUTER SERVICE ACTIVITIES (EG DISASTER RECOVERY SERVICES) (62090) |
| Description | |
| Registered Office Address | 152 BEACH ROAD<br>#14-02<br>GATEWAY EAST<br>SINGAPORE (189721) |
| Date of Address | 31/07/2018 |
| Date of Last AGM | |
| Date of Last AR | |
| FYE As At Date of Last AR | |

**Audit Firms**

| NAME |
|---|

**Charges**

| Charge No. | Date Registered | Currency | Amount Secured | Chargee(s) |
|---|---|---|---|---|

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)





WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED AND CORRECT. THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

**Business Profile (Company) of TOKEN FUND LTD. (201825951R)**　　　　　　　　　　Date: 15/06/2020

| Officers/Authorised Representative(s) | | | | |
|---|---|---|---|---|
| **Name** | **ID** | **Nationality/Citizenship** | **Source of Address** | **Date of Appointment** |
| **Address** | | **Position Held** | | |
| WANG QIZHI<br>NO 36 FLOOR 2 UNIT 3 BLOCK 31 XINDONG ROAD<br>HAICHENG CITY LIAONING CHINA | ED3544892 | CHINESE<br>Director | ACRA | 31/07/2018 |
| CHO YEW HUAT<br>26 SECTOR A SIN MING INDUSTRIAL EST<br>#02-130<br>SINGAPORE (570026) | S1074624H | SINGAPORE CITIZEN<br>Director | ACRA | 31/07/2018 |
| WANG FANG<br>635B SENJA ROAD<br>#15-263<br>SENJA GATEWAY<br>SINGAPORE (672635) | S8060660E | SINGAPORE CITIZEN<br>Secretary | ACRA | 31/07/2018 |

**Abbreviation**

UL - Local Entity not registered with ACRA

UF - Foreign Entity not registered with ACRA

AR - Annual Return

AGM - Annual General Meeting

FS - Financial Statements

FYE - Financial Year End

OSCARS - One Stop Change of Address Reporting Service by Immigration & Checkpoint Authority.

**Note :**

- The information contained in this product is collated from lodgements filed with ACRA, and/or information collected by other government sources.

- The list of officers for this entity is available for online authentication within 30 days from the date of purchase of this Business Profile. Please scan the QR code available on the last page of this profile to access the authentication page. For more information, please visit www.acra.gov.sg.

Authentication No. : K20370111F

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



**INFORMATION RESOURCES**

WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED AND CORRECT. THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Business Profile (Company) of  TOKEN FUND LTD. (201825951R)                                    Date: 15/06/2020

FOR REGISTRAR OF COMPANIES AND BUSINESS NAMES
SINGAPORE

RECEIPT NO.          : ACRA200615178192

DATE                 : 15/06/2020

This is computer generated. Hence no signature required.



Authentication No. : K20370111F

Page 3 of 3