UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHASE WILLIAMS and WILLIAM ZHANG, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>                v.<br><br>BLOCK.ONE, BRENDAN BLUMER, and DAN LARIMER,<br><br>                Defendants. | Case No. 1:20-cv-02809-LAK<br><br>Honorable Lewis A. Kaplan |

## DECLARATION OF KYLE W. ROCHE

I, Kyle W. Roche, declare as follows:

1. I am a partner at Roche Cyrulnik Freedman LLP. I am admitted to the bar of the State of New York and admitted to practice before this Court and am in good standing.

2. I respectfully submit this declaration in support of the *Williams* Plaintiffs' Opposition to the Crypto Assets Opportunity Fund LLC Plaintiffs' Competing Motion for Appointment of Lead Plaintiffs.

3. Attached hereto are true and correct copies of the following documents:

Exhibit 1:    Sworn supplemental certification of JD Anderson pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA")

Exhibit 2:    Sworn supplemental certification of David Muhammad pursuant to the PSLRA

Exhibit 3:    Sworn supplemental certification of Ranjith Thiagarajan pursuant to the PSLRA

Exhibit 4:	Sworn supplemental certification of Chase Williams pursuant to the PSLRA

Exhibit 5:	Sworn supplemental certification of Token Fund I LLC pursuant to the PSLRA

Exhibit 6:	Certificate of Organization for Token Fund I LLC

Dated: June 22, 2020

*/s/ Kyle W. Roche*
Kyle W. Roche
ROCHE CYRULNIK
FREEDMAN LLP
99 Park Avenue, 19th Floor
New York, NY 10016
kyle@rcfllp.com