# EXHIBIT 5

CERTIFICATION IN SUPPORT OF LEAD PLAINTIFF MOTION FOR
SECURITIES CLASS ACTION

I, Pavel Pogodin, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1. On June 8, 2020, I executed my certification that was previously filed in this case. I understood at that time, and still understand, that my certification is under penalty of perjury and has the force and effect of being sworn. I understand that another party seeking appointment as lead plaintiff has raised an argument about my certification. Accordingly, in an abundance of caution, I am executing this supplemental certification.

2. I have reviewed the complaint filed herein (the "Complaint"), and have authorized the filing of a lead plaintiff motion on Token Fund I LLC's behalf.

3. The sole controlling member of Token Fund I LLC did not purchase the security at issue in the Complaint at the direction of my counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

4. Token Fund I LLC is willing to serve as a representative party on behalf of the class (the "Class") as defined in the Complaint, including providing testimony at deposition and trial, if necessary.

5. During the class period, as defined in the Complaint, the sole member of Token Fund I LLC purchased the unregistered security EOS on both Binance and Bitfinex. On June 5, 2020, the sole member of Token Fund I LLC assigned any and all of his present and former holdings in a number of digital tokens, including EOS, to Token Fund I LLC. This assignment included associated cryptocurrency exchange accounts, cryptocurrency wallets as well as any and all claims, causes of action and demands in relation to his investment in these digital tokens and his prior and current investments in the digital tokens.

6. Attached as Appendix A is a true and accurate listing of the EOS transactions that occurred on Binance.

7. The cryptocurrency exchange Bitfinex has refused to provide access to the relevant trading activity for Token Fund I LLC's EOS purchases. However, the documentation available to Token Fund I LLC shows that between January 1, 2018 and June 29, 2018, a total of 85,685 EOS were purchased on Bitfinex. These tokens were later sold in their entirety for a substantial loss. A conservative estimate of the amount lost on these trades is $300,000.

8. During the three-year period preceding the date of this Certification, Token Fund I LLC has not sought to serve as a representative party on behalf of a class in any private action arising under the Securities Act or the Exchange Act.

9. Token Fund I LLC will not accept any payment for serving as a representative party on behalf of the Class beyond my pro rata share of any possible recovery, except for an award, as ordered by the court, for reasonable costs and expenses (including lost wages) directly relating to my representation of the Class.

10. Token Fund I LLC understands that executing this Certification is not a prerequisite to participation in this Class Action as members of the Class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 22, 2020.

