# EXHIBIT 6



Government of Puerto Rico

# CERTIFICATE OF ORGANIZATION

I, **Elmer L. Roman, Secretary of State** of the Government of Puerto Rico;

**CERTIFY**: That **TOKEN FUND I LLC**, register number **444956**, is a **Domestic Limited Liability Company For Profit** organized under the laws of Puerto Rico on this **6th of June, 2020 at 11:18 PM**.



**IN WITNESS WHEREOF**, the undersigned by virtue of the authority vested by law, hereby issues this certificate and affixes the Great Seal of the Government of Puerto Rico, in the City of San Juan, Puerto Rico, today, **June 6, 2020.**

**Elmer L. Roman**
Secretary of State

1780238 - $250.00