# Exhibit 1



Government of Puerto Rico
Department of State

Transaction Date: 06-Jun-2020
Register No: 444956
Order No: 1780238

# Government of Puerto Rico

## Certificate of Formation of a Limited Liability Company

### Article I - Limited Liability Company Name

**The name of the Domestic Limited Liability Company is:  TOKEN FUND I LLC**
**Desired term for the entity name is: LLC**

### Article II - Principal Office and Resident Agent

Its principal office in the Government of Puerto Rico will be located at:

| | |
|---|---|
| Street Address | **5245 Ave Isla Verde, Suite 302, CAROLINA, PR, 00979** |
| Mailing Address | **5245 Ave Isla Verde, Suite 302, CAROLINA, PR, 00979** |
| Phone | **(650) 954-6857** |

The name, street and mailing address of the Resident Agent in charge of said office is:

| | |
|---|---|
| Name | **Pogodin, Pavel** |
| Street Address | **5245 Ave Isla Verde, Suite 302, CAROLINA, PR, 00979** |
| Mailing Address | **5245 Ave Isla Verde, Suite 302, CAROLINA, PR, 00979** |
| Email | **pp@consensuslaw.io** |
| Phone | **(650) 469-3750** |

### Article III - Nature of Business

This is a For Profit entity whose nature of business or purpose is as follows:

**The company will engage in any and all lawful activity or business for which a Limited Liability Company may be organized under Chapter XIX of the Puerto Rico General Corporation Law of 2009, as amended from time to time.**

### Article IV - Authorized Persons

The name, street and mailing address of each Authorized Person is as follows:

| | |
|---|---|
| Name | **Pogodin, Pavel** |
| Street Address | **5245 Ave Isla Verde, Suite 302, CAROLINA, PR, 00979** |
| Mailing Address | **5245 Ave Isla Verde, Suite 302, CAROLINA, PR, 00979** |
| Email | **pp@consensuslaw.io** |

### Article V - Administrators

Faculties will not end by presenting this Certificate.

TOKEN FUND I LLC                                                                 Domestic Limited Liability Company

### Article VI - Terms of Existence

The term of existence of this entity will be: **Perpetual**

The date from which the entity will be effective is: **06-Jun-2020**

### Supporting Documents

| Document | Date Issued |
|---|---|
| | |

### STATEMENT UNDER PENALTY OF PERJURY

IN WITNESS WHEREOF, I/We Pogodin, Pavel, the undersigned, for the purpose of forming a limited liability company pursuant to the laws of Puerto Rico, hereby swear that the facts herein stated are true. This 6th day of June, 2020.