**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHASE WILLIAMS AND WILLIAM ZHANG, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Civ. No. 1:20-cv-2809-LAK |
| v. | CLASS ACTION |
| BLOCK.ONE, BRENDAN BLUMER, and DANIEL LARIMER, | |
| Defendants. | |
| CRYPTO ASSETS OPPORTUNITY FUND LLC and JOHNNY HONG, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiffs, | Civ. No.: 1:20-cv-3829-LAK |
| v. | CLASS ACTION |
| BLOCK.ONE, BRENDAN BLUMER, DANIEL LARIMER, IAN GRIGG, and BROCK PIERCE, | |
| Defendants. | |

**NOTICE OF CRYPTO ASSETS OPPORTUNITY FUND LLC'S
*EX PARTE* MOTION FOR AN ENLARGEMENT OF TIME FOR SERVICE**

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, before the Honorable Lewis A. Kaplan, at the U.S. District Court for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 21B, New York, New York, 10007, or by some other means chosen by the Court, The Crypto Assets Opportunity Fund, LLC ("CAOF") will respectfully move this Court for the entry of an Order: (1) enlarging the time to serve the summons, civil cover sheet, and complaint filed on May 18, 2020 in 1:20-cv-3829 ("Complaint") on Defendant Brock Pierce until October 16, 2020; and (2) enlarging the time to serve the summons, civil cover sheet, and Complaint on Defendants Ian Grigg and Brendan Blumer until February 17, 2021. This Motion is made pursuant to Rules 4(m) and 6(b) of the Federal Rules of Civil Procedure.  In support of this Motion, CAOF submits the accompanying Memorandum of Law, Declaration of Caitlin M. Moyna and exhibits attached thereto.

Dated: New York, New York  
August 17, 2020

Respectfully submitted,

 */s/ Daniel L. Berger*  
Daniel L. Berger  
Caitlin M. Moyna  
**GRANT & EISENHOFER P.A.**  
485 Lexington Avenue  
New York, NY 10017  
Tel.: (646) 722-8500  
Fax: (646) 722-8501  
Email: dberger@gelaw.com  
Email: cmoyna@gelaw.com

*Lead Counsel for Plaintiffs and Counsel for Crypto Assets Opportunity Fund, LLC*

J. Samuel Tenenbaum (pro hac vice motion pending)  
**BLUHM LEGAL CLINIC OF THE NORTHWESTERN PRITZKER SCHOOL OF LAW COMPLEX CIVIL LITIGATION AND INVESTOR PROTECTION CENTER**  
375 East Chicago Ave.  
Chicago, IL 60611  
Tel: (312) 503-4808  
Email: s-tenenbaum@law.northwestern.edu

*Counsel for Crypto Assets Opportunity Fund, LLC*