# EXHIBIT 1

**From:** Process Xpress Service [mailto:service@processxpress.com]
**Sent:** Thursday, May 28, 2020 1:02 PM
**To:** Toby Saviano <tsaviano@gelaw.com>
**Subject:** RE: Quote Reply from Process Xpress

Good Afternoon Toby,

BELOW ARE THREE ADDRESSES WE FOUND FOR HIM IN PUERTO RICO - BUT AFTER READING THE INFO ON THE LINK YOU SENT , HE MAY NOT BE AT ANY OF THEM - WE WOULD RECOMMEND THAT YOU CONTACT COVERT INTELLIGENCE (787-276-5619) IN PUERTO RICO TO GET THE PAPERS SERVED.

250 CALLE DEL SANTO CRISTO, SAN JUAN, PR 00901-1568 (SAN JUAN COUNTY) (10/2018 to 04/2020)
53 CALLE DE LA CRUZ, SAN JUAN, PR 00901-1303 (SAN JUAN COUNTY) (08/15/2019 to 08/15/2019)
5 AVE MUNOZ RIVERA APT 303, SAN JUAN, PR 00901-2461 (SAN JUAN COUNTY) (02/2018 to 02/21/2018)

Possible Employers
Business Name: INVESTOR (04/29/2020)
Phone: (917) 340-3400 (ET) INVESTOR

Business Name: ARCANE CONSULTING, INC. (02/29/2020)
Address: 666 71ST ST, MIAMI BEACH, FL 33141 (MIAMI-DADE COUNTY)

Business Name: IGE (02/28/2020)
Phone: (561) 955-9721 (ET) IGE
Address: 635 EUCLID AVE APT 222, MIAMI BEACH, FL 33139 (MIAMI-DADE COUNTY)

Business Name: PLAYSINO, INC. (01/17/2020)
Phone: (310) 869-3326 (PT) PLAYSINO, INC.
Address: 310 WILSHIRE BLVD, SANTA MONICA, CA 90401 (LOS ANGELES COUNTY)

# Regina Moore
Client Manager

**\*\*\*COVID-19\*\*\***
We are actively monitoring the releases and guidelines from health officials, state, and county leaders.  The safety and health of our employees, clients, and servers are our biggest priorities. Currently our office will remain open and

continue to conduct our daily business as normal. There may be delays in services due to many businesses closing. If you have questions or concerns, please don't hesitate to reach out to us. Stay safe!



PO Box 532053
Orlando, FL 32853-2053
www.processxpress.com
Agency License #A2300008
phone  407-327-9572
fax 407-327-9223



**From:** Toby Saviano <tsaviano@gelaw.com>
**Sent:** Thursday, May 28, 2020 10:14 AM
**To:** Process Xpress Service <service@processxpress.com>
**Subject:** RE: Quote Reply from Process Xpress

Please provide me with an update on this.

**From:** Process Xpress Service [mailto:service@processxpress.com]
**Sent:** Wednesday, May 20, 2020 9:08 AM
**To:** Toby Saviano <tsaviano@gelaw.com>
**Subject:** RE: Quote Reply from Process Xpress

We have received the new client form, the info and the payment and will get started on the skip trace.
Thank you,

# Regina Moore
Client Manager

We are actively monitoring the releases and guidelines from health officials, state, and county leaders. All of Florida has stay-at-home orders until April 30th except "essential workers**.**" The safety and health of our employees, clients, and servers are our biggest priorities. Currently our office will remain open and continue to conduct our daily business as normal. There may be delays in services due to many businesses closing. If you have questions or concerns, please don't hesitate to reach out to us. Stay safe!



PO Box 532053
Orlando, FL 32853-2053
www.processxpress.com
Agency License #A2300008
phone  407-327-9572

fax 407-327-9223



**From:** Toby Saviano <tsaviano@gelaw.com>
**Sent:** Tuesday, May 19, 2020 4:29 PM
**To:** Process Xpress Service <service@processxpress.com>
**Subject:** RE: Quote Reply from Process Xpress

The information I found for the witness is:
Brock Jeffrey Pierce
Born in Minnesota 11/14/80
Last license was issued in Dade County, FL-see below.

Regarding his current whereabouts, there are articles detailing how he lives in PR and attends to his companies from there.

https://www.rollingstone.com/culture/culture-features/brock-pierce-hippie-king-of-cryptocurrency-700213/

**Driver Information**

| | |
|---|---|
| Name: | PIERCE, BROCK JEFFREY |
| Address: | 450 ALTON RD APT 1701<br>MIAMI BEACH, FL 33139-6718<br>MIAMI-DADE COUNTY |
| Data source: | Governmental: FL |

**Personal Information**

| | |
|---|---|
| SSN: | 475-94-XXXX |
| Date of Birth: | 11/1980 |
| Gender: | Male |
| Race: | WHITE |
| Height: | 5'04" |

**Historical License Information**

| | |
|---|---|
| License Type: | RENEWAL |
| License Class: | Non-Commercial - Regular Operator License |
| Issue Date: | 01/30/2006 |
| Expiration Date: | 11/14/2010 |
| Original Issue Date: | 02/17/2000 |

**From:** Process Xpress Service [mailto:service@processxpress.com]
**Sent:** Tuesday, May 19, 2020 3:55 PM

**To:** Toby Saviano <tsaviano@gelaw.com>
**Subject:** FW: Quote Reply from Process Xpress

Let's try this again! Stay safe!

---

**From:** Process Xpress Service
**Sent:** Tuesday, May 19, 2020 3:48 PM
**To:** tobysaviano@gelaw.com
**Subject:** Quote Reply from Process Xpress

Good Afternoon Toby,

The quote for doing a skip trace on Brock Pierce to find an anddress in Puerto Rico is $125.00. Should you need your docs served in Puerto Rico, the cost starts at $200 and goes up from there depending on the location.

Please follow the steps below for efficient service.
1. **New Client Form**: If this is your first time using our services, please complete the New Client Form here.
2. **Payment**: MUST be made here before your job will be assigned. Just the $125 for the skip trace for now.
3. **Send us your documents**: Email the info you provided to me on the phone so we have a paper trail to service@processxpress.com.

   We are also able to quote the following services upon request: **Service of Process Nationwide and Puerto Rico**, Document Retrievals, Court Research, Foreclosure Sale Representation, Mobile Notary Service, Skip Tracing, Courier Service.

**\*\*\*COVID-19\*\*\***
We are actively monitoring the releases and guidelines from health officials, state, and county leaders. All of Florida has stay-at-home orders until April 30th except "essential workers**."** The safety and health of our employees, clients, and servers are our biggest priorities. Currently our office will remain open and continue to conduct our daily business as normal. There may be delays in services due to many businesses closing. If you have questions or concerns, please don't hesitate to reach out to us. Stay safe!

Regards,
**Bonnie S. Moore**
*Owner/Office Manager*

PO Box 532053
Orlando, FL 32853-2053
www.processxpress.com
Agency License #A2300008
phone  407-327-9572
fax 407-327-9223


4