# EXHIBIT 2

# 2020 OKLAHOMA STATEMENT OF CANDIDACY
## Independent Candidate for
## President of the United States



**NOTICE:** All information provided on this form will be made available to the public.

| Candidate Information | |
|---|---|
| **Candidate's Ballot Name:** | BROCK PIERCE |
| **Candidate's Legal Name:** BROCK JEFFREY PIERCE | **Birthdate:** 11/14/1980 |
| **Candidate's Residence Address:** (Street, City, State, ZIP) | 250 CALLE DEL CRISTO, SAN JUAN, PR 00901 |
| **Candidate's Mailing Address:** (Street, City, State, ZIP) | 151 CALLE DE SAN FRANCISCO, SUITE 200 PMB 5450, SAN JUAN, PR 00901 |
| **Filing Method (Check One):** | Filing Fee ☑   Petition ☐ |
| **Additional Information (optional):** E-mail Address: brittany@brock.vote   Website Address: www.brock.vote  Oklahoma Campaign Contact: _____ | |

| Certification of Presidential Electors | |
|---|---|
| **Elector's Name** | **Elector's Address** |
| 1  Robert Murphy | 1609 peachtree ln Norman OK 73071 |
| 2  Susan Darlene Murphy | 1609 peachtree ln Norman OK 73071 |
| 3  Richard Prawdzienski | 1712 timber ridge rd Edmond OK 73034 |
| 4  Jessy Artman | 308 Ecomanche Ave, Ponca City OK 74601 |
| 5  David Selinger | 17337 sparrowhawk ln Edmond OK 73012 |
| 6  Shane Wayne Howell | 158 NE 12th St Moore, OK 93160 |
| 7  Angela Measlin | 118 Armadillo dr Newalla OK 74857 |

I swear or affirm that the information provided in this Statement of Candidacy is true and correct and that I am qualified and eligible for election as President of the United States as specified in the United States Constitution. I certify that the Electors named are residents of and registered to vote in Oklahoma, are pledged to my candidacy and that each Elector will subscribe to and submit the appropriate oath by the required date.

_____
(Signature of Candidate)

### Notary

SEAL

DENNIS LOC NGUYEN
Notary Public - California
Los Angeles County
Commission # 2287846
My Comm. Expires May 9, 2023

State of _California_ County of _Los Angeles_
Subscribed and sworn to before me by _Brock Pierce_ on _7-14-2020_
(Name of Signer)        (Date)
My Commission expires on _May 9, 2023_ Commission Number _2287846_

_____
Signature of Notary Public or Officer Authorized to Administer Oath

_Dennis Loc Nguyen   Notary Public_
Title of Officer (Notary Public or Other Officer)

2020 Independent Candidate for President                   Candidate Information and Oath/3



JUL 15 2020

STATE ELECTION
BOARD