# EXHIBIT 3

**Toby Saviano**

---

| | |
|---|---|
| **From:** | Jose Medina <notifications@mail.servemanager.com> |
| **Sent:** | Monday, June 15, 2020 11:50 AM |
| **To:** | Toby Saviano |
| **Subject:** | [ServeManager] Job #4569119 Update |

## Attempted Serve

Jose Medina shared a service notification with you:

## Details

**Process Server:** Jesinette Breton

**Date & Time:** Jun 12, 2020, 2:50 am -04

**Service Type:** Unsuccessful Attempt

**Description of Service:**

The Process Server went to the address provided at 250 Calle de Cristo San Juan, PR 00901 in order to serve Brock Pierce. Once in location, the PS notice there is a commercial street in Old San Juan. There is a restaurant/bar at 250 Calle del Cristo named Restaurant La Danza. On the second floor, there are apartments. All the business are closed in Old San Juan due to a Government Law regarding a lockdown for coronavirus Covid-19 pandemic. There is no access to second floor. All the windows and doors in second floor are closed. Service could not be executed.

## Service Address

250 Calle de Cristo, San Juan, PR 00901

---

## Job & Case

**Job:** 4569119

**Recipient:** Brock Pierce

**Documents:** Summons, Complaint, Civil Cover Sheet, ECF Rules 040120 - COVID v2

---

**Shared with you by:**

1

Jose Medina
CIG, LLC
jose@covertintelligencegroup.com
787-454-3435

**Toby Saviano**

| | |
|---|---|
| **From:** | Jesinette Breton <notifications@mail.servemanager.com> |
| **Sent:** | Monday, June 15, 2020 11:34 AM |
| **To:** | Toby Saviano |
| **Subject:** | [ServeManager] Job #4569119 Update |

# Attempted Serve

Jesinette Breton shared a service notification with you:

## Details

**Process Server:** Jesinette Breton

**Date & Time:** Jun 15, 2020, 10:39 am -04

**Service Type:** Unsuccessful Attempt

**Description of Service:**

The Process Server went to the address provided in order to serve Brock Pierce. Once in location, the PS realized that it was a bar in the first floor and upstairs there were apartments. The PS knocked on the fence of the stairs and called out the recipient's name several times but no answer was received. The PS could not get upstairs because it was locked, she filled out the report and left the area afterwards.

## Service Address

250 Calle de Cristo, San Juan, PR 00901

## GPS Data

**Mobile Device:** iPhone 13.5.1

**GPS Coordinates:** 18.4649196, -66.11665932

**GPS Timestamp:** 1592231943999

---

# Job & Case

**Job:** 4569119

**Recipient:** Brock Pierce

**Documents:** Summons, Complaint, Civil Cover Sheet, ECF Rules 040120 - COVID v2

**Shared with you by:**

Jesinette Breton
CIG, LLC
jesinette@covertintelligencegroup.com
787276-5619

**From:** Jose Medina
**To:** Toby Saviano
**Cc:** Jesinette Breton
**Subject:** Re: Attempt on Brock Pierce
**Date:** Monday, August 17, 2020 5:19:00 PM
**Attachments:** New_Service_Brock_Pierce.zip

# Details

Process Server:     Jesinette Breton
Date & Time:        Jul 6, 2020, 10:44 am -04
Service Type:       Unsuccessful Attempt

Description of Service:    The Process Server went to the address provided in order to serve Brock Pierce. Once in location, the PS realized 250 Calle de Cristo San Juan, PR 00901 is a business address and apartments were on the second floor of those businesses. The PS also realized that all businesses were closed. The door that gives access to the apartments was also closed. The PS knocked on the door of the building in front of the 251, but no answer was received. The mailboxes are not outside, there was no way to confirm if the recipient lives there. The PS filled out the report and left the area afterwards.

Note: Due to the Coronavirus Covid-19 pandemic some businesses are still locked. Houses canvassed in the area where also closed and neighbors do not get out much to avoid physical contact or to maintain social distancing.