# EXHIBIT 4

**From:** Jose Medina
**To:** Toby Saviano
**Cc:** Jesinette Breton
**Subject:** Attempt on Brock Pierce
**Date:** Monday, August 17, 2020 3:57:01 PM

## Details

Process Server:      Jesinette Breton
Date & Time:         Aug 17, 2020, 2:35 pm -04
Service Type:        Unsuccessful Attempt

Description of Service:   The Process Server went to the address provided in order to serve Brock Pierce. Once in suite 200, the PS identified herself and the purpose of the visit to Mr. Alberto Doe who explained to the PS that suite 200 belonged to Millennial Networks, LLC; a company of network monitoring. He also stated that the defendant does not work for them and that he did not recognize that name. The PS filled out the report and left the area afterwards.

--

*JOSE MEDINA, BA. ML*
*Executive Assistant*
*Covert Intelligence, LLC*
*Tel. 787.276.5619*
*Cel. 787.454.3435*
*jose@covertintelligencegroup.com*
*http://www.covertintelligencegroup.com*
*Base in Puerto Rico, We cover island wide and the Caribbean*

Notice: Unless otherwise stated, this communication is confidential.

Advertencia: A menos que se indique lo contrario, esta comunicación es confidencia*l.*