# Exhibit 5

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

CHASE WILLIAMS AND WILLIAM ZHANG/ )
CRYPTO ASSETS OPPORTUNITY FUND LLC and )
JOHNNY HONG )
_____Plaintiff_____ )
v. ) Civil Action No. 1:20-cv-2809-LAK
BLOCK.ONE, et al. ) 1:20-cv-3829-LAK
_____Defendant_____ )

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Brock J. Pierce
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:  08/13/2020                                  /s/ Caitlin M. Moyna
                                                   *Signature of the attorney or unrepresented party*

                                                   Caitlin M. Moyna
                                                   *Printed name*
                                                   Grant & Eisenhofer P.A.
                                                   485 Lexington Ave., 29th Floor
                                                   New York, N.Y. 10017
                                                   *Address*

                                                   cmoyna@gelaw.com
                                                   *E-mail address*

                                                   (646)722-8500
                                                   *Telephone number*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHASE WILLIAMS AND WILLIAM ZHANG, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>BLOCK.ONE, BRENDAN BLUMER, and DANIEL LARIMER,<br><br>　　　　　　　Defendants. | Civ. No. 1:20-cv-2809-LAK<br><br><u>CLASS ACTION</u> |
| CRYPTO ASSETS OPPORTUNITY FUND LLC and JOHNNY HONG, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>BLOCK.ONE, BRENDAN BLUMER, DANIEL LARIMER, IAN GRIGG, and BROCK PIERCE,<br><br>　　　　　　　Defendants. | Civ. No.: 1:20-cv-3829<br><br><u>CLASS ACTION</u> |

## **WAIVER OF THE SERVICE OF THE SUMMONS**

**To:** **CAITLIN M. MOYNA**
Grant & Eisenhofer P.A.
485 Lexington Ave.
New York, N.Y. 10017
Tel: (646) 722-8500
Fax: (646) 722-8501
cmoyna@gelaw.com
*Attorney for Plaintiffs*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within60 days from August 13, 2020, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Dated: _____                                    _____

                                                                                              Brock Pierce  
                                                                                              Named Defendant

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.








7013 3020 0000 4363 6950

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 3.40 |
| Certified Fee | 3.55 |
| Return Receipt Fee (Endorsement Required) | 2.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 10.50 |

Postmark Here

AUG 14 2020 NEW YORK, NY

*Sent To* Brock Pierce

*Street, Apt. No.; or PO Box No.* 151 calle de San Francisco suite 200

*City, State, ZIP+4* San Juan, PR 00901

PS Form 3800, August 2006 See Reverse for Instructions

7014 2120 0002 6956 1051

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | |
|---|---|
| Postage | $ 3.40 |
| Certified Fee | 3.55 |
| Return Receipt Fee (Endorsement Required) | 2.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 10.50 |

Postmark Here

AUG 14 2020 NEW YORK, NY

*Sent To* Brock Pierce

*Street & Apt. No., or PO Box No.* 250 calle del cristo

*City, State, ZIP+4* San Juan, PR 00901

PS Form 3800, July 2014 See Reverse for Instructions

Brock Pierce
250 Calle Del Cristo
San Juan, PR 00901

485 Lexington Ave
29th Flr
Grant & Eisenhofer
New York, NY 10017




Brock Pierce
151 Calle De San Francisco
Suite 200
PMB 5450
San Juan, PR 00901

Grant & Eisenhofer
485 Lexington Ave
29th Floor
New York, NY 10017