# EXHIBIT 6

**TOTAL**
Global Credit & Risk Solutions
*Since 1987*

**Ievgeniia P. Vatrenko, Esq.**

# INVOICE 发票
*Page 1 of 2*

**Attn： Jenny Vatrenko**

1-718-4516384

jenny@vatrenkoesq.com

| | |
|---|---|
| Invoice No. 账单编号 | **82549** |
| Invoice Date 账单日期 | I05376-52-61 |
| Customer Code 客户编号 | 14-Aug-2020 |

| | | |
|---|---|---|
| **Invoice Amount 发票总额** | **HKD** | **19,964.00** |

**Payment/Credit Terms 放账期限**     **PAY BEFORE ORDER**

Please bear your own bank remittance fee/cost, any shortfall of payment may affect your order placing and/or delivery
请自行承担银行汇款费用，任何付款不足都可能影响您的订单和/或交付).

When remitting payments, please provide/state clearly your invoice number to avoid any unnecessary delays with the processing of your order and/or non-receipt of payment.
汇款付款时，请清楚说明/说明您的发票号码，以避免因处理订单和/或未收到付款而造成任何不必要的延误。

| DESCRIPTION | AMOUNT |
|---|---|
| **Total Special Assignment (Total Tracing and Serve) – Super Express** | **19,964.00** |
| -Brendan Blumer | |
| *For credit card payment, please add 5% of Invoice Amount (HKD998.2) | |

| | | |
|---|---|---|
| **Invoice Amount 发票总额 HKD** | | **19,964.00** |

**- END OF INVOICE-**

*All transactions will be considered correct if no error is reported to our Accounts Department within 7 days from the invoice.
如对账目有任何疑问, 请于发票日起计七天内通知本公司会计部, 否则此发票内一切账项均当作正确无误。
*INVOICE AMOUNT is exclusive of taxes and the Client will bear the government or commercial taxes if so existed in their own countries and/or cities. 發票金額不包括稅款，客户須支付其國家或城市的稅款。

**Total Credit Management Services Hong Kong Limited 迪陶信用管理有限公司**
*A member of*
**Total Credit & Risk Management Group 迪陶信用及風險管理集團**

**22/F, Linkchart Centre, No. 2 Tai Yip Street, Kwun Tong, Kowloon, Hong Kong**
**T:** (852) 28506682      **F:** (852) 28543251      **E:** accounts@totalcredit.hk      **www.totalcredit.hk**



# INVOICE 发票

*Page 2 of 2*

| | |
|---|---|
| Invoice No. 账单编号 | **82549** |
| Invoice Date 账单日期 | 14-Aug-2020 |
| Customer Code 客户编号 | I05376-52-61 |

. . . . . . Continued

| | | |
|---|---|---|
| **Invoice Amount 发票总额** | **HKD** | **19,964.00** |

**Payment/Credit Terms 放账期限** PAY BEFORE ORDER

---

**Payment Instruction/Options 付款指示/选项**

1) **TT Remittance 汇款 (请支付贵方银行收取之汇款费用)**
   **(Please bear your own bank remittance fee/cost, any shortfall of payment may affect your order placing and/or delivery 请自行承担银行汇款费用，任何付款不足都可能影响您的订单和/或交付).**

| | |
|---|---|
| Beneficiary Bank 收款银行 | Bank of China (Hong Kong) Limited 中国银行(香港)有限公司 |
| Beneficiary Bank Address 银行地址 | 1 Garden Road, Central, Hong Kong 香港花园道 1 号 |
| Beneficiary Bank Branch 银行分行 | 742 Kwai Fong Metroplaza Branch 742 葵芳新都会广场分行 |
| Beneficiary Bank Swift Code 汇款代码 | BKCHHKHHXXX |
| Beneficiary Bank Code 银行代码 | 012 |
| Beneficiary Account Number 收款帐号 | 742-10268722 (HKD -港币) / 742-92168194 (Multi-Currencies -外 币帐户) |
| Beneficiary Account Name 收款公司名称 | Total Credit Management Services Hong Kong Limited 迪陶信用管理有限公司 |
| Beneficiary Address 收款公司地址 | 22/F, Linkchart Center, No. 2 Tai Yip Street, Kwun Tong, Kowloon, Hong Kong 香港, 九龙, 观塘, 大业街 2 号, 联卓中心 22 楼 |

2) **Credit Card Payment-Internet (American Express, Visa & Master Card accepted) 互联网信用卡付款-(接受美国运通，Visa 和万事达卡)**
   go to http://www.totalcredit.com.hk/tcmhk/paymentgateway.shtml and proceed with the following steps
   a) Click "Pay Now" 点击 "现在付款"
   b) Input our invoice number into "Merchant Reference No." box 在〝商户参考编号〞栏输入发票号码
   c) Add 5% of the invoice amount as credit card charges (e.g.: a payment of HK$1,050. is required to settle an invoice of HK$1,000).
      以发票金额的 5%作为信用卡公司收取之费用 (如发票金额是港币 1,000 元, 须支付港币 1,050 元)
   d) Input pay amount into the "Amount" box (Hong Kong Dollar only). If the Invoice Amount is in US dollar, please convert to Hong Kong dollar using the exchange rate USD1 = HKD7.8 (e.g USD100 = HKD780)
      在〝金额栏〞输入需付金额 (只限港元)。如发票金额是美元，请以 1 美元 = 7.8 港元兑率换算。
   e) Type your name and email & inset notes into "Remarks" if necessary
      如有需要, 可在"备注" 栏输入您的姓名/公司名称和电子邮件。
   f) Payment completed 付款完成

3) **By Bank Demand Draft (Overseas prepaid) & Cheque (For Hong Kong customers only) 支票付款（只适用于香港客户）**
   Bank Demand Draft (prepaid) & Cheque should be crossed and made payable to 请以划线支票支付给: **Total Credit Management Services Hong Kong Limited.**

4) INVOICE AMOUNT is exclusive of taxes and the Client will bear the government or commercial taxes if so existed in their own countries and/or cities. 发票不含税, 客户需自行承担自己国家或城市存在税收及商业税。

**Late Payment Notice/逾期缴款须注意**
-Total Credit Management Services Hong Kong Limited reserves the right to charge the Customer overdue interest at the rate of 2% per month.
本公司保留收取以发票金额每月 2%计算的逾期利息的权利。
-Total Credit Management Services Hong Kong Limited reserves the right to suspend or temporarily suspend the services including online access; order placing and delivery; and actions and report on debt collection files.
本公司保留暂停或中止所提供之在线服务; 下单及服务递交; 以及追偿服务的行动和报告的权利。