UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHASE WILLIAMS and WILLIAM ZHANG, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>BLOCK.ONE, BRENDAN BLUMER, and DANIEL LARIMER,<br><br>        Defendants. | Civ. No. 1:20-cv-02809-LAK<br><br>CLASS ACTION |
| CRYPTO ASSETS OPPORTUNITY FUND LLC and JOHNNY HONG, Individually and on Behalf of All Others Similarly Situated,,<br><br>        Plaintiffs,<br><br>        v.<br><br>BLOCK.ONE, BRENDAN BLUMER, DANIEL LARIMER, IAN GRIGG, and BROCK PIERCE,<br><br>        Defendants. | Civ. No. 1:20-cv-03829-LAK<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THE FILING OF A RESPONSE TO THE AMENDED COMPLAINT BY DEFENDANT BROCK PIERCE** |

        Plaintiff Crypto Assets Opportunity Fund ("Lead Plaintiff"), individually and on behalf of all others similarly situated, and Defendant Brock Pierce (together, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

        **WHEREAS**, on September 15, 2020, plaintiffs caused defendant Brock Pierce to be served with the summons and the then-operative complaint (the "Original Complaint");

1

**WHEREAS**, on September 18, 2020, Lead Plaintiff filed an amended class action complaint, Dkt. No. 66 (the "Amended Complaint"), which has been served on Mr. Pierce through the undersigned counsel;

**WHEREAS**, the current deadline for defendants Block.one and Daniel Larimer to move to dismiss, answer, or otherwise respond to the amended complaint is November 2, 2020, Dkt. 28;

**WHEREAS**, the Parties wish to conform the response deadline for Mr. Pierce with the response deadline for Block.one and Mr. Larimer;

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the Parties, subject to the Court's approval, as follows:

1. The deadline for Mr. Pierce to move to dismiss, answer, or otherwise respond to the amended complaint is November 2, 2020.

#93665866v7

3

| | |
|---|---|
| Date:  New York, NY<br>        September 23, 2020 | Respectfully submitted, |

*/s/ Daniel L. Berger*  
**GRANT & EISENHOFER P.A.**  
Jay W. Eisenhofer  
Daniel L. Berger  
Caitlin M. Moyna  
485 Lexington Avenue  
New York, NY 10017  
Tel.: (646) 722-8500  
Fax: (646) 722-8501  
Email: jeisenhofer@gelaw.com  
Email: dberger@gelaw.com  
Email: cmoyna@gelaw.com  

*Lead Counsel for the Class and for Lead Plaintiff Crypto Assets Opportunity Fund*

*Attorneys for Plaintiffs*

*/s/ Edmund Polubinski III*  
Greg D. Andres  
Edmund Polubinski III  
Andrew S. Gehring  
Gabriel Jaime-Bettan  
DAVIS POLK & WARDWELL LLP  
450 Lexington Avenue  
New York, NY 10017  
greg.andres@davispolk.com  
edmund.polubinski@davispolk.com  
andrew.gehring@davispolk.com  
gabriel.jaime@davispolk.com  

Neal A. Potischman  
DAVIS POLK & WARDWELL LLP  
1600 El Camino Real  
Menlo Park, CA 94025  
neal.potischman@davispolk.com  

*/s/ Brian E. Klein*  
Brian E. Klein  
Scott M. Malzahn  
Teresa L. Huggins  
BAKER MARQUART LLP  
777 S. Figueroa Street, Suite 2850  
Los Angeles, CA 90017  
bklein@bakermarquart.com  

*Attorneys for Defendants Block.one, Daniel Larimer, and Brock Pierce*

SO ORDERED:

Dated: _____, 2020        _____

Hon. Lewis A. Kaplan  
United States District Judge

#93665866v7