# EXHIBIT 6



# Frequently Asked Questions

Here are some common questions about EOS

## 1. What is EOS.IO software?

EOS.IO is software that introduces a blockchain architecture designed to enable vertical and horizontal scaling of decentralized applications (the "EOS.IO Software"). This is achieved through an operating system-like construct upon which applications can be built. The software provides accounts, authentication, databases, asynchronous communication and the scheduling of applications across multiple CPU cores and/or clusters. The resulting technology is a blockchain architecture that has the potential to scale to millions of transactions per second, eliminates user fees and allows for quick and easy deployment of decentralized applications. For more information, please read the EOS.IO Technical White Paper.

## 2. Who is building the EOS.IO Software?

block.one, a Cayman Islands exempted company, is building the EOS.IO Software. With employees and advisors based around the world, the company focuses on business-grade technology solutions, including blockchain software development. For more information about block.one, please visit block.one.

## 3. Will the EOS.IO Software be released under open source software license?

Yes, at the end of its development stage, block.one will be releasing the EOS.IO Software it has developed under an open source software license.

## 4. What are EOS tokens?



EOS tokens are ERC-20 compatible tokens distributed on the Ethereum blockchain pursuant to a related ERC-20 smart contract (the "EOS Tokens").

5. What features, uses or attributes do EOS Tokens have? Can the EOS Tokens be used on a blockchain adopting the EOS.IO Software?

block.one is building the EOS.IO Software but it will not configure and/or launch any public blockchain platform adopting the open source EOS.IO Software (the "EOS Platform"). Any launch of an EOS Platform will occur by members of the community unrelated to block.one. Third parties launching the EOS Platform may delete, modify or supplement the EOS.IO Software prior to, during or after launching the EOS Platform.

The EOS Tokens do not have any rights, uses, purpose, attributes, functionalities or features, express or implied, including, without limitation, any uses, purpose, attributes, functionalities or features on the EOS Platform.

6. What does EOS stand for?

We believe that EOS means different things to different people. We have received numerous amazing interpretations of what EOS stands for or what it should stand for so we have decided not to formally define it ourselves.

7. How does the EOS Token distribution work?

The EOS Token distribution will take place over 341 days starting on June 26, 2017 at 13:00 UTC. One billion (1,000,000,000) EOS Tokens will be distributed according to the schedule below:

1. 200,000,000 EOS Tokens (20% of the total amount of EOS Tokens to be distributed) will be distributed during a 5 day period beginning on June 26, 2017 at 13:00 UTC and ending on July 1, 2017 at 12:59:59 UTC (the "First Period").
2. 700,000,000 EOS Tokens (70% of the total amount of EOS Tokens to be distributed) will then be split evenly into 350 consecutive 23 hour periods of 2,000,000 EOS tokens each beginning on July 1, 2017 at 13:00:00 UTC.
3. 100,000,000 EOS (10% of the total amount of EOS Tokens to be distributed) will be reserved for block.one and cannot be traded or transferred on the Ethereum network.

At the end of the 5 day period and at the end of each 23 hour period referred to above, the respective set number of EOS Tokens set forth above will be distributed pro rata amongst all

authorized purchasers, based on the total ether ("ETH") contributed during those periods, respectively, as follows:



Number of EOS Tokens distributed to an authorized purchaser $= a * \left(\dfrac{b}{c}\right)$

Where:

a = Total ETH contributed by an authorized purchaser during the period.

b = Total number of EOS Tokens available for distribution in the period.

c = Total ETH contributed by all authorized purchasers during the period.

As an example:

20 EOS Tokens are available during a period.

Bob contributes 4 ETH and Alice contributes 1 ETH during the period. The period ends.

As a total of 5 ETH were contributed for 20 EOS Tokens during the period, 1 EOS Token will be distributed for every 0.25 ETH contributed. Therefore, Bob receives 16 EOS Tokens and Alice receives 4 EOS Tokens.

### 8. Why was this token distribution method chosen?
A lot of token distributions only allow a small amount of people to participate. The EOS Token distribution structure was created to provide a sufficient period of time for people to participate if they so choose, as well as give people the opportunity to see the development of the EOS.IO Software prior to making a decision to purchase EOS Tokens.

### 9. Was there any EOS Token pre-sale or ways to obtain EOS Tokens prior to the commencement of the EOS Token distribution?
No.

