UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHASE WILLIAMS and WILLIAM ZHANG, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

BLOCK.ONE, BRENDAN BLUMER, and DAN LARIMER,

Defendants.

Case No. 1:20-cv-02809-LAK

---

### [PROPOSED] ~~ORDER~~ FOR ADMISSION PRO HAC VICE

The motion of Devin (Velvel) Freedman to practice *Pro Hac Vice* in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the state of Florida and District of Columbia, and that his contact information is as follows:

Devin (Velvel) Freedman, Esq.
ROCHE CYRULNIK FREEMAN LLP
200 S. Biscayne Blvd
Suite 5500
Miami, FL 33131
Tel.: (305) 306-9211
Email: vel@rcfllp.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposed as counsel for Plaintiffs, Chase Williams and William Zhang, in the above titled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing the discipline of attorneys.

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

12/3/2020