UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHASE WILLIAMS and WILLIAM ZHANG, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>     v.<br><br>BLOCK.ONE, BRENDAN BLUMER, and DAN LARIMER,<br><br>                Defendants. | Civ. No. 1:20-cv-2809-LAK |

**NOTICE OF CHANGE OF FIRM NAME**

                          BRIAN E. KLEIN
                          SCOTT M. MALZAHN (*pro hac vice*)
                          TERESA L. HUGGINS
                          Waymaker LLP
                            777 S. Figueroa Street, Suite 2850
                          Los Angeles, California 90017
                          Tel: (424) 652-7800
                          E-Mail: bklein@waymakerlaw.com

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the law firm of Baker Marquart LLP has changed its firm name to Waymaker LLP, effective immediately. The firm's address, telephone number, and facsimile number will remain the same. The firm's email addresses have been changed from bklein@bakermarquart.com to bklein@waymakerlaw.com, smalzahn@bakermarquart.com to smalzahn@waymakerlaw.com, and thuggins@bakermarquart.com to thuggins@waymakerlaw.com.

Please update your records to reflect this change.

Dated: January 25, 2021

Respectfully Submitted,

*/s/ Brian E. Klein*
Brian E. Klein
Scott M. Malzahn (*pro hac vice*)
Teresa L. Huggins
Waymaker LLP
777 S. Figueroa St., Suite 2850
Los Angeles, California 90017
Tel.: (424) 652-7800/Fax: (424) 652-7850
E-Mail: bklein@waymakerlaw.com

*Attorneys for Defendants Block.one, Daniel Larimer, and Brock Pierce*