IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHASE WILLIAMS AND WILLIAM ZHANG, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>BLOCK.ONE, BRENDAN BLUMER, and DANIEL LARIMER,<br><br>        Defendants. | Civ. No. 1:20-cv-2809-LAK<br><br>CLASS ACTION |
| CRYPTO ASSETS OPPORTUNITY FUND LLC and JOHNNY HONG, Individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>    v.<br><br>BLOCK.ONE, BRENDAN BLUMER, DANIEL LARIMER, IAN GRIGG, and BROCK PIERCE,<br><br>        Defendants. | Civ. No.: 1:20-cv-3829-LAK<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING THE *EX PARTE* MOTION OF CRYPTO ASSETS OPPORTUNITY FUND LLC FOR ALTERNATIVE SERVICE OF PROCESS**

Pursuant to Crypto Assets Opportunity Fund, LLC's *Ex Parte* Motion for Alternate Service of Process as to the Amended Complaint on defendant Brendan Blumer ("Blumer") (b) Memorandum of Law in support of the Ex-Parte Motion, and (c) the Declaration of Ievgeniia P. Vatrenko and exhibits attached thereto, and due diligence having been had thereon, Plaintiff respectfully requests that this Court grant an order deeming (1) service on Defendant block.one's counsel as proper service on Blumer, (2) personal service upon Blumer's mother as proper service on Blumer, (3) service at Blumer's place of business as proper service on Blumer, (4) service via email and social media as proper service on Blumer. Upon consideration and review of the foregoing,.

**THE COURT HEREBY ORDERS AS FOLLOWS:**

1. The Motion is GRANTED; and
2. Service of the Amended Complaint upon Blumer is ~~deemed proper and complete~~ authorized pursuant to Fed. R. Civ. P. 4(f) nunc pro tunc.

IT IS SO ORDERED.

Dated: 2/22/2021

HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE