UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHASE WILLIAMS and WILLIAM ZHANG, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>BLOCK.ONE, BRENDAN BLUMER, and DANIEL LARIMER,<br><br>        Defendants. | Civ. No. 1:20-cv-02809-LAK<br><br><u>CLASS ACTION</u> |
| CRYPTO ASSETS OPPORTUNITY FUND LLC and JOHNNY HONG, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>BLOCK.ONE, BRENDAN BLUMER, DANIEL LARIMER, IAN GRIGG, and BROCK PIERCE,<br><br>        Defendants. | Civ. No. 1:20-cv-03829-LAK<br><br><u>CLASS ACTION</u><br><br><u>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THE RESPONSE TO THE AMENDED COMPLAINT BY DEFENDANT BRENDAN BLUMER**</u> |

    Plaintiff Crypto Assets Opportunity Fund ("Lead Plaintiff"), individually and on behalf of all others similarly situated, and Defendant Brendan Blumer (together, the "Stipulating Parties"), by and through their undersigned counsel, hereby stipulate as follows:

    **WHEREAS**, on September 18, 2020, Lead Plaintiff filed an amended complaint (the "Amended Complaint"), Dkt. No. 66;

    **WHEREAS**, on November 2, 2020, Defendants Block.One, Daniel Larimer, and Brock Pierce (the "Served Defendants") filed a motion to dismiss the Amended Complaint (the "Motion to Dismiss"), Dkt. No. 85, which has been fully briefed and is currently pending;

1

**WHEREAS**, on February 22, 2021, the Court granted Lead Plaintiff's *ex parte* motion for alternative service of process, authorizing service of the Amended Complaint upon Mr. Blumer pursuant to Fed. R. Civ. P. 4(f) *nunc pro tunc*, Dkt. No. 106;

**WHEREAS**, if Mr. Blumer were to respond to the Amended Complaint at this time, in addition to raising those bases already set forth in the Motion to Dismiss, Mr. Blumer would assert one additional, independent basis (*i.e.*, lack of personal jurisdiction) in support of a motion to dismiss of the Amended Complaint;

**WHEREAS**, Lead Plaintiff would oppose any separate motion to dismiss by Mr. Blumer;

**WHEREAS**, to conserve the Court's and the Stipulating Parties' resources and to avoid unnecessary motion practice, the Stipulating Parties have agreed that it would serve the interests of judicial economy to adjourn Mr. Blumer's deadline to respond to the Amended Complaint, pending the Court's decision on the Motion to Dismiss.

**NOW THEREFORE, IT IS STIPULATED AND AGREED** by and between the undersigned counsel for the Stipulating Parties, subject to the Court's approval, as follows:

1. Mr. Blumer shall not be required to move to dismiss, answer, or otherwise respond to the Amended Complaint pending the Court's decision on the Motion to Dismiss;

2. Promptly upon the Court's decision on the Motion to Dismiss, the Stipulating Parties will meet and confer with respect to Mr. Blumer in light of the Court's decision on the Motion to Dismiss;

3. No later than ten (10) days after the Court's entry of its decision on the Motion to Dismiss, the Stipulating Parties will report to the Court on whether Lead Plaintiff intends to

proceed with its claims against Mr. Blumer and, if so, will propose a briefing schedule for a motion to dismiss the Amended Complaint on grounds that are specific to Mr. Blumer;

    4.    Should Mr. Blumer elect to make his own motion to dismiss the Amended Complaint, such motion shall be limited to a challenge to jurisdiction and/or any arguments advanced in the Motion to Dismiss;

    5.    Nothing in this stipulation shall prejudice the right of any party to seek further extensions on the consent of the other Stipulating Parties or from the Court.

Date:  New York, NY
       March 10, 2021

*/s/ Jay W. Eisenhofer*
Jay W. Eisenhofer
Daniel L. Berger
Caitlin M. Moyna
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Email: jeisenhofer@gelaw.com
Email: dberger@gelaw.com
Email: cmoyna@gelaw.com

*Lead Counsel for the Class and for Lead Plaintiff Crypto Assets Opportunity Fund*

*Attorneys for Plaintiffs*

Respectfully submitted,

*/s/ Greg D. Andres*
Greg D. Andres
Edmund Polubinski III
Andrew S. Gehring
Gabriel Jaime-Bettan
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
greg.andres@davispolk.com
edmund.polubinski@davispolk.com
andrew.gehring@davispolk.com
gabriel.jaime@davispolk.com

Neal A. Potischman
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA 94025
neal.potischman@davispolk.com

*/s/ Scott Malzahn*
Brian E. Klein
Scott M. Malzahn
Teresa L. Huggins
WAYMAKER LLP
777 S. Figueroa Street, Suite 2850
Los Angeles, CA 90017
bklein@waymakerlaw.com
smalzahn@waymakerlaw.com
thuggins@waymakerlaw.com

*Attorneys for Defendants Block.one, Daniel Larimer, Brock Pierce, and Brendan Blumer*

SO ORDERED:

Dated: _____, 2021

_____
Hon. Lewis A. Kaplan
United States District Judge

4