UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# MEMO ENDORSED

| | |
|---|---|
| CHASE WILLIAMS and WILLIAM ZHANG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK.ONE, BRENDAN BLUMER, and DANIEL LARIMER,<br><br>Defendants. | Civ. No. 1:20-cv-02809-LAK<br><br>CLASS ACTION |
| CRYPTO ASSETS OPPORTUNITY FUND LLC and JOHNNY HONG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK.ONE, BRENDAN BLUMER, DANIEL LARIMER, IAN GRIGG, and BROCK PIERCE,<br><br>Defendants. | Civ. No. 1:20-cv-03829-LAK<br><br>CLASS ACTION |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-21

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS
THE AMENDED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Request for Judicial Notice, and Declaration of Edmund Polubinski III dated November 2, 2020, with exhibits, defendants Block.one, Daniel Larimer, and Brock Pierce, by and through their attorneys, will move this Court, before the Honorable Lewis A. Kaplan, at the United States District Courthouse, Courtroom 21B, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order pursuant to Rule 9(b) and Rule 12(b)(6) of

The motion is denied without prejudice to renewal on the existing papers in the event the proposed SO ORDERED is not approved. The Clerk shall also terminate DKT. 96

LEWIS A. KAPLAN, USDJ
6/23/21