## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHASE WILLIAMS AND WILLIAM ZHANG, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>BLOCK.ONE, BRENDAN BLUMER, and DANIEL LARIMER,<br><br>    Defendants. | Civ. No. 1:20-cv-2809-LAK<br><br>CLASS ACTION |
| CRYPTO ASSETS OPPORTUNITY FUND LLC and JOHNNY HONG, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br>  v.<br><br>BLOCK.ONE, BRENDAN BLUMER, DANIEL LARIMER, IAN GRIGG, and BROCK PIERCE,<br><br>    Defendants. | Civ. No.: 1:20-cv-3829-LAK<br><br>CLASS ACTION |

## LEAD PLAINTIFF'S NOTICE OF MOTION
## FOR EXTENSION OF TIME TO FILE APPLICATION FOR ATTORNEYS' FEES AND
## EXPENSES AND FOR COSTS AND EXPENSES OF LEAD PLAINTIFF

TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD

   PLEASE TAKE NOTICE that Lead Plaintiff Crypto Assets Opportunity Fund LLC, by

and through its attorneys, hereby moves the Court, before the Honorable Lewis A. Kaplan, United

States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United

States Courthouse, 500 Pearl Street, New York, NY 10007, to extend the time for Lead Counsel

1

to file an application for an award of attorneys' fees and expenses and for costs and expenses for Lead Plaintiff to Tuesday, October 19, 2021.

1.      On June 23, 2021, this Court filed an Order requiring that all papers in support of the Settlement, Plan of Allocation, and any application by Lead Counsel for attorneys' fees and expenses and for costs and expenses for Lead Plaintiff be filed and served by October 17, 2021. (ECF No. 115).

2.      Lead Plaintiff Crypto Assets Opportunity Fund ("Lead Plaintiff"), through Brandon Elsasser, its Chief Investment Officer, has requested that Lead Counsel move the Court for a short extension of the deadline for Lead Counsel to submit its application for an award of attorneys' fees and expenses, and   Lead Plaintiff's request for an award to pursuant to 15 U.S.C. §78U-4(A)(4).  Lead Plaintiff advised Lead Counsel that it requires a short period of additional time to consider the application for attorneys' fees and expenses.  Accordingly, Lead Plaintiff respectfully moves that the deadline for filing these papers be extended for two days, until Tuesday, October 19, 2021.

3.       This request does not affect Lead Plaintiff's Motion for Approval of the Settlement and Plan of Allocation, which has been filed today as required by the Court's June 23 Order (ECF 115).

4.      Extension of the deadline to file an application for attorneys' fees and expenses and for costs and expenses for Lead Plaintiff will not prejudice the Class in any way or impact any other deadlines set by this Court.

5.      Through its counsel, Lead Plaintiff consulted with Defendants, through their counsel, regarding an extension of the deadline to file an application for attorneys' fees and

expenses and costs and expenses for Lead Plaintiff.  Defendants consent that this deadline be extended until October 19, 2021.

6.      As such, Lead Plaintiff and Lead Counsel respectfully request that the deadline for Lead Counsel to file an application for attorneys' fees and expenses and for costs and expenses for Lead Plaintiff be extended to October 19, 2021.

DATED:  New York, NY
        October 17, 2021

Respectfully submitted,

*/s/ Daniel L. Berger*
Daniel L. Berger
Caitlin M. Moyna
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Email: dberger@gelaw.com
Email: cmoyna@gelaw.com

*Lead Counsel for the Class and Counsel for Lead Plaintiff Crypto Assets Opportunity Fund, LLC*