IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHASE WILLIAMS AND WILLIAM ZHANG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK.ONE, BRENDAN BLUMER, and DANIEL LARIMER,<br><br>Defendants. | Civ. No. 1:20-cv-2809-LAK<br><br>CLASS ACTION |
| CRYPTO ASSETS OPPORTUNITY FUND LLC and JOHNNY HONG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK.ONE, BRENDAN BLUMER, DANIEL LARIMER, IAN GRIGG, and BROCK PIERCE,<br><br>Defendants. | Civ. No.: 1:20-cv-3829-LAK<br><br>CLASS ACTION |

**DECLARATION OF STEPHANIE J. FIERECK, ESQ. ON IMPLEMENTATION OF CAFA NOTICE**

I, STEPHANIE J. FIERECK, ESQ., hereby declare and state as follows:

1. My name is Stephanie J. Fiereck, Esq. I am over the age of 21 and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2. I am the Legal Notice Manager for Epiq Class Action & Claims Solutions, Inc. ("Epiq"), a firm that specializes in designing, developing, analyzing and implementing large-scale, un-biased, legal notification plans.

3.     Epiq is a firm with more than 20 years of experience in claims processing and settlement administration.  Epiq's class action case administration services include coordination of all notice requirements, design of direct-mail notices, establishment of fulfillment services, receipt and processing of opt-outs, coordination with the United States Postal Service, claims database management, claim adjudication, funds management and distribution services.

4.     The facts in this Declaration are based on what I personally know, as well as information provided to me in the ordinary course of my business by my colleagues at Epiq.

## CAFA NOTICE IMPLEMENTATION

5.     At the direction of counsel for the Settling Defendants Block.one, Brendan Blumer, Daniel Larimer, and Brock Pierce, 57 officials, which included the Attorney General of the United States and the Attorneys General of each of the 50 states, the District of Columbia and the United States Territories were identified to receive the CAFA notice.

6.     Epiq maintains a list of these federal and state officials with contact information for the purpose of providing CAFA notice.  Prior to mailing, the names and addresses selected from Epiq's list were verified, then run through the Coding Accuracy Support System ("CASS") maintained by the United States Postal Service ("USPS").[1]

7.     On June 18, 2021, Epiq sent 57 CAFA Notice Packages ("Notice").  The Notice was mailed via USPS Certified Mail to 56 officials, including the Attorneys General of each of the 50 states, the District of Columbia and the United States Territories.  The Notice was also sent by United Parcel Service ("UPS") to the Attorney General of the United States.  The CAFA Notice Service List (USPS Certified Mail and UPS) is included as **Attachment 1**.

---

[1] CASS improves the accuracy of carrier route, 5-digit ZIP®, ZIP + 4® and delivery point codes that appear on mail pieces.  The USPS makes this system available to mailing firms who want to improve the accuracy of postal codes, i.e., 5-digit ZIP®, ZIP + 4®, delivery point (DPCs), and carrier route codes that appear on mail pieces.

8. The materials sent to the federal and state officials included a cover letter, which provided notice of the proposed settlement of the above-captioned case. The cover letter is included as **Attachment 2**.

9. The cover letter was accompanied by a CD, which included the following:

    a. Class Action Complaints and Amended Class Action Complaint;

    b. Motion for Approval of Notice and Certifying Class, and Memorandum in Support of its Motion;

    c. Declaration of Daniel L. Berger in Support of Motion to Approve Notice of Proposed Settlement to the Class;

- Stipulation of Settlement (as Exhibit 1 of the Berger Declaration);
  - [Proposed] Final Judgment (as Exhibit B to the Stipulation of Settlement);
- Plan of Allocation of Net Settlement Fund (as Exhibit 2 of the Berger Declaration);
- Notice Plan Proposal (as Exhibit 3 of the Berger Declaration);

    d. [Proposed] Order Providing for Notice and Certifying Class; and

- Notice of Pendency and Proposed Settlement of Class Action ("Notice"), Proof of Claim and Release, and Summary Notice (as Exhibits to the [Proposed] Order).

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 30, 2021.

*/s/ Stephanie J. Fiereck*
Stephanie J. Fiereck, Esq.