# EXHIBIT F

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHASE WILLIAMS AND WILLIAM ZHANG, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br><br>BLOCK.ONE, BRENDAN BLUMER, and DANIEL LARIMER,<br><br>             Defendants. | Civ. No. 1:20-cv-2809-LAK<br><br>CLASS ACTION |
| CRYPTO ASSETS OPPORTUNITY FUND LLC and JOHNNY HONG, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiffs,<br>   v.<br><br>BLOCK.ONE, BRENDAN BLUMER, DANIEL LARIMER, IAN GRIGG, and BROCK PIERCE,<br><br>             Defendants. | Civ. No.: 1:20-cv-3829<br><br>CLASS ACTION |

## DECLARATION OF SAMUEL TENENBAUM OF THE BLUHM LEGAL CLINIC OF THE NORTHWESTERN PRITZKER SCHOOL OF LAW IN FURTHER SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES

I, **SAMUEL TENENBAUM**, declare as follows:

1.     I am Director of the Complex Civil Litigation and Investor Protection Center of the  Bluhm Legal Clinic of The Northwestern Pritzker School of Law ("Bluhm Legal Clinic" or the "Clinic"), additional counsel of record for Lead Plaintiff Crypto Assets Opportunity Fund LLC.. I am submitting this declaration in further support of the Clinic's application for an award of attorneys' fees, expenses and charges in connection with services rendered in the above-entitled action (the "Litigation").

2.     I have reviewed the Consolidated Categorical Lodestar attached as Exhibit A to Lead Counsel's letter to this Court dated November 10, 2021.  The review I conducted undertook to confirm that the data was accurate, and also to evaluate whether the time committed to each element of the litigation was necessary and reasonable.  As a result of this review, I can confirm that the time reflected in this Exhibit as it pertains to the Clinic is reasonable in amount and was necessary for the effective and efficient prosecution and resolution of the litigation.

3.     In addition, I hereby certify that the hourly rate used to calculate my requested compensation in the Consolidated Categorical Lodestar and in the Clinic lodestar previously submitted to this Court, ECF No. 128-1, is the usual and customary rate at which I bill private clients of my law firm, Tenenbaum Law, LLC.

4.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of November, 2021, at Chicago, Illinois

_____

SAMUEL TENENBAUM