UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEMO ENDORSED



CHASE WILLIAMS, et al.,
                Plaintiffs,
-against-
BLOCK ONE, et al.,
                Defendants.
---------------------------------------x
CRYPTO ASSETS OPPORTUNITY FUND, LLC, et al.,
                Plaintiffs,
-against-
BLOCK ONE, et al.,
                Defendants.

Case No. 1:20-cv-02809-LAK

Honorable Lewis A. Kaplan

### NOTICE OF AMENDED MOTION TO SUBSTITUTE LEAD PLAINTIFF AND TO APPROVE LEAD COUNSEL

PLEASE TAKE NOTICE that, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 77z-1, 78u-4, Jeffrey Derrick Anderson moves this Court (i) to substitute as Lead Plaintiff in the above-captioned action; (ii) to approve his selection of Selendy Gay Elsberg PLLC as Lead Counsel; and (iii) for leave to file a Second Amended Complaint within 14 days of his appointment as Lead Plaintiff. A proposed order is attached to this notice and will be submitted to the Orders Clerk concurrently with this filing. In support of the motion, Anderson relies upon the accompanying memorandum of law, declaration of counsel, and any other written or oral argument as may be requested or permitted by the Court.

*[Handwritten endorsement:]* Motion denied substantially for reasons stated in Points I, II and IV of the opposition (Dkt 160). ORDERED. The Court expresses no views on Point III.

SO ORDERED.

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN

9/27/22