IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHASE WILLIAMS and WILLIAMS ZHANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK.ONE, BRENDAN BLUMER, and DANIEL LARIMER,<br><br>Defendants. | Civ. No.: 1:20-cv-2809-LAK<br><br><u>CLASS ACTION</u> |
| CRYPTO ASSETS OPPORTUNITY FUND LLC and JOHNNY HONG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK.ONE, BRENDAN BLUMER, DANIEL LARIMER, IAN GRIGG, and BROCK PIERCE,<br><br>Defendants. | Civ. No.: 1:20-cv-3829-LAK<br><br><u>CLASS ACTION</u> |

**<u>JOINT STIPULATION</u>**

Lead Plaintiff Crypto Assets Opportunity Fund ("CAOF") and Defendants Block.one, Brendan Blumer, Daniel Larimer, and Brock Pierce (the "Defendants") (together, the "Stipulating Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on September 18, 2020, CAOF filed the First Amended Class Action Complaint (the "Complaint") in this case (ECF No. 66);

**WHEREAS**, on November 2, 2020, Defendants who had been server or waived service filed a motion to dismiss the Complaint (the "Motion to Dismiss") (ECF No. 85);

**WHEREAS**, CAOF filed its opposition to the Motion to Dismiss on December 2, 2020 (ECF No. 92);

**WHEREAS**, the moving Defendants filed their reply in further support of the Motion to Dismiss on January 11, 2021 (ECF No. 97);

**WHEREAS**, on May 9, 2021, Lead Counsel of CAOF and Counsel for Defendants informed the Court that a settlement had been reached;

**WHEREAS**, on June 23, 2021, the Court denied the Motion to Dismiss without prejudice in light of the proposed settlement (ECF No. 114);

**WHEREAS**, on August 15, 2022, the Court issued a Memorandum Opinion denying approval of the proposed settlement (the "Settlement Opinion") (ECF No. 146);

**WHEREAS**, on August 22, 2022, Jeffrey Derrick Anderson filed a Motion to Substitute Lead Plaintiff and to Approve Lead Counsel (the "Substitution Motion") (ECF No. 148);

**WHEREAS**, on August 25, 2022, CAOF and Defendants notified the Court that they were engaged in discussions regarding the Settlement Opinion and next steps in litigation and jointly requested that the Court allow Defendants to file either a renewed motion to dismiss or a joint

proposed scheduling order that addresses the timing for renewing their motion to dismiss within 21 days of the Court's ruling on the Substitution Motion (the "Joint Stipulation") (ECF No. 152);

**WHEREAS**, on August 26, 2022, the Court so-ordered CAOF's and Defendants' Joint Stipulation (ECF No. 153);

**WHEREAS**, on September 27, 2022, the Court denied the Substitution Motion (ECF No. 164), and Defendants' renewed motion to dismiss or a join proposed scheduling order is now due on October 18, 2022;

**WHEREAS**, CAOF and Defendants continue engaging in discussions regarding settlement in light of the Court's Settlement Opinion and would like to request additional time to explore whether a satisfactory settlement may be achieved;

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** by and between the undersigned counsel for the Stipulating Parties, subject to the Court's approval, as follows:

1. Defendants shall file either a renewed motion to dismiss or a joint proposed scheduling order that addresses the timing for renewing their motion to dismiss on or before December 5, 2022;

2. Nothing in this stipulation shall prejudice the right of any party to seek further extensions on the consent of the other Stipulating Parties or from the Court.

Dated: October 11, 2022

| | |
|---|---|
| DAVIS POLK & WARDWELL LLP | GRANT & EISENHOFER P.A. |
| | |
| /s/ Neal A. Potischman | /s/ Daniel L. Berger |
| Greg D. Andres | Daniel L. Berger |
| Edmund Polubinski III | Caitlin M. Moyna |
| 450 Lexington Avenue | 485 Lexington Avenue |
| New York, New York 10017 | New York, New York 10017 |
| Tel.: (212) 450-4000 | Tel.: (646) 722-8500 |
| Fax: (212) 701-5800 | Fax: (646) 722-8501 |
| Email: Greg.Andres@davispolk.com | Email: dberger@gelaw.com |
| Edmund.polubinski@davispolk.com | cmoyna@gelaw.com |

Neal A. Potischman
1600 El Camino Real
Menlo Park, California 94025
Tel.: (650) 752-2000
Fax: (650) 752-2111
Email: Neal.Potischman@davispolk.com

*Lead Counsel for the Settlement Class and Counsel for Crypto Assets Opportunity Fund LLC*

WAYMAKER LLP

/s/ Scott M. Malzahn
Brian E. Klein
Scott M. Malzahn
Teresa L. Huggins
Jose R. Nuno
777 S. Figueroa Street, Suite 2850
Los Angeles, California 90017
Tel.: (424) 652-7800
Fax: (424) 652-7850
Email: bklein@waymakerlaw.com
smalzahn@waymakerlaw.com
thuggins@waymakerlaw.com
jnuno@waymakerlaw.com

*Counsel for Defendants Block.one, Brendan Blumer, Daniel Larimer, and Brock Pierce*

BLUHM LEGAL CLINIC OF THE NORTHWESTERN PRITZKER SCHOOL OF LAW, COMPLEX CIVIL LITIGATION AND INVESTOR PROTECTION CENTER
J. Samuel Tenenbaum
375 East Chicago Avenue
Chicago, Illinois 60611
Tel.: (312) 503-4808
Email: s-tenenbaum@law.northwestern.edu

KOUTOULAS LAW LLC
James L. Koutoulas
1111 Kane Concourse, Suite 603
Bay Harbor Islands, Florida 33154
Tel.: (312) 836-1180
Email: james@koutoulaslaw.com

IEVGENIIA VATRENKO, ESQ.
Ievgeniia P. Vatrenko
2 Northside Piers
Brooklyn, New York 11249
Tel.: (718) 451-6384
Email: jenny@vatrenkoesq.com

*Additional Counsel for Crypto Assets Opportunity Fund LLC*

SO ORDERED:

Dated: _____                    _____
                                               Hon. Lewis A. Kaplan
                                               United States District Judge