IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHASE WILLIAMS AND WILLIAM ZHANG, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BLOCK.ONE, BRENDAN BLUMER, and DANIEL LARIMER, <br><br> Defendants. | Civ. No. 1:20-cv-2809-LAK <br><br> <u>CLASS ACTION</u> |
| CRYPTO ASSETS OPPORTUNITY FUND LLC and JOHNNY HONG, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> BLOCK.ONE, BRENDAN BLUMER, DANIEL LARIMER, IAN GRIGG, and BROCK PIERCE, <br><br> Defendants. | Civ. No.: 1:20-cv-3829-LAK <br><br> <u>CLASS ACTION</u> |

**LEAD PLAINTIFF'S NOTICE OF MOTION FOR AWARD OF ATTORNEYS' FEES
AND EXPENSES AND AWARDS TO LEAD PLAINTIFF PURSUANT TO
<u>U.S.C. §78(U)-(4)(A)(4)</u>**

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying Memorandum in Support of Award of Attorneys' Fees and Expenses and Awards to Lead Plaintiff Pursuant to 15 U.S.C. §78U-4(A)(4); the Declaration of Daniel L. Berger in Support of Motion for an Award of Attorneys' Fees and Expenses; Declaration of James Koutoulas Law LLC in Support of Motion

for Award of Attorneys' Fees and Expenses; Declaration of Ievgeniia P. Vatrenko, Esq. in Support of Motion for Award of Attorneys' Fees and Expenses; and Declaration of Samuel Tenenbaum of the Bluhm Legal Clinic of the Northwestern Pritzker School of Law in Support of Motion for Award of Attorneys' Fees and Expense; and Declaration of Brandon Elsasser on Behalf of Lead Plaintiff Crypto Assets Opportunity Fund, LLC; and all prior pleadings and proceedings had herein, Lead Plaintiff Crypto Assets Opportunity Fund LLC, by and through its attorneys, will move the Court, at a hearing to be held on September 19, 2023 at 2:00 p.m. before the Honorable Lewis A. Kaplan, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for entry of an order providing for (1) an Award of Attorneys' Fees to Lead Counsel in the amount of 25% of the Settlement Fund; (2) Reimbursement of Expenses incurred by Counsel in the prosecution of this action in the amount of $81,599.31; and (3) an Award to Lead Plaintiff Pursuant to 15 U.S.C. §78U-4(A)(4) in the amount of $31,000.

DATED: New York, NY
          July 25, 2023

                                        Respectfully submitted,
                                        */s/ Daniel L. Berger*
                                        Daniel L. Berger
                                        Caitlin M. Moyna
                                        Vincent J. Pontrello
                                        **GRANT & EISENHOFER P.A.**
                                        485 Lexington Avenue
                                        New York, NY 10017
                                        Tel.: (646) 722-8500
                                        Email: dberger@gelaw.com
                                        Email: cmoyna@gelaw.com
                                        Email: vpontrello@gelaw.com

*Lead Counsel for the Class and Counsel for Lead Plaintiff Crypto Assets Opportunity Fund, LLC*

Ievgeniia P. Vatrenko, Esq.
2 Northside Piers
Brooklyn, NY 11249
Tel.: (718) 451-6384
Email: jenny@vatrenkoesq.com

James Koutoulas
**Koutoulas Law LLC**
10 N. Dearborn
Chicago, IL 60604
Tel.: (312) 836-1180
Email: james@koutoulaslaw.com

J. Samuel Tenenbaum
**Bluhm Legal Clinic of the Northwestern Pritzker School of Law**
**Complex Civil Litigation and Investor Protection Center**
375 East Chicago Ave.
Chicago, IL 60611
Tel.: (312) 503-4808
Email: s-tenenbaum@law.northwestern.edu

*Additional Counsel for Crypto Assets Opportunity Fund LLC*