```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
CHASE WILLIAMS, et al.,

                            Plaintiffs,

               -against-                                   20-cv-2809 (LAK)

BLOCK.ONE, et al.,

                            Defendants.
------------------------------------------x
CRYPTO ASSETS OPPORTUNITY FUND LLC, et al.,

                            Plaintiffs,

               -against-                                   20-cv-3829 (LAK)

BLOCK.ONE, et al.,

                            Defendants.
------------------------------------------x
```

### MEMORANDUM AND ORDER

LEWIS A. KAPLAN, *District Judge.*

       Pending before me are motions to approve a proposed class action settlement and an award of attorneys' fees.

       By order dated November 13, 2023, I directed the parties to provide the Court by November 22, 2023 with certain information relevant to its consideration of the pending motion. The parties have not done so. Nor have they sought any extension of time.

       In the circumstances, the pending motions (20-cv-2809 Dkts 185 199; 20-cv-3829 Dkts 71, 85) are denied.

       SO ORDERED.

Dated:     February 20, 2024

                                                          _____
                                                                 Lewis A. Kaplan
                                                          United States District Judge