_____
Pavel Pogodin
Authorized Agent for Token Fund I LLC

**Appendix A**
**Token Fund I LLC Transactions in EOS on Binance**

| Date(UTC) | Market | Type | Price | Amount | Total | Fee | Fee Coin |
|---|---|---|---|---|---|---|---|
| 2018-10-01 19:26:46 | EOS/BTC | SELL | 0.0008621 | 3766 | 3.2464248 | | |
| 2018-12-03 21:40:43 | EOS/USDT | SELL | 2.6103 | 17000.75 | 44376.0501 | | |
| 2019-07-07 17:25:25 | EOS/BTC | SELL | 0.0005172 | 263.97 | 0.1364995 | | |
| 2019-08-04 06:03:36 | EOS/USDC | SELL | 4.2054 | 2377.89 | 9999.9787 | | |
| 2020-04-22 13:54:41 | EOS/USDC | BUY | 2.5998 | 1190 | 3093.762 | | |
| 2020-04-24 20:20:53 | EOS/USDT | SELL | 2.7206 | 4677.66 | 12726.0418 | | |
| 2018-09-24 15:19:48 | EOS/BTC | SELL | 0.0008682 | 1694.18 | 1.4708735 | | |
| 2018-09-24 15:19:56 | EOS/BTC | SELL | 0.0008681 | 1270.64 | 1.1029331 | | |
| 2018-09-24 15:19:59 | EOS/BTC | SELL | 0.000868 | 1905.96 | 1.6543733 | | |
| 2018-09-24 15:20:02 | EOS/BTC | SELL | 0.0008681 | 1905.96 | 1.654408 | | |
| 2018-08-14 02:08:59 | EOS/BTC | SELL | 0.0007091 | 55.58 | 0.03941177 | 0.00003941 | BTC |
| 2018-08-14 02:08:56 | EOS/BTC | SELL | 0.0007091 | 488 | 0.3460408 | 0.00034604 | BTC |
| 2018-08-14 02:08:56 | EOS/BTC | SELL | 0.0007091 | 402.9 | 0.28569639 | 0.0002857 | BTC |
| 2018-08-14 02:08:55 | EOS/BTC | SELL | 0.0007091 | 3.96 | 0.00280803 | 0.00000281 | BTC |
| 2018-08-14 02:08:55 | EOS/BTC | SELL | 0.0007091 | 72.75 | 0.05158702 | 0.00005159 | BTC |
| 2018-08-14 02:08:55 | EOS/BTC | SELL | 0.0007091 | 74.27 | 0.05266485 | 0.00005266 | BTC |
| 2018-08-14 02:08:55 | EOS/BTC | SELL | 0.0007091 | 35.31 | 0.02503832 | 0.00002504 | BTC |
| 2018-08-14 02:08:54 | EOS/BTC | SELL | 0.0007091 | 383 | 0.2715853 | 0.00027159 | BTC |
| 2018-08-14 02:08:54 | EOS/BTC | SELL | 0.0007091 | 482.94 | 0.34245275 | 0.00034245 | BTC |
| 2018-08-14 02:08:54 | EOS/BTC | SELL | 0.0007091 | 5 | 0.0035455 | 0.00000355 | BTC |
| 2018-08-11 12:28:06 | EOS/USDT | BUY | 4.9 | 1223.08 | 5993.092 | 1.22308 | EOS |
| 2018-08-11 06:29:28 | EOS/USDT | BUY | 5.105 | 635.44 | 3243.9212 | 0.63544 | EOS |
| 2018-08-11 06:29:26 | EOS/USDT | BUY | 5.105 | 6 | 30.63 | 0.006 | EOS |
| 2018-08-11 06:29:09 | EOS/USDT | BUY | 5.105 | 141.2 | 720.826 | 0.1412 | EOS |
| 2019-06-08 20:41:27 | EOS/ETH | SELL | 0.025834 | 280 | 7.23352 | 0.00723352 | ETH |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2019-06-08 20:41:27 | EOS/ETH | SELL | 0.025834 | 74.23 | 1.91765782 | 0.00191766 | ETH |
| 2019-06-08 20:41:27 | EOS/ETH | SELL | 0.025836 | 499.16 | 12.89629776 | 0.0128963 | ETH |
| 2019-06-08 20:41:27 | EOS/ETH | SELL | 0.025837 | 84.35 | 2.17935095 | 0.00217935 | ETH |
| 2019-06-08 20:41:27 | EOS/ETH | SELL | 0.025849 | 200 | 5.1698 | 0.0051698 | ETH |
| 2019-06-08 20:41:27 | EOS/ETH | SELL | 0.025852 | 462.97 | 11.96870044 | 0.0119687 | ETH |
| 2019-06-08 20:41:27 | EOS/ETH | SELL | 0.025853 | 29.46 | 0.76162938 | 0.00076163 | ETH |
| 2019-06-08 20:41:27 | EOS/ETH | SELL | 0.02586 | 36.69 | 0.9488034 | 0.0009488 | ETH |
| 2019-06-08 20:41:27 | EOS/ETH | SELL | 0.025864 | 33.14 | 0.85713296 | 0.00085713 | ETH |
| 2019-06-07 05:56:28 | EOS/BTC | SELL | 0.000819 | 1485.5 | 1.2166245 | 0.00121662 | BTC |
| 2019-06-07 05:56:28 | EOS/BTC | SELL | 0.0008191 | 50 | 0.040955 | 0.00004096 | BTC |
| 2019-06-07 05:56:28 | EOS/BTC | SELL | 0.0008191 | 200 | 0.16382 | 0.00016382 | BTC |
| 2019-06-07 05:56:28 | EOS/BTC | SELL | 0.0008192 | 764.5 | 0.6262784 | 0.00062628 | BTC |
| 2019-06-07 03:08:32 | EOS/USDT | SELL | 6.3181 | 148.35 | 937.290135 | 0.93729014 | USDT |
| 2019-06-07 03:08:32 | EOS/USDT | SELL | 6.3181 | 241.43 | 1525.378883 | 1.52537888 | USDT |
| 2019-06-07 03:08:32 | EOS/USDT | SELL | 6.3182 | 79.09 | 499.706438 | 0.49970644 | USDT |
| 2019-06-07 03:08:32 | EOS/USDT | SELL | 6.3182 | 245.42 | 1550.612644 | 1.55061264 | USDT |
| 2019-06-07 03:08:32 | EOS/USDT | SELL | 6.3186 | 147.66 | 933.004476 | 0.93300448 | USDT |
| 2019-06-07 03:08:32 | EOS/USDT | SELL | 6.3186 | 43.87 | 277.196982 | 0.27719698 | USDT |
| 2019-06-07 03:08:32 | EOS/USDT | SELL | 6.3186 | 43.87 | 277.196982 | 0.27719698 | USDT |
| 2019-06-07 03:08:32 | EOS/USDT | SELL | 6.3186 | 43.87 | 277.196982 | 0.27719698 | USDT |
| 2019-06-07 03:08:32 | EOS/USDT | SELL | 6.3186 | 43.87 | 277.196982 | 0.27719698 | USDT |
| 2019-06-07 03:08:32 | EOS/USDT | SELL | 6.3206 | 78.33 | 495.092598 | 0.4950926 | USDT |
| 2019-06-07 03:08:32 | EOS/USDT | SELL | 6.3208 | 300 | 1896.24 | 1.89624 | USDT |
| 2019-06-07 03:08:32 | EOS/USDT | SELL | 6.3209 | 15.81 | 99.933429 | 0.09993343 | USDT |
| 2019-06-07 03:08:32 | EOS/USDT | SELL | 6.321 | 200 | 1264.2 | 1.2642 | USDT |
| 2019-06-07 03:08:32 | EOS/USDT | SELL | 6.3231 | 68.43 | 432.689733 | 0.43268973 | USDT |
| 2018-05-28 23:16:49 | EOS/ETH | BUY | 0.02254 | 3835.18 | 86.444958 | | |
| 2018-05-28 23:20:30 | EOS/ETH | BUY | 0.022548 | 3918.73 | 88.359462 | | |
| 2019-05-26 19:46:17 | EOS/BTC | SELL | 0.0007806 | 73.01 | 0.0569916 | 0.00005699 | BTC |
| 2019-05-26 19:46:17 | EOS/BTC | SELL | 0.0007807 | 1.6 | 0.00124912 | 0.00000125 | BTC |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2019-05-26 19:46:17 | EOS/BTC | SELL | 0.000781 | 25 | 0.019525 | 0.00001953 | BTC |
| 2019-05-26 19:46:17 | EOS/BTC | SELL | 0.000781 | 8.27 | 0.00645887 | 0.00000646 | BTC |
| 2019-05-26 19:46:17 | EOS/BTC | SELL | 0.0007811 | 109.81 | 0.08577259 | 0.00008577 | BTC |
| 2019-05-26 19:46:17 | EOS/BTC | SELL | 0.0007811 | 145.16 | 0.11338447 | 0.00011338 | BTC |
| 2019-05-26 19:46:17 | EOS/BTC | SELL | 0.0007811 | 300 | 0.23433 | 0.00023433 | BTC |
| 2019-05-26 19:46:17 | EOS/BTC | SELL | 0.0007811 | 1.6 | 0.00124976 | 0.00000125 | BTC |
| 2019-05-26 19:46:17 | EOS/BTC | SELL | 0.0007812 | 225.47 | 0.17613716 | 0.00017614 | BTC |
| 2019-05-26 19:46:17 | EOS/BTC | SELL | 0.0007813 | 25 | 0.0195325 | 0.00001953 | BTC |
| 2019-05-26 19:46:17 | EOS/BTC | SELL | 0.0007813 | 200 | 0.15626 | 0.00015626 | BTC |
| 2019-05-26 19:46:17 | EOS/BTC | SELL | 0.0007816 | 345.98 | 0.27041796 | 0.00027042 | BTC |
| 2019-05-26 19:46:17 | EOS/BTC | SELL | 0.0007816 | 191.91 | 0.14999685 | 0.00015 | BTC |
| 2019-05-26 19:46:17 | EOS/BTC | SELL | 0.0007817 | 300 | 0.23451 | 0.00023451 | BTC |
| 2019-05-26 19:46:17 | EOS/BTC | SELL | 0.0007819 | 254.15 | 0.19871988 | 0.00019872 | BTC |
| 2019-05-26 19:46:17 | EOS/BTC | SELL | 0.0007821 | 211.86 | 0.1656957 | 0.0001657 | BTC |
| 2019-05-26 19:46:17 | EOS/BTC | SELL | 0.0007822 | 7.64 | 0.005976 | 0.00000598 | BTC |
| 2019-05-26 19:42:37 | EOS/BTC | SELL | 0.0007873 | 48.22 | 0.0379636 | 0.00003796 | BTC |
| 2019-05-26 19:42:37 | EOS/BTC | SELL | 0.0007873 | 250.55 | 0.19725801 | 0.00019726 | BTC |
| 2019-05-26 19:42:36 | EOS/BTC | SELL | 0.0007873 | 404.54 | 0.31849434 | 0.00031849 | BTC |
| 2019-05-26 19:42:36 | EOS/BTC | SELL | 0.0007873 | 4.48 | 0.0035271 | 0.00000353 | BTC |
| 2019-05-26 19:42:36 | EOS/BTC | SELL | 0.0007873 | 5 | 0.0039365 | 0.00000394 | BTC |
| 2019-05-26 19:42:36 | EOS/BTC | SELL | 0.0007873 | 5 | 0.0039365 | 0.00000394 | BTC |
| 2019-05-26 19:42:35 | EOS/BTC | SELL | 0.0007873 | 313.51 | 0.24682642 | 0.00024683 | BTC |
| 2019-05-26 19:42:33 | EOS/BTC | SELL | 0.0007873 | 532.06 | 0.41889083 | 0.00041889 | BTC |
| 2019-05-26 19:42:31 | EOS/BTC | SELL | 0.0007873 | 112.37 | 0.0884689 | 0.00008847 | BTC |
| 2019-05-26 19:42:29 | EOS/BTC | SELL | 0.0007873 | 236.83 | 0.18645625 | 0.00018646 | BTC |
| 2019-05-26 19:37:26 | EOS/BTC | SELL | 0.0007873 | 84.72 | 0.06670005 | 0.0000667 | BTC |
| 2019-05-26 19:37:26 | EOS/BTC | SELL | 0.0007873 | 70.87 | 0.05579595 | 0.0000558 | BTC |
| 2019-05-26 19:37:26 | EOS/BTC | SELL | 0.0007873 | 30.37 | 0.0239103 | 0.00002391 | BTC |
| 2019-05-26 19:37:26 | EOS/BTC | SELL | 0.0007873 | 20 | 0.015746 | 0.00001575 | BTC |
| 2019-05-26 19:37:25 | EOS/BTC | SELL | 0.0007873 | 85.03 | 0.06694411 | 0.00006694 | BTC |