### 10. Why is the number of EOS Tokens available for distribution higher in the First Period?
The number of EOS Tokens available during the First Period of the EOS Token distribution (i.e. the first 5 days) is higher than in subsequent periods in order to: (1) accommodate the current



interest and demand that we have received for the EOS Tokens; and (2) help to more accurately determine early stage price discovery of the EOS Tokens.

## 11. Why are founders EOS Tokens being reserved for block.one?

Founders tokens were allocated to block.one pursuant to feedback we received from the community in order to ensure that block.one has aligned interests with those participating in the EOS Token distribution. The founders tokens represent 10% of the aggregate EOS Token distribution (or 100,000,000 EOS Tokens) (the "Founders Tokens"). The EOS Token distribution smart contract does not permit block.one to trade or transfer the Founders Tokens during the EOS Token distribution period.

If an EOS Platform adopting the EOS.IO Software is launched, the default EOS.IO Software configuration developed by block.one will lock new founders tokens distributed pursuant to such EOS Platform in a smart contract and release 10,000,000 (10%) of such tokens to block.one at the end of each one year anniversary of the genesis block over a period of 10 years. As mentioned above, the EOS.IO Software configuration of the EOS Platform will be ultimately determined by the community when someone other than block.one initializes a genesis block and starts a blockchain.

## 12. How can I participate in the EOS Token distribution?

To participate in the EOS Token distribution, you will need an Ethereum compatible wallet or an application where you and only you hold the private keys. Private keys are needed to correctly interact with smart contract functions, like transferring cryptographic tokens. Do not send ether ("ETH") directly from cryptocurrency exchanges, only an ETH compatible wallet.

For detailed information and suggestions on how to purchase EOS Tokens, click here

## 13. What ETH compatible wallets are recommended?

We recommend using either:
- MetaMask (Chrome browser addon); or
- MyEtherWallet (no download needed).

The following wallets are known to be incompatible wallets; this is not a complete list. Do not use any of the following wallets to participate in the EOS Token distribution:
- Any Bitcoin exchange
- Any Ethereum exchange
- Jaxx



- Exodus
- Coinbase
- Poloniex
- Kraken
- Bitstamp
- Bitfinex
- Bittrex
- Cex.io

### 14. Is there a minimum purchase for EOS Tokens?

The minimum contribution accepted during any period of the EOS Token distribution is 0.01 ETH. Smaller contribution amounts will be rejected.

Additionally, to minimize bloat of any genesis block configuration, any ETH wallet that holds less than 1 EOS Token or another minimum amount could be ignored by the person who configures and launches the EOS Platform based on the EOS.IO Software. This, however, will ultimately be decided by the person who configures and launches the EOS Platform.

### 15. How can I see how much ETH has been contributed during a specific period of the EOS Token distribution?

The amount of ETH received during each current period will be displayed on the eos.io website. The history of ETH contributed in previous periods can be viewed on the Ethereum blockchain.

### 16. Is it possible to limit the amount of ETH paid per EOS Token?

No, it is not possible to know the price of a specific period until all ETH is received for that period and if you contribute in the last minutes or seconds of a specific period, there is no way to guarantee that your ETH will be received for that period. Please review all the risks associated with purchasing EOS Tokens including the technical risks set forth in the Purchase Agreement.

### 17. Why can't U.S. citizens, residents or entities purchase EOS Tokens?

It was decided that U.S. citizens, residents and entities should be excluded from purchasing EOS Tokens in the token distribution because of some of the logistical challenges associated with differing regulations in the many states of the United States of America. block.one does not believe that the distribution of EOS Tokens or the EOS Tokens themselves are securities,



commodities, swaps on either securities or commodities, or similar financial instruments. The EOS Tokens are not designed for investment or speculative purposes and should not be considered as a type of investment. Nevertheless, U.S. citizens, residents and entities should not purchase or attempt to purchase EOS Tokens.

### 18. I have contributed to the EOS Token distribution. When do I receive EOS Tokens?

At the end of each period, you may claim any EOS Tokens allocated as an ERC-20 compatible token on the Ethereum blockchain. For more details on how to claim your EOS Tokens, please see eos.io.