| 2019-05-26 19:37:25 | EOS/BTC | SELL | 0.0007873 | 42.48 | 0.0334445 | 0.00003344 | BTC |
|---|---|---|---|---|---|---|---|
| 2019-05-26 19:37:25 | EOS/BTC | SELL | 0.0007873 | 15.11 | 0.0118961 | 0.0000119 | BTC |
| 2019-05-26 19:37:25 | EOS/BTC | SELL | 0.0007873 | 31.83 | 0.02505975 | 0.00002506 | BTC |
| 2019-05-26 19:37:25 | EOS/BTC | SELL | 0.0007873 | 36.43 | 0.02868133 | 0.00002868 | BTC |
| 2019-05-26 19:37:24 | EOS/BTC | SELL | 0.0007873 | 37.9 | 0.02983867 | 0.00002984 | BTC |
| 2019-05-26 19:37:24 | EOS/BTC | SELL | 0.0007873 | 42.48 | 0.0334445 | 0.00003344 | BTC |
| 2019-05-26 19:37:24 | EOS/BTC | SELL | 0.0007873 | 95.44 | 0.07513991 | 0.00007514 | BTC |
| 2019-05-26 19:37:23 | EOS/BTC | SELL | 0.0007873 | 184.27 | 0.14507577 | 0.00014508 | BTC |
| 2019-05-26 19:37:23 | EOS/BTC | SELL | 0.0007873 | 128.84 | 0.10143573 | 0.00010144 | BTC |
| 2019-05-26 19:37:23 | EOS/BTC | SELL | 0.0007873 | 101.33 | 0.0797771 | 0.00007978 | BTC |
| 2019-05-26 19:37:23 | EOS/BTC | SELL | 0.0007873 | 2064.94 | 1.62572726 | 0.00162573 | BTC |
| 2019-05-26 19:36:45 | EOS/BTC | SELL | 0.0007873 | 33.23 | 0.02616197 | 0.00002616 | BTC |
| 2019-05-26 19:36:45 | EOS/BTC | SELL | 0.0007873 | 20 | 0.015746 | 0.00001575 | BTC |
| 2019-05-26 19:36:44 | EOS/BTC | SELL | 0.0007873 | 23.01 | 0.01811577 | 0.00001812 | BTC |
| 2019-05-26 19:36:43 | EOS/BTC | SELL | 0.0007873 | 0.62 | 0.00048812 | 0.00000049 | BTC |
| 2019-05-26 19:36:41 | EOS/BTC | SELL | 0.0007873 | 45 | 0.0354285 | 0.00003543 | BTC |
| 2019-05-26 19:36:41 | EOS/BTC | SELL | 0.0007873 | 144.71 | 0.11393018 | 0.00011393 | BTC |
| 2019-05-26 19:36:41 | EOS/BTC | SELL | 0.0007873 | 43.17 | 0.03398774 | 0.00003399 | BTC |
| 2019-05-26 19:36:41 | EOS/BTC | SELL | 0.0007873 | 20 | 0.015746 | 0.00001575 | BTC |
| 2019-05-25 03:15:54 | EOS/BTC | BUY | 0.0008101 | 42.96 | 0.03480189 | 0.04296 | EOS |
| 2019-05-25 03:15:54 | EOS/BTC | BUY | 0.0008102 | 3826.28 | 3.10005205 | 3.82628 | EOS |
| 2019-05-25 03:15:54 | EOS/BTC | BUY | 0.00081 | 5.76 | 0.0046656 | 0.00576 | EOS |
| 2019-05-25 03:15:30 | EOS/BTC | BUY | 0.0008105 | 1508.73 | 1.22282566 | 1.50873 | EOS |
| 2019-05-25 03:15:29 | EOS/BTC | BUY | 0.0008105 | 142.95 | 0.11586097 | 0.14295 | EOS |
| 2019-05-25 03:15:29 | EOS/BTC | BUY | 0.0008105 | 2108.17 | 1.70867178 | 2.10817 | EOS |
| 2019-05-25 03:15:26 | EOS/BTC | BUY | 0.0008105 | 113.7 | 0.09215385 | 0.1137 | EOS |
| 2018-05-23 19:20:54 | EOS/BTC | BUY | 0.0014364 | 3477.64 | 4.99528209 | 3.47764 | EOS |
| 2018-05-23 00:38:05 | EOS/ETH | BUY | 0.018965 | 8.26 | 0.1566509 | 0.00826 | EOS |
| 2018-05-23 00:38:05 | EOS/ETH | BUY | 0.018965 | 266.99 | 5.06346535 | 0.26699 | EOS |
| 2018-05-23 00:37:54 | EOS/ETH | BUY | 0.018965 | 550.79 | 10.44573235 | 0.55079 | EOS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2018-05-23 00:37:05 | EOS/ETH | BUY | 0.018965 | 0.01 | 0.00018965 | 0.00001 | EOS |
| 2018-05-23 00:36:57 | EOS/ETH | BUY | 0.018965 | 365.41 | 6.93000065 | 0.36541 | EOS |
| 2018-05-23 00:36:57 | EOS/ETH | BUY | 0.018965 | 48.51 | 0.91999215 | 0.04851 | EOS |
| 2018-05-23 00:31:08 | EOS/ETH | BUY | 0.018933 | 602.58 | 11.40864714 | 0.60258 | EOS |
| 2019-05-22 06:36:55 | EOS/BTC | SELL | 0.000792 | 634.38 | 0.50242896 | 0.00050243 | BTC |
| 2019-05-22 06:36:55 | EOS/BTC | SELL | 0.000792 | 139.59 | 0.11055528 | 0.00011056 | BTC |
| 2019-05-22 06:36:55 | EOS/BTC | SELL | 0.000792 | 32.7 | 0.0258984 | 0.0000259 | BTC |
| 2019-05-22 06:36:54 | EOS/BTC | SELL | 0.000792 | 62.84 | 0.04976928 | 0.00004977 | BTC |
| 2019-05-22 06:36:54 | EOS/BTC | SELL | 0.000792 | 832.33 | 0.65920536 | 0.00065921 | BTC |
| 2019-05-22 06:36:54 | EOS/BTC | SELL | 0.000792 | 851.66 | 0.67451472 | 0.00067451 | BTC |
| 2019-05-22 06:36:54 | EOS/BTC | SELL | 0.000792 | 63.71 | 0.05045832 | 0.00005046 | BTC |
| 2019-05-22 06:36:54 | EOS/BTC | SELL | 0.0007921 | 200 | 0.15842 | 0.00015842 | BTC |
| 2019-05-22 06:36:54 | EOS/BTC | SELL | 0.0007921 | 162.4 | 0.12863704 | 0.00012864 | BTC |
| 2019-05-22 06:36:54 | EOS/BTC | SELL | 0.0007921 | 251.56 | 0.19926067 | 0.00019926 | BTC |
| 2019-05-22 06:36:54 | EOS/BTC | SELL | 0.0007922 | 8.19 | 0.00648811 | 0.00000649 | BTC |
| 2019-05-22 06:36:54 | EOS/BTC | SELL | 0.0007923 | 50 | 0.039615 | 0.00003962 | BTC |
| 2019-05-22 06:36:54 | EOS/BTC | SELL | 0.0007924 | 64.5 | 0.0511098 | 0.00005111 | BTC |
| 2019-05-22 06:36:54 | EOS/BTC | SELL | 0.0007924 | 77.84 | 0.06168041 | 0.00006168 | BTC |
| 2019-05-22 06:36:54 | EOS/BTC | SELL | 0.000792 | 15.2 | 0.0120384 | 0.00001204 | BTC |
| 2019-05-22 06:36:54 | EOS/BTC | SELL | 0.000792 | 15.97 | 0.01264824 | 0.00001265 | BTC |
| 2019-05-22 06:36:54 | EOS/BTC | SELL | 0.000792 | 19.15 | 0.0151668 | 0.00001517 | BTC |
| 2019-05-22 06:36:54 | EOS/BTC | SELL | 0.000792 | 26.1 | 0.0206712 | 0.00002067 | BTC |
| 2019-05-22 06:36:54 | EOS/BTC | SELL | 0.000792 | 55.72 | 0.04413024 | 0.00004413 | BTC |
| 2019-05-22 06:36:54 | EOS/BTC | SELL | 0.000792 | 17.52 | 0.01387584 | 0.00001388 | BTC |
| 2019-05-22 06:36:54 | EOS/BTC | SELL | 0.000792 | 100.72 | 0.07977024 | 0.00007977 | BTC |
| 2019-05-22 06:36:54 | EOS/BTC | SELL | 0.000792 | 17.34 | 0.01373328 | 0.00001373 | BTC |
| 2019-05-22 06:36:54 | EOS/BTC | SELL | 0.000792 | 31.16 | 0.02467872 | 0.00002468 | BTC |
| 2019-05-22 06:36:54 | EOS/BTC | SELL | 0.0007926 | 2.52 | 0.00199735 | 0.000002 | BTC |
| 2019-05-22 06:36:54 | EOS/BTC | SELL | 0.000792 | 66.91 | 0.05299272 | 0.00005299 | BTC |
| 2018-05-22 06:22:47 | EOS/ETH | BUY | 0.01875 | 491.96 | 9.22425 | 0.49196 | EOS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2018-05-22 06:22:41 | EOS/ETH | BUY | 0.01875 | 393.86 | 7.384875 | 0.39386 | EOS |
| 2018-05-22 06:22:09 | EOS/ETH | BUY | 0.01875 | 80.27 | 1.5050625 | 0.08027 | EOS |
| 2019-05-22 04:53:11 | EOS/BTC | BUY | 0.0007932 | 35.32 | 0.02801582 | 0.03532 | EOS |