### 19. Are EOS Tokens transferable?

While block.one will not be involved in any way in the transferability of the EOS Tokens, it is possible that EOS Tokens could be transferred on a peer-to-peer basis or on platforms operated by 3rd parties during the EOS Token distribution period. EOS Tokens will become fixed (non-transferable) on the Ethereum blockchain within 23 hours after the end of the final EOS Token distribution period which will occur on June 1, 2018 at 22:59:59 UTC.

### 20. Are there network fees when transferring EOS Tokens?

Yes, the EOS Token is an ERC-20 compatible token; therefore, transfers will be subject to ETH gas fees like all other transactions on the Ethereum network.

### 21. When will I receive native cryptographic tokens on the EOS Platform?

As mentioned above, EOS Tokens will become fixed (non-transferable) on the Ethereum blockchain within 23 hours after the end of the final EOS Token distribution period which will occur on June 1, 2018 at 22:59:59 UTC. At this point the EOS Token distribution process will be complete and any person who wishes to launch an EOS Platform adopting the EOS.IO Software will be able to generate a JSON file mapping EOS public keys to the fixed balances of the EOS Tokens from the state of the Ethereum blockchain.

The EOS.IO Software is built such that any EOS Platform that adopts the EOS.IO Software will require approval of holders of not less than 15% of the total issued and outstanding EOS Tokens before tokens on such blockchain (the "Blockchain Tokens") can be transferred. In other words, if the EOS.IO Software is adopted, it will be the responsibility of holders holding at least

15% of the issued and outstanding EOS Tokens to adopt one or more blockchains in order for Blockchain Tokens received on such blockchains to be transferrable.

As block.one will not configure and/or launch any EOS Platform, block.one will have no control over when, how or whether the EOS.IO Software is adopted or implemented, or how, when or whether the EOS Platform is launched. As such, you should not expect and there is no guarantee that you will receive any other cryptographic tokens or digital assets now or in the future.

## 22. What happens if I can't contribute ETH or don't receive my EOS Tokens?

The EOS Token distribution contract, EOS Token smart contract and the EOS Tokens are being provided on an "as is" and "as available" basis without representations, warranties, promises or guarantees whatsoever of any kind made by block.one. Prior to purchasing EOS Tokens, you should ensure that you carry out your own examination and investigation and carefully review in their entirety the risks associated with purchasing EOS Tokens as set forth in the Purchase Agreement. Purchases of EOS Tokens are non-refundable and purchases cannot be cancelled. Under no circumstances will you be entitled to receive money or compensation for any EOS Tokens purchased or your inability to purchase EOS Tokens.

## 23. Where do the proceeds from the EOS Token distribution go?

Proceeds from the EOS Token distribution will be the revenue of block.one.

## 24. What does block.one plan to use proceeds from the EOS Token distribution for?

As a private company, proceeds of the EOS Token distribution will be utilized by block.one in its sole discretion. block.one intends to use certain of the proceeds for general administration and operating expenses, as well as to build a blockchain consulting business focusing on helping businesses re-imagine or build their businesses on the blockchain, developing more open source software that may be helpful to the community and building decentralized applications using EOS.IO Software.

## 25. Why are proceeds from the EOS Token distribution not being donated to a foundation or other non-profit organization?

Blockchains that adopt the EOS.IO Software do not require a foundation or a non-profit organization to help grow or maintain the network because such blockchains will be self-funding. Based on the EOS.IO Software, it is intended that any blockchain that adopts the



EOS.IO Software will generate natural inflation in such blockchain tokens at a rate of five percent per year to be distributed to the platform's block producers in connection with their confirmation of transactions on the platform and to the top three smart contracts or proposals to receive the most amount of votes from holders of such tokens. In this case, such a blockchain will not be reliant on any one foundation, organization, or individual for its growth, development or maintenance.

## 26. Will block.one be contributing to the EOS Token distribution?

No, during the entire EOS Token distribution period, block.one will not do any of the following:

- a. block.one will not purchase EOS Tokens by any means;
- b. block.one will not pay any dividends to its shareholders; and
- c. block.one will not perform any share buybacks.

block.one intends to engage an independent third party auditor who will release an independent audit report providing further assurances that block.one has not purchased EOS Tokens during the EOS Token distribution period or traded EOS Tokens (including using proceeds from the EOS Token distribution for these purposes). This report will be made available to the public on the eos.io website.