| 2019-05-22 04:53:11 | EOS/BTC | BUY | 0.0007932 | 13.72 | 0.0108827 | 0.01372 | EOS |
| 2019-05-22 04:53:11 | EOS/BTC | BUY | 0.0007932 | 14.64 | 0.01161244 | 0.01464 | EOS |
| 2019-05-22 04:53:11 | EOS/BTC | BUY | 0.0007932 | 26.09 | 0.02069458 | 0.02609 | EOS |
| 2019-05-22 04:53:10 | EOS/BTC | BUY | 0.0007932 | 16.88 | 0.01338921 | 0.01688 | EOS |
| 2019-05-22 04:53:10 | EOS/BTC | BUY | 0.0007932 | 10.63 | 0.00843171 | 0.01063 | EOS |
| 2019-05-22 04:53:10 | EOS/BTC | BUY | 0.0007932 | 135.95 | 0.10783554 | 0.13595 | EOS |
| 2019-05-22 04:53:10 | EOS/BTC | BUY | 0.0007932 | 52.76 | 0.04184923 | 0.05276 | EOS |
| 2019-05-22 04:53:10 | EOS/BTC | BUY | 0.0007932 | 30.08 | 0.02385945 | 0.03008 | EOS |
| 2019-05-22 04:53:10 | EOS/BTC | BUY | 0.0007932 | 41.42 | 0.03285434 | 0.04142 | EOS |
| 2019-05-22 04:53:10 | EOS/BTC | BUY | 0.0007932 | 14.31 | 0.01135069 | 0.01431 | EOS |
| 2019-05-22 04:53:10 | EOS/BTC | BUY | 0.0007932 | 39.81 | 0.03157729 | 0.03981 | EOS |
| 2019-05-22 04:53:10 | EOS/BTC | BUY | 0.0007932 | 4.07 | 0.00322832 | 0.00407 | EOS |
| 2019-05-22 04:53:10 | EOS/BTC | BUY | 0.0007932 | 6.11 | 0.00484645 | 0.00611 | EOS |
| 2019-05-22 04:53:10 | EOS/BTC | BUY | 0.0007932 | 1.61 | 0.00127705 | 0.00161 | EOS |
| 2019-05-22 04:53:09 | EOS/BTC | BUY | 0.0007932 | 177.3 | 0.14063436 | 0.1773 | EOS |
| 2019-05-22 04:53:09 | EOS/BTC | BUY | 0.0007932 | 55.58 | 0.04408605 | 0.05558 | EOS |
| 2019-05-22 04:53:09 | EOS/BTC | BUY | 0.0007932 | 51.99 | 0.04123846 | 0.05199 | EOS |
| 2019-05-22 04:53:09 | EOS/BTC | BUY | 0.0007932 | 19.3 | 0.01530876 | 0.0193 | EOS |
| 2019-05-22 04:53:09 | EOS/BTC | BUY | 0.0007932 | 18.32 | 0.01453142 | 0.01832 | EOS |
| 2019-05-22 04:53:09 | EOS/BTC | BUY | 0.0007932 | 10.17 | 0.00806684 | 0.01017 | EOS |
| 2019-05-22 04:53:09 | EOS/BTC | BUY | 0.0007932 | 18.32 | 0.01453142 | 0.01832 | EOS |
| 2019-05-22 04:53:09 | EOS/BTC | BUY | 0.0007932 | 5.4 | 0.00428328 | 0.0054 | EOS |
| 2019-05-22 04:53:09 | EOS/BTC | BUY | 0.0007932 | 19.52 | 0.01548326 | 0.01952 | EOS |
| 2019-05-22 04:53:09 | EOS/BTC | BUY | 0.0007932 | 45.41 | 0.03601921 | 0.04541 | EOS |
| 2019-05-22 04:53:08 | EOS/BTC | BUY | 0.0007932 | 5.35 | 0.00424362 | 0.00535 | EOS |
| 2019-05-22 04:53:08 | EOS/BTC | BUY | 0.0007932 | 8.02 | 0.00636146 | 0.00802 | EOS |
| 2019-05-22 04:53:08 | EOS/BTC | BUY | 0.0007932 | 15.92 | 0.01262774 | 0.01592 | EOS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2019-05-22 04:53:08 | EOS/BTC | BUY | 0.0007932 | 36.59 | 0.02902318 | 0.03659 | EOS |
| 2019-05-22 04:53:08 | EOS/BTC | BUY | 0.0007932 | 10.17 | 0.00806684 | 0.01017 | EOS |
| 2019-05-22 04:53:08 | EOS/BTC | BUY | 0.0007932 | 176.71 | 0.14016637 | 0.17671 | EOS |
| 2019-05-22 04:53:08 | EOS/BTC | BUY | 0.0007932 | 15.92 | 0.01262774 | 0.01592 | EOS |
| 2019-05-22 04:53:08 | EOS/BTC | BUY | 0.0007932 | 12.18 | 0.00966117 | 0.01218 | EOS |
| 2019-05-22 04:53:08 | EOS/BTC | BUY | 0.0007932 | 33.37 | 0.02646908 | 0.03337 | EOS |
| 2019-05-22 04:53:07 | EOS/BTC | BUY | 0.0007932 | 4.08 | 0.00323625 | 0.00408 | EOS |
| 2019-05-22 04:53:07 | EOS/BTC | BUY | 0.0007932 | 353.42 | 0.28033274 | 0.35342 | EOS |
| 2019-05-22 04:53:07 | EOS/BTC | BUY | 0.0007932 | 6.12 | 0.00485438 | 0.00612 | EOS |
| 2019-05-22 04:53:05 | EOS/BTC | BUY | 0.0007932 | 79.76 | 0.06326563 | 0.07976 | EOS |
| 2019-05-22 04:53:04 | EOS/BTC | BUY | 0.0007932 | 279.59 | 0.22177078 | 0.27959 | EOS |
| 2019-05-22 04:53:04 | EOS/BTC | BUY | 0.0007932 | 9.18 | 0.00728157 | 0.00918 | EOS |
| 2019-05-22 04:53:04 | EOS/BTC | BUY | 0.0007932 | 63.58 | 0.05043165 | 0.06358 | EOS |
| 2019-05-22 04:53:04 | EOS/BTC | BUY | 0.0007932 | 13.76 | 0.01091443 | 0.01376 | EOS |
| 2019-05-22 04:53:04 | EOS/BTC | BUY | 0.0007932 | 20.64 | 0.01637164 | 0.02064 | EOS |
| 2019-05-22 04:53:04 | EOS/BTC | BUY | 0.0007932 | 30.96 | 0.02455747 | 0.03096 | EOS |
| 2019-05-22 04:53:03 | EOS/BTC | BUY | 0.0007932 | 27.84 | 0.02208268 | 0.02784 | EOS |
| 2019-05-22 04:52:59 | EOS/BTC | BUY | 0.0007932 | 37.02 | 0.02936426 | 0.03702 | EOS |
| 2019-05-22 04:52:54 | EOS/BTC | BUY | 0.0007932 | 181.53 | 0.14398959 | 0.18153 | EOS |
| 2019-05-22 04:52:54 | EOS/BTC | BUY | 0.0007932 | 40.19 | 0.0318787 | 0.04019 | EOS |
| 2019-05-22 04:52:53 | EOS/BTC | BUY | 0.0007932 | 108.48 | 0.08604633 | 0.10848 | EOS |
| 2019-05-22 04:52:53 | EOS/BTC | BUY | 0.0007932 | 2.52 | 0.00199886 | 0.00252 | EOS |
| 2019-05-22 04:52:51 | EOS/BTC | BUY | 0.0007932 | 8.88 | 0.00704361 | 0.00888 | EOS |
| 2019-05-22 04:52:29 | EOS/BTC | BUY | 0.0007932 | 97.21 | 0.07710697 | 0.09721 | EOS |
| 2019-05-22 04:52:29 | EOS/BTC | BUY | 0.0007932 | 53.39 | 0.04234894 | 0.05339 | EOS |
| 2019-05-22 04:52:28 | EOS/BTC | BUY | 0.0007932 | 246.62 | 0.19561898 | 0.24662 | EOS |
| 2019-05-22 04:52:28 | EOS/BTC | BUY | 0.0007932 | 1.78 | 0.00141189 | 0.00178 | EOS |
| 2019-05-22 04:52:27 | EOS/BTC | BUY | 0.0007932 | 253.95 | 0.20143314 | 0.25395 | EOS |
| 2019-05-22 04:52:27 | EOS/BTC | BUY | 0.0007932 | 46.05 | 0.03652686 | 0.04605 | EOS |
| 2019-05-22 04:52:27 | EOS/BTC | BUY | 0.0007932 | 15.94 | 0.0126436 | 0.01594 | EOS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2019-05-22 04:52:27 | EOS/BTC | BUY | 0.0007932 | 59.9 | 0.04751268 | 0.0599 | EOS |
| 2019-05-22 04:52:26 | EOS/BTC | BUY | 0.0007932 | 50.26 | 0.03986623 | 0.05026 | EOS |
| 2019-05-22 04:52:26 | EOS/BTC | BUY | 0.0007932 | 13.55 | 0.01074786 | 0.01355 | EOS |
| 2019-05-22 04:52:25 | EOS/BTC | BUY | 0.0007932 | 39.84 | 0.03160108 | 0.03984 | EOS |
| 2019-05-22 04:52:25 | EOS/BTC | BUY | 0.0007932 | 23.91 | 0.01896541 | 0.02391 | EOS |
| 2019-05-22 04:52:25 | EOS/BTC | BUY | 0.0007932 | 15.93 | 0.01263567 | 0.01593 | EOS |
| 2019-05-22 04:52:25 | EOS/BTC | BUY | 0.0007932 | 39.84 | 0.03160108 | 0.03984 | EOS |
| 2019-05-22 04:52:23 | EOS/BTC | BUY | 0.0007932 | 4.82 | 0.00382322 | 0.00482 | EOS |
| 2019-05-22 04:52:22 | EOS/BTC | BUY | 0.0007932 | 7.23 | 0.00573483 | 0.00723 | EOS |
| 2019-05-22 04:52:22 | EOS/BTC | BUY | 0.0007932 | 10.85 | 0.00860622 | 0.01085 | EOS |
| 2019-05-22 04:52:22 | EOS/BTC | BUY | 0.0007932 | 16.27 | 0.01290536 | 0.01627 | EOS |
| 2019-05-22 04:52:22 | EOS/BTC | BUY | 0.0007932 | 10.16 | 0.00805891 | 0.01016 | EOS |
| 2019-05-22 04:52:21 | EOS/BTC | BUY | 0.0007932 | 24.41 | 0.01936201 | 0.02441 | EOS |
| 2019-05-22 04:52:21 | EOS/BTC | BUY | 0.0007932 | 36.62 | 0.02904698 | 0.03662 | EOS |
| 2019-05-22 04:52:16 | EOS/BTC | BUY | 0.0007932 | 11.03 | 0.00874899 | 0.01103 | EOS |
| 2019-05-22 04:52:14 | EOS/BTC | BUY | 0.0007932 | 48.31 | 0.03831949 | 0.04831 | EOS |
| 2019-05-22 04:52:14 | EOS/BTC | BUY | 0.0007932 | 48.31 | 0.03831949 | 0.04831 | EOS |
| 2019-05-22 04:52:13 | EOS/BTC | BUY | 0.0007932 | 15.78 | 0.01251669 | 0.01578 | EOS |
| 2019-05-22 04:52:12 | EOS/BTC | BUY | 0.0007932 | 79.65 | 0.06317838 | 0.07965 | EOS |
| 2019-05-22 04:52:12 | EOS/BTC | BUY | 0.0007932 | 40.23 | 0.03191043 | 0.04023 | EOS |
| 2019-05-22 04:52:06 | EOS/BTC | BUY | 0.0007932 | 9.23 | 0.00732123 | 0.00923 | EOS |
| 2019-05-22 04:52:06 | EOS/BTC | BUY | 0.0007932 | 15.47 | 0.0122708 | 0.01547 | EOS |
| 2019-05-22 04:52:06 | EOS/BTC | BUY | 0.0007932 | 4.85 | 0.00384702 | 0.00485 | EOS |
| 2019-05-22 04:52:06 | EOS/BTC | BUY | 0.0007932 | 15.93 | 0.01263567 | 0.01593 | EOS |
| 2019-05-19 08:22:43 | EOS/BTC | SELL | 0.0007918 | 340.5 | 0.2696079 | 0.00026961 | BTC |
| 2019-05-19 08:22:43 | EOS/BTC | SELL | 0.0007918 | 961.07 | 0.76097522 | 0.00076098 | BTC |
| 2019-05-19 08:22:43 | EOS/BTC | SELL | 0.0007918 | 315.76 | 0.25001876 | 0.00025002 | BTC |
| 2019-05-19 08:22:43 | EOS/BTC | SELL | 0.0007918 | 257.5 | 0.2038885 | 0.00020389 | BTC |
| 2019-05-19 08:22:43 | EOS/BTC | SELL | 0.0007918 | 257.5 | 0.2038885 | 0.00020389 | BTC |
| 2019-05-19 08:22:43 | EOS/BTC | SELL | 0.0007918 | 257.5 | 0.2038885 | 0.00020389 | BTC |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2019-05-19 08:22:43 | EOS/BTC | SELL | 0.0007919 | 19.9 | 0.01575881 | 0.00001576 | BTC |
| 2019-05-19 08:22:43 | EOS/BTC | SELL | 0.0007918 | 15.97 | 0.01264504 | 0.00001265 | BTC |
| 2019-05-19 08:22:43 | EOS/BTC | SELL | 0.0007918 | 15.97 | 0.01264504 | 0.00001265 | BTC |
| 2019-05-19 08:22:43 | EOS/BTC | SELL | 0.0007918 | 15.97 | 0.01264504 | 0.00001265 | BTC |
| 2019-05-19 08:22:43 | EOS/BTC | SELL | 0.000792 | 9 | 0.007128 | 0.00000713 | BTC |
| 2019-05-19 08:22:43 | EOS/BTC | SELL | 0.0007918 | 15.97 | 0.01264504 | 0.00001265 | BTC |
| 2019-05-19 08:22:43 | EOS/BTC | SELL | 0.0007921 | 40.61 | 0.03216718 | 0.00003217 | BTC |
| 2019-05-19 08:22:43 | EOS/BTC | SELL | 0.0007918 | 75.03 | 0.05940875 | 0.00005941 | BTC |
| 2019-05-19 08:22:43 | EOS/BTC | SELL | 0.0007918 | 56.34 | 0.04461001 | 0.00004461 | BTC |
| 2019-05-19 08:22:43 | EOS/BTC | SELL | 0.0007918 | 10.2 | 0.00807636 | 0.00000808 | BTC |
| 2019-05-19 08:22:43 | EOS/BTC | SELL | 0.0007922 | 2.52 | 0.00199634 | 0.000002 | BTC |
| 2019-05-19 08:08:58 | EOS/BTC | SELL | 0.0007942 | 201.19 | 0.15978509 | 0.00015979 | BTC |
| 2019-05-19 08:08:55 | EOS/BTC | SELL | 0.0007942 | 2.51 | 0.00199344 | 0.00000199 | BTC |
| 2019-05-19 07:47:53 | EOS/BTC | BUY | 0.0007965 | 561.89 | 0.44754538 | 0.56189 | EOS |
| 2019-05-19 07:47:52 | EOS/BTC | BUY | 0.0007965 | 570.28 | 0.45422802 | 0.57028 | EOS |
| 2019-05-19 07:46:48 | EOS/BTC | BUY | 0.0007965 | 247.83 | 0.19739659 | 0.24783 | EOS |
| 2019-05-19 07:45:52 | EOS/BTC | BUY | 0.0007965 | 381.29 | 0.30369748 | 0.38129 | EOS |
| 2019-05-19 07:45:51 | EOS/BTC | BUY | 0.0007965 | 533.52 | 0.42494868 | 0.53352 | EOS |
| 2019-05-19 07:45:51 | EOS/BTC | BUY | 0.0007965 | 13.26 | 0.01056159 | 0.01326 | EOS |
| 2019-05-19 07:45:48 | EOS/BTC | BUY | 0.0007965 | 303.83 | 0.24200059 | 0.30383 | EOS |
| 2019-05-19 07:44:58 | EOS/BTC | BUY | 0.0007965 | 54.82 | 0.04366413 | 0.05482 | EOS |
| 2019-05-19 07:44:57 | EOS/BTC | BUY | 0.0007965 | 7.93 | 0.00631624 | 0.00793 | EOS |
| 2019-05-19 07:44:57 | EOS/BTC | BUY | 0.0007965 | 7.15 | 0.00569497 | 0.00715 | EOS |
| 2019-05-19 07:44:57 | EOS/BTC | BUY | 0.0007965 | 29.37 | 0.0233932 | 0.02937 | EOS |
| 2019-05-19 07:44:56 | EOS/BTC | BUY | 0.0007965 | 7.93 | 0.00631624 | 0.00793 | EOS |
| 2019-05-19 07:44:56 | EOS/BTC | BUY | 0.0007965 | 2.19 | 0.00174433 | 0.00219 | EOS |
| 2019-05-19 07:44:56 | EOS/BTC | BUY | 0.0007965 | 7.93 | 0.00631624 | 0.00793 | EOS |
| 2019-05-19 07:44:56 | EOS/BTC | BUY | 0.0007965 | 144.67 | 0.11522965 | 0.14467 | EOS |
| 2018-05-18 01:43:22 | EOS/ETH | BUY | 0.01844 | 5535.65 | 102.077386 | 5.53565 | EOS |
| 2018-05-18 01:43:00 | EOS/ETH | BUY | 0.01844 | 60.27 | 1.1113788 | 0.06027 | EOS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2018-05-18 01:43:00 | EOS/ETH | BUY | 0.01844 | 667.13 | 12.3018772 | 0.66713 | EOS |
| 2018-05-18 01:42:09 | EOS/ETH | BUY | 0.01844 | 5.82 | 0.1073208 | 0.00582 | EOS |
| 2018-05-16 03:27:16 | EOS/ETH | BUY | 0.017902 | 143.48 | 2.56857896 | 0.14348 | EOS |
| 2018-05-16 03:27:16 | EOS/ETH | BUY | 0.017902 | 16.03 | 0.28696906 | 0.01603 | EOS |
| 2018-05-16 03:27:14 | EOS/ETH | BUY | 0.017902 | 33.31 | 0.59631562 | 0.03331 | EOS |
| 2018-05-16 03:27:14 | EOS/ETH | BUY | 0.017902 | 101.8 | 1.8224236 | 0.1018 | EOS |
| 2018-05-16 03:27:14 | EOS/ETH | BUY | 0.017902 | 184.24 | 3.29826448 | 0.18424 | EOS |
| 2018-05-16 03:27:14 | EOS/ETH | BUY | 0.017902 | 42.57 | 0.76208814 | 0.04257 | EOS |
| 2018-05-16 03:27:14 | EOS/ETH | BUY | 0.017902 | 23.88 | 0.42749976 | 0.02388 | EOS |
| 2018-05-16 03:27:13 | EOS/ETH | BUY | 0.017902 | 24 | 0.429648 | 0.024 | EOS |
| 2018-05-16 03:27:13 | EOS/ETH | BUY | 0.017902 | 49 | 0.877198 | 0.049 | EOS |
| 2018-05-16 03:27:13 | EOS/ETH | BUY | 0.017902 | 39.99 | 0.71590098 | 0.03999 | EOS |
| 2018-05-16 03:27:13 | EOS/ETH | BUY | 0.017902 | 9.01 | 0.16129702 | 0.00901 | EOS |
| 2018-05-16 03:27:13 | EOS/ETH | BUY | 0.017902 | 43 | 0.769786 | 0.043 | EOS |
| 2018-05-16 03:22:07 | EOS/ETH | BUY | 0.017902 | 59 | 1.056218 | 0.059 | EOS |
| 2018-05-16 03:22:06 | EOS/ETH | BUY | 0.017902 | 124.44 | 2.22772488 | 0.12444 | EOS |
| 2018-05-15 19:13:12 | EOS/ETH | BUY | 0.018013 | 66.4 | 1.1960632 | 0.0664 | EOS |
| 2018-05-15 19:13:12 | EOS/ETH | BUY | 0.018013 | 615.85 | 11.09330605 | 0.61585 | EOS |
| 2018-05-15 19:13:06 | EOS/ETH | BUY | 0.018013 | 6.64 | 0.11960632 | 0.00664 | EOS |
| 2018-05-15 19:13:05 | EOS/ETH | BUY | 0.018013 | 31 | 0.558403 | 0.031 | EOS |
| 2018-05-15 19:13:02 | EOS/ETH | BUY | 0.018013 | 100 | 1.8013 | 0.1 | EOS |
| 2018-05-15 19:13:01 | EOS/ETH | BUY | 0.018013 | 6.65 | 0.11978645 | 0.00665 | EOS |
| 2018-05-15 19:13:01 | EOS/ETH | BUY | 0.018013 | 85.88 | 1.54695644 | 0.08588 | EOS |
| 2018-05-15 19:12:59 | EOS/ETH | BUY | 0.018013 | 83.03 | 1.49561939 | 0.08303 | EOS |
| 2018-05-15 19:12:59 | EOS/ETH | BUY | 0.018013 | 257.36 | 4.63582568 | 0.25736 | EOS |
| 2018-05-15 19:12:51 | EOS/ETH | BUY | 0.018013 | 15.13 | 0.27253669 | 0.01513 | EOS |
| 2018-05-15 19:12:48 | EOS/ETH | BUY | 0.018013 | 19.93 | 0.35899909 | 0.01993 | EOS |
| 2018-05-15 19:12:43 | EOS/ETH | BUY | 0.018013 | 4.97 | 0.08952461 | 0.00497 | EOS |
| 2018-05-15 19:12:39 | EOS/ETH | BUY | 0.018013 | 5.54 | 0.09979202 | 0.00554 | EOS |
| 2018-05-15 19:12:36 | EOS/ETH | BUY | 0.018013 | 52.05 | 0.93757665 | 0.05205 | EOS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2018-05-15 19:12:35 | EOS/ETH | BUY | 0.018013 | 260.17 | 4.68644221 | 0.26017 | EOS |
| 2018-05-15 19:12:32 | EOS/ETH | BUY | 0.018013 | 2.2 | 0.0396286 | 0.0022 | EOS |
| 2018-05-15 19:12:32 | EOS/ETH | BUY | 0.018013 | 5.24 | 0.09438812 | 0.00524 | EOS |
| 2018-05-15 19:12:30 | EOS/ETH | BUY | 0.018013 | 207.44 | 3.73661672 | 0.20744 | EOS |
| 2018-05-15 19:12:28 | EOS/ETH | BUY | 0.018013 | 38.59 | 0.69512167 | 0.03859 | EOS |
| 2018-05-15 19:12:28 | EOS/ETH | BUY | 0.018012 | 31 | 0.558372 | 0.031 | EOS |
| 2018-05-15 19:09:43 | EOS/ETH | SELL | 0.01795 | 41.96 | 0.753182 | 0.00075318 | ETH |
| 2018-05-15 19:09:43 | EOS/ETH | SELL | 0.01795 | 60 | 1.077 | 0.001077 | ETH |
| 2018-05-15 19:09:43 | EOS/ETH | SELL | 0.01795 | 32 | 0.5744 | 0.0005744 | ETH |
| 2018-05-15 19:09:43 | EOS/ETH | SELL | 0.01795 | 182.01 | 3.2670795 | 0.00326708 | ETH |
| 2018-05-15 19:09:42 | EOS/ETH | SELL | 0.01795 | 23.48 | 0.421466 | 0.00042147 | ETH |
| 2018-05-15 19:09:42 | EOS/ETH | SELL | 0.01795 | 24 | 0.4308 | 0.0004308 | ETH |
| 2018-05-15 19:09:42 | EOS/ETH | SELL | 0.01795 | 64 | 1.1488 | 0.0011488 | ETH |
| 2018-05-15 19:09:42 | EOS/ETH | SELL | 0.01795 | 24 | 0.4308 | 0.0004308 | ETH |
| 2018-05-15 19:09:42 | EOS/ETH | SELL | 0.01795 | 6.61 | 0.1186495 | 0.00011865 | ETH |
| 2018-05-15 19:09:42 | EOS/ETH | SELL | 0.01795 | 16.6 | 0.29797 | 0.00029797 | ETH |
| 2018-05-15 19:09:41 | EOS/ETH | SELL | 0.01795 | 17.85 | 0.3204075 | 0.00032041 | ETH |
| 2018-05-15 19:09:41 | EOS/ETH | SELL | 0.01795 | 177.8 | 3.19151 | 0.00319151 | ETH |
| 2018-05-15 19:09:41 | EOS/ETH | SELL | 0.01795 | 125 | 2.24375 | 0.00224375 | ETH |
| 2018-05-15 19:09:41 | EOS/ETH | SELL | 0.01795 | 2.35 | 0.0421825 | 0.00004218 | ETH |
| 2018-05-15 19:09:40 | EOS/ETH | SELL | 0.01795 | 136.54 | 2.450893 | 0.00245089 | ETH |
| 2018-05-15 19:09:40 | EOS/ETH | SELL | 0.01795 | 29.4 | 0.52773 | 0.00052773 | ETH |
| 2018-05-15 19:09:40 | EOS/ETH | SELL | 0.01795 | 29.4 | 0.52773 | 0.00052773 | ETH |
| 2018-05-15 19:09:40 | EOS/ETH | SELL | 0.01795 | 20.02 | 0.359359 | 0.00035936 | ETH |
| 2018-05-15 19:09:40 | EOS/ETH | SELL | 0.01795 | 250.02 | 4.487859 | 0.00448786 | ETH |
| 2018-05-15 19:09:40 | EOS/ETH | SELL | 0.01795 | 1.43 | 0.0256685 | 0.00002567 | ETH |
| 2018-05-15 19:09:39 | EOS/ETH | SELL | 0.01795 | 1 | 0.01795 | 0.00001795 | ETH |
| 2018-05-15 19:09:39 | EOS/ETH | SELL | 0.01795 | 75.21 | 1.3500195 | 0.00135002 | ETH |
| 2018-05-15 19:09:39 | EOS/ETH | SELL | 0.01795 | 444.5 | 7.978775 | 0.00797878 | ETH |
| 2018-05-15 19:09:39 | EOS/ETH | SELL | 0.017971 | 46 | 0.826666 | 0.00082667 | ETH |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2018-05-15 19:09:39 | EOS/ETH | SELL | 0.017972 | 16.66 | 0.29941352 | 0.00029941 | ETH |
| 2018-05-15 19:09:39 | EOS/ETH | SELL | 0.017974 | 55.63 | 0.99989362 | 0.00099989 | ETH |
| 2018-05-15 19:03:19 | EOS/ETH | BUY | 0.017981 | 721.38 | 12.97113378 | 0.72138 | EOS |
| 2018-05-15 19:03:19 | EOS/ETH | BUY | 0.017981 | 33.17 | 0.59642977 | 0.03317 | EOS |
| 2018-05-15 19:03:18 | EOS/ETH | BUY | 0.017981 | 10 | 0.17981 | 0.01 | EOS |
| 2018-05-15 19:03:18 | EOS/ETH | BUY | 0.017981 | 9.14 | 0.16434634 | 0.00914 | EOS |
| 2018-05-15 19:03:08 | EOS/ETH | BUY | 0.017981 | 10 | 0.17981 | 0.01 | EOS |
| 2018-05-15 19:03:07 | EOS/ETH | BUY | 0.017981 | 30 | 0.53943 | 0.03 | EOS |
| 2018-05-15 19:03:06 | EOS/ETH | BUY | 0.017981 | 10 | 0.17981 | 0.01 | EOS |
| 2018-05-15 19:03:06 | EOS/ETH | BUY | 0.017981 | 300 | 5.3943 | 0.3 | EOS |
| 2018-05-15 19:03:04 | EOS/ETH | BUY | 0.017981 | 10 | 0.17981 | 0.01 | EOS |
| 2018-05-15 19:03:04 | EOS/ETH | BUY | 0.017981 | 73.85 | 1.32789685 | 0.07385 | EOS |
| 2018-05-15 19:03:04 | EOS/ETH | BUY | 0.017981 | 66.37 | 1.19339897 | 0.06637 | EOS |
| 2018-05-15 19:03:03 | EOS/ETH | BUY | 0.017981 | 12.5 | 0.2247625 | 0.0125 | EOS |
| 2018-05-15 19:03:02 | EOS/ETH | BUY | 0.017981 | 30 | 0.53943 | 0.03 | EOS |
| 2018-05-15 19:03:02 | EOS/ETH | BUY | 0.017981 | 10 | 0.17981 | 0.01 | EOS |
| 2018-05-15 19:03:00 | EOS/ETH | BUY | 0.017981 | 10 | 0.17981 | 0.01 | EOS |
| 2018-05-15 19:02:57 | EOS/ETH | BUY | 0.017981 | 10 | 0.17981 | 0.01 | EOS |
| 2018-05-15 19:02:55 | EOS/ETH | BUY | 0.017981 | 10 | 0.17981 | 0.01 | EOS |
| 2018-05-15 19:02:47 | EOS/ETH | BUY | 0.017981 | 10 | 0.17981 | 0.01 | EOS |
| 2018-05-15 19:02:45 | EOS/ETH | BUY | 0.017981 | 10 | 0.17981 | 0.01 | EOS |
| 2018-05-15 19:02:43 | EOS/ETH | BUY | 0.017981 | 10 | 0.17981 | 0.01 | EOS |
| 2018-05-15 19:02:43 | EOS/ETH | BUY | 0.017981 | 14.61 | 0.26270241 | 0.01461 | EOS |
| 2018-05-15 19:02:41 | EOS/ETH | BUY | 0.017981 | 10 | 0.17981 | 0.01 | EOS |
| 2018-05-15 19:02:41 | EOS/ETH | BUY | 0.017981 | 25.44 | 0.45743664 | 0.02544 | EOS |
| 2018-05-15 19:02:39 | EOS/ETH | BUY | 0.017981 | 10 | 0.17981 | 0.01 | EOS |
| 2018-05-15 19:02:37 | EOS/ETH | BUY | 0.017981 | 7.84 | 0.14097104 | 0.00784 | EOS |
| 2018-05-15 19:02:37 | EOS/ETH | BUY | 0.017981 | 126.92 | 2.28214852 | 0.12692 | EOS |
| 2018-05-15 19:02:37 | EOS/ETH | BUY | 0.017981 | 10 | 0.17981 | 0.01 | EOS |
| 2018-05-15 19:02:36 | EOS/ETH | BUY | 0.017981 | 260.17 | 4.67811677 | 0.26017 | EOS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2018-05-15 19:02:36 | EOS/ETH | BUY | 0.017981 | 37.31 | 0.67087111 | 0.03731 | EOS |
| 2018-05-15 19:02:36 | EOS/ETH | BUY | 0.01798 | 16.68 | 0.2999064 | 0.01668 | EOS |
| 2018-05-11 00:41:00 | EOS/ETH | SELL | 0.024041 | 1562.5 | 37.56278 | | |
| 2018-05-11 00:41:19 | EOS/ETH | SELL | 0.024041 | 1171.87 | 28.172927 | | |
| 2018-05-11 00:42:39 | EOS/ETH | SELL | 0.024042 | 236.03 | 5.674634 | | |
| 2018-05-11 00:44:08 | EOS/ETH | SELL | 0.024041 | 95.05 | 2.285098 | | |
| 2018-05-11 04:54:00 | EOS/ETH | SELL | 0.023901 | 878.9 | 21.005953 | | |
| 2018-05-11 05:11:23 | EOS/ETH | SELL | 0.02386 | 1223.32 | 29.188416 | | |
| 2018-05-11 05:21:06 | EOS/ETH | SELL | 0.02388 | 1082.33 | 25.846041 | | |
| 2019-05-01 18:45:20 | EOS/USDT | SELL | 4.7754 | 1200 | 5730.48 | 5.73048 | USDT |
| 2019-05-01 18:45:20 | EOS/USDT | SELL | 4.7754 | 300 | 1432.62 | 1.43262 | USDT |
| 2019-05-01 18:45:20 | EOS/USDT | SELL | 4.7754 | 1200 | 5730.48 | 5.73048 | USDT |
| 2019-05-01 18:45:20 | EOS/USDT | SELL | 4.7754 | 1200 | 5730.48 | 5.73048 | USDT |
| 2019-05-01 18:45:20 | EOS/USDT | SELL | 4.7754 | 1200 | 5730.48 | 5.73048 | USDT |
| 2019-05-01 18:45:20 | EOS/USDT | SELL | 4.7754 | 74.86 | 357.486444 | 0.35748644 | USDT |
| 2019-05-01 18:45:20 | EOS/USDT | SELL | 4.7754 | 42.63 | 203.575302 | 0.2035753 | USDT |
| 2019-05-01 18:45:18 | EOS/USDT | SELL | 4.7761 | 176.55 | 843.220455 | 0.84322046 | USDT |
| 2019-05-01 18:45:18 | EOS/USDT | SELL | 4.7763 | 85.04 | 406.176552 | 0.40617655 | USDT |
| 2019-05-01 18:45:18 | EOS/USDT | SELL | 4.7764 | 20.92 | 99.922288 | 0.09992229 | USDT |
| 2018-04-22 00:17:07 | EOS/ETH | BUY | 0.018211 | 17 | 0.309587 | 0.017 | EOS |
| 2018-04-22 00:17:07 | EOS/ETH | BUY | 0.018189 | 17.6 | 0.3201264 | 0.0176 | EOS |
| 2018-04-22 00:17:07 | EOS/ETH | BUY | 0.018197 | 8.97 | 0.16322709 | 0.00897 | EOS |
| 2018-04-22 00:17:07 | EOS/ETH | BUY | 0.018219 | 231.92 | 4.22535048 | 0.23192 | EOS |
| 2018-04-22 00:17:07 | EOS/ETH | BUY | 0.018219 | 445.46 | 8.11583574 | 0.44546 | EOS |
| 2018-04-22 00:17:07 | EOS/ETH | BUY | 0.018219 | 44.28 | 0.80673732 | 0.04428 | EOS |
| 2018-04-22 00:17:07 | EOS/ETH | BUY | 0.018219 | 60 | 1.09314 | 0.06 | EOS |
| 2018-04-22 00:17:07 | EOS/ETH | BUY | 0.018219 | 274.88 | 5.00803872 | 0.27488 | EOS |
| 2018-04-22 00:17:07 | EOS/ETH | BUY | 0.018219 | 165 | 3.006135 | 0.165 | EOS |
| 2018-04-22 00:17:07 | EOS/ETH | BUY | 0.018211 | 40 | 0.72844 | 0.04 | EOS |
| 2018-04-22 00:17:07 | EOS/ETH | BUY | 0.018212 | 451.29 | 8.21889348 | 0.45129 | EOS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2018-04-16 19:50:25 | EOS/ETH | BUY | 0.016148 | 3369.76 | 54.414885 | | |
| 2018-04-16 18:41:36 | EOS/ETH | BUY | 0.0162 | 856.45 | 13.87449 | 0.85645 | EOS |
| 2018-04-16 18:41:31 | EOS/ETH | BUY | 0.0162 | 0.14 | 0.002268 | 0.00014 | EOS |
| 2018-04-16 18:41:16 | EOS/ETH | BUY | 0.0162 | 0.1 | 0.00162 | 0.0001 | EOS |
| 2018-04-16 18:41:16 | EOS/ETH | BUY | 0.0162 | 0.16 | 0.002592 | 0.00016 | EOS |
| 2018-04-16 18:41:04 | EOS/ETH | BUY | 0.0162 | 42.29 | 0.685098 | 0.04229 | EOS |
| 2018-04-16 18:41:03 | EOS/ETH | BUY | 0.0162 | 178.45 | 2.89089 | 0.17845 | EOS |
| 2018-04-16 18:41:02 | EOS/ETH | BUY | 0.0162 | 0.1 | 0.00162 | 0.0001 | EOS |
| 2018-04-16 18:41:02 | EOS/ETH | BUY | 0.0162 | 189.21 | 3.065202 | 0.18921 | EOS |
| 2018-04-16 18:41:01 | EOS/ETH | BUY | 0.0162 | 4.61 | 0.074682 | 0.00461 | EOS |
| 2018-04-16 18:41:01 | EOS/ETH | BUY | 0.0162 | 0.08 | 0.001296 | 0.00008 | EOS |
| 2018-04-16 18:41:00 | EOS/ETH | BUY | 0.0162 | 1.55 | 0.02511 | 0.00155 | EOS |
| 2018-04-16 18:41:00 | EOS/ETH | BUY | 0.0162 | 2.45 | 0.03969 | 0.00245 | EOS |
| 2018-04-16 18:41:00 | EOS/ETH | BUY | 0.0162 | 0.45 | 0.00729 | 0.00045 | EOS |
| 2018-04-16 18:41:00 | EOS/ETH | BUY | 0.0162 | 0.09 | 0.001458 | 0.00009 | EOS |
| 2018-04-16 18:41:00 | EOS/ETH | BUY | 0.0162 | 0.11 | 0.001782 | 0.00011 | EOS |
| 2018-04-16 18:41:00 | EOS/ETH | BUY | 0.0162 | 11.7 | 0.18954 | 0.0117 | EOS |
| 2018-04-16 18:40:59 | EOS/ETH | BUY | 0.0162 | 21.8 | 0.35316 | 0.0218 | EOS |
| 2018-04-16 18:40:59 | EOS/ETH | BUY | 0.0162 | 33.54 | 0.543348 | 0.03354 | EOS |
| 2018-04-16 18:40:59 | EOS/ETH | BUY | 0.0162 | 224 | 3.6288 | 0.224 | EOS |
| 2018-04-16 18:40:58 | EOS/ETH | BUY | 0.0162 | 0.74 | 0.011988 | 0.00074 | EOS |
| 2018-04-16 18:40:58 | EOS/ETH | BUY | 0.0162 | 0.03 | 0.000486 | 0.00003 | EOS |
| 2018-04-16 18:40:58 | EOS/ETH | BUY | 0.0162 | 1.94 | 0.031428 | 0.00194 | EOS |
| 2018-04-16 18:40:58 | EOS/ETH | BUY | 0.0162 | 3.1 | 0.05022 | 0.0031 | EOS |
| 2018-04-16 18:40:58 | EOS/ETH | BUY | 0.0162 | 11.57 | 0.187434 | 0.01157 | EOS |
| 2018-04-16 18:40:58 | EOS/ETH | BUY | 0.016194 | 19.4 | 0.3141636 | 0.0194 | EOS |
| 2018-04-16 18:40:58 | EOS/ETH | BUY | 0.01619 | 40 | 0.6476 | 0.04 | EOS |
| 2018-04-16 18:40:58 | EOS/ETH | BUY | 0.016193 | 18 | 0.291474 | 0.018 | EOS |
| 2018-04-16 18:40:58 | EOS/ETH | BUY | 0.0162 | 63.15 | 1.02303 | 0.06315 | EOS |
| 2018-04-16 18:40:58 | EOS/ETH | BUY | 0.016194 | 17.4 | 0.2817756 | 0.0174 | EOS |

| 2018-04-16 18:40:58 | EOS/ETH | BUY | 0.016193 | 17 | 0.275281 | 0.017 | EOS |
|---|---|---|---|---|---|---|---|
| 2018-04-16 18:40:58 | EOS/ETH | BUY | 0.016191 | 123.83 | 2.00493153 | 0.12383 | EOS |
| 2018-04-06 23:26:15 | EOS/BTC | BUY | 0.0008798 | 3000 | 2.6392655 | | |
| 2018-04-06 23:26:37 | EOS/BTC | BUY | 0.0008795 | 3000 | 2.6385 | | |
| 2018-04-06 23:26:54 | EOS/BTC | BUY | 0.0008794 | 3000 | 2.6382 | | |
| 2018-04-06 23:32:24 | EOS/ETH | BUY | 0.015711 | 3000 | 47.133 | | |
| 2018-04-10 23:11:14 | EOS/ETH | BUY | 0.014475 | 3651.59 | 52.856642 | | |
| 2018-03-29 16:09:08 | EOS/BTC | BUY | 0.0008259 | 10230 | 8.4486864 | | |
| 2018-03-29 16:09:28 | EOS/BTC | BUY | 0.000826 | 7674 | 6.3387171 | | |
| 2019-01-18 05:19:04 | EOSTUSD | SELL | 2.4573 | 65.01 | 159.749073 | 0.15974907 | TUSD |
| 2019-01-18 05:19:03 | EOSTUSD | SELL | 2.4573 | 60.8 | 149.40384 | 0.14940384 | TUSD |
| 2019-01-18 05:19:03 | EOSTUSD | SELL | 2.4573 | 9.94 | 24.425562 | 0.02442556 | TUSD |
| 2019-01-18 05:19:03 | EOSTUSD | SELL | 2.4573 | 10 | 24.573 | 0.024573 | TUSD |
| 2019-01-18 05:19:03 | EOSTUSD | SELL | 2.4573 | 110.42 | 271.335066 | 0.27133507 | TUSD |
| 2019-01-18 05:19:03 | EOSTUSD | SELL | 2.4573 | 190 | 466.887 | 0.466887 | TUSD |
| 2019-01-18 05:19:03 | EOSTUSD | SELL | 2.4573 | 4.39 | 10.787547 | 0.01078755 | TUSD |
| 2019-01-18 05:19:03 | EOSTUSD | SELL | 2.4573 | 135.92 | 333.996216 | 0.33399622 | TUSD |
| 2019-01-17 05:18:56 | EOSTUSD | SELL | 2.3899 | 1020.4 | 2438.65396 | 2.43865396 | TUSD |