# Grant & Eisenhofer P.A.

485 Lexington Avenue, 29th Floor, New York, NY 10017     tel: 646.722.8500   fax: 646.722.8501

23 Justison Street
7th Floor
Wilmington, DE 19801
tel: 302.622.7000
fax: 302.622.7100

30 N. LaSalle Street
Suite 2350
Chicago, IL 60602
tel: 312.610.5350
fax: 312.214.0001

2325 3rd Street
Suite 329
San Francisco, CA 94107
tel: 415.229.9720
fax: 415.789.4367

3600 Clipper Mill Road
Suite 240
Baltimore, MD 21211
tel: 410.204.1045

www.gelaw.com

Daniel L. Berger
Principal
+1 (646) 722-8522
dberger@gelaw.com

February 20, 2024

**VIA ELECTRONIC MAIL**

The Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007
KaplanNYSDChambers@nysd.uscourts.gov

    Re:    *Williams et al. v. Block.One et al.*    (1:20-cv-2809)

Dear Judge Kaplan:

    We write on behalf of all parties with respect to the Memorandum and Order the Court filed today with respect to the proposed settlement of this action. *See* ECF No. 201.

    Today's Order proceeded on the understanding that the parties had not provided the Court with certain information that the Court had requested in its Order dated November 13, 2023 (ECF No. 200). In fact, however, on November 22, 2023, the parties had submitted a joint letter to the Court with the requested information via electronic mail to the Court's chambers (KaplanNYSDChambers@nysd.uscourts.gov). Please see Exhibit 1 for a copy of the November 22, 2023 letter. In that letter, we provided the information that the Court had requested "for each potential class member who has submitted a proof of claim form." *See* Exhibit 1.

    The parties sincerely apologize if their November 22 submission did not reach Chambers.

    In any case, the parties respectfully resubmit their November 22 responses herewith and respectfully request that the Court reinstate the motion for final settlement approval (ECF No. 185) and the motion for attorneys' fees and expenses (ECF No. 199) and consider the motions in light of the parties' response to the Court's November 13 request for information. The parties are available to discuss this matter if the Court wishes.

Page 2

        Respectfully submitted,

        */s/ Daniel L. Berger*
        Daniel L. Berger
        **GRANT & EISENHOFER P.A.**
        485 Lexington Avenue
        New York, New York 10017
        Tel.: (646) 722-8500
        Fax: (646) 722-8501
        Email: dberger@gelaw.com

        *Counsel for Crypto Assets Opportunity*
        *Fund LLC and Lead Counsel for the*
        *Proposed Class*

# EXHIBIT 1

# Vincent Pontrello

| | |
|---|---|
| **From:** | Vincent Pontrello |
| **Sent:** | Wednesday, November 22, 2023 1:07 PM |
| **To:** | 'KaplanNYSDChambers@nysd.uscourts.gov' |
| **Cc:** | 'neal.potischman@davispolk.com'; 'bklein@waymakerlaw.com'; 'edmund.polubinski@davispolk.com'; 'smalzahn@waymakerlaw.com'; 'dberger@gelaw.com'; 'cmoyna@gelaw.com' |
| **Subject:** | Williams et al. v. Block.one et al. (1:20-cv-2809) |
| **Attachments:** | B1 - Joint Letter re Settlement 11.22.23.PDF |

Dear Judge Kaplan:

Attached please find a joint letter pursuant to the Court's November 13, 2023 order at ECF No. 200.

Sincerely,
Vincent Pontrello

**Grant & Eisenhofer P.A.**

485 Lexington Avenue, 29th Floor, New York, NY 10017    tel: 646.722.8500   fax: 646.722.8501

1523 Justison Street
7th Floor
Wilmington, DE 19801
tel: 302.622.7000
fax: 302.622.7100

30 N. LaSalle Street
Suite 2350
Chicago, IL 60602
tel: 312.610.5350
fax: 312.214.0001

2325 3rd Street
Suite 329
San Francisco, CA 94107
tel: 415.229.9720
fax: 415.789.4367

3600 Clipper Mill Road
Suite 240
Baltimore, MD 21211
tel: 410.204.1045

www.gelaw.com

Daniel L. Berger
Principal
+1 (646) 722-8522
dberger@gelaw.com

November 22, 2023

<u>**VIA ELECTRONIC MAIL**</u>

The Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007
KaplanNYSDChambers@nysd.uscourts.gov

  Re: *Williams et al. v. Block.One et al.* (1:20-cv-2809)

Dear Judge Kaplan:

  We are Lead Counsel for Plaintiff and Counsel for Defendants (together, the "Parties") in the above-captioned action. The Parties submit this letter jointly as directed by the Court in its November 13, 2023 order (ECF No. 200, the "Order").

  Attached hereto as Exhibit 1 is a spreadsheet containing the following information for each claim submitted to the claims administrator, Epiq Class Action & Claim Solutions, Inc. ("Epiq"): claimant number; date claim was received; recognized loss amount calculated pursuant to the formulas indicated in the Notice; payment of simple interest at 9% per annum; additional *pro rata* distribution of remainder of the Net Settlement Fund; and total amount to be paid to each claimant. *See* Exhibit 1.

  To date, 287 claims have been filed. As reflected in the spreadsheet, of the 287 claims filed, Epiq has reviewed and calculated the recognized loss amount under the Plan of Allocation for 130 claimants. Of the remaining 157 claims that do not have a recognized loss amount under Column C, 44 claims are deficient because the claimant has failed to provide sufficient documentation or other information that will allow Epiq to calculate the claimants' recognized loss amounts. Epiq is working with these claimants to remedy their deficiencies. The remaining 113 claims have been rejected because these claimants either (i) have not demonstrated that they are members of the proposed Class (e.g., transactions were outside of the class period); or (ii) have no recognized losses under the Plan of Allocation. Further, as reflected in lines 275-288 of Column B in the spreadsheet, 14 of the 287 claims were filed after the August 30, 2023 claims submission

Page 2

deadline. Lead Counsel recommends that these claims, if they are otherwise entitled to share of the Net Settlement Fund, be approved. For purposes of this submission, and pursuant to the Court's direction in the Order, the claimants with amounts listed in Exhibit 1 are presumed to be valid, complete, and timely.

Further, the Parties wish to specify our respective roles in preparing this letter. In accordance with the terms of the Amended Stipulation of Settlement, Lead Counsel have worked with Epiq on all matters related to the claims administration process and the proposed distribution of Settlement Funds set forth below. *See* Amended Stipulation of Settlement ¶¶ 1.30, 5.15-16 (ECF No. 180-1)[1] (providing that Defendants "have no responsibility . . . with respect to the Plan of Allocation" that was "proposed by Lead Plaintiff," Defendants have no "obligation, or responsibility whatsoever with respect to . . . determination, administration, or calculation of claims to be paid from the Settlement Fund," and "have no role in adjudicating, or right to review, any claims submitted by Class Members"). Consistent with the allocation of responsibilities in the Amended Stipulation of Settlement, Defendants have not participated in that process and are relying upon representations from Lead Counsel and Epiq for the claims information in this letter and Exhibit 1. However, Defendants have conferred with Lead Counsel about these claims and about the distribution of Settlement Funds as proposed herein and have no objection to the proposed distribution.

## I. Settlement Administration and Calculation of Recognized Loss Amounts

Since June 2023, Epiq has processed and reviewed the claims submitted by potential Class Members to determine if each claim is timely and valid under the terms of the Settlement. Based on the information claimants provided, and in accordance with ¶ 5.13 of the Amended Stipulation of Settlement, Epiq has calculated the Recognized Loss Amount (defined below) for each claim submitted. Claimants are required to submit adequate documentation to support their claim that they purchased the ERC-20 and or EOS Tokens (the "Tokens") in Domestic Transactions and are part of the proposed Class. Such documentation includes statements or screenshots from the claimants' accounts on the U.S. exchanges, screenshots of cryptocurrency wallet addresses showing the claimants' holdings or transactions, purchase or trading agreements with over-the-counter desks and trading counterparties, and sworn affidavits.

The term "Recognized Loss Amount," listed in Column C of Exhibit 1, means the *pro rata* allocation of the Net Settlement Fund to each Class Member when weighed against one another. *See* ECF No. 182, Notice of Pendency and Proposed Settlement (the "Notice") at page 11. The Recognized Loss Amount is the basis upon which the Net Settlement Fund will be proportionately allocated to claimants and represents the *pro rata* amount that each is entitled to under the Plan of Allocation. *Id*.

---

[1] Capitalized terms not defined herein shall have the meanings set forth in the Amended Stipulation of Settlement. *See* ECF No. 180-1.

Page 3

Pursuant to the Notice, Epiq calculated the Recognized Loss Amounts according to two separate formulas depending on whether the claimant has a 1934 Act or 1933 Act claim.[2]

For the 1934 Act claims, the Recognized Loss Amount is based on the inflation per Token listed in the Plan of Allocation and is calculated for each claimant who acquired Tokens during the period of June 26, 2017 through June 25, 2019 based on when the claimant purchased and sold its Tokens, or retained such Tokens beyond June 25, 2019. *See* Notice at pages 11-12. For Tokens acquired on or between June 26, 2017 through and including June 25, 2019, the calculation is as follows:

a) If sold on or before June 7, 2018, the recognized loss per Token is $0.00;

b) If sold after June 7, 2018 but before June 26, 2019, the recognized loss per Token shall be the lesser of: (i) the alleged inflation per Token at the time of purchase minus the alleged inflation per Token at the time of sale; and (ii) the difference between the purchase price and the selling price;

c) If retained at the close of trading on June 26, 2019, the recognized loss per Token shall be the least of: (i) the alleged inflation per Token at the time of purchase; (ii) the difference between the purchase price and the selling price (if sold); and (iii) the difference between the purchase price and $2.66.

*See* ECF No. 182 (Notice) at pages 11-12.

For 1933 Act claims, Epiq calculated the Recognized Loss Amount for each acquisition of Tokens that took place in the initial coin offering from June 26, 2017 to June 1, 2018 (the "Token Sale"). For Tokens acquired in the Token Sale, and (i) sold on or before May 18, 2020, the recognized loss per Token is the purchase price per Token minus the sale price; or (ii) retained at the close of trading on May 18, 2020, the recognized loss per Token is the purchase price per Token minus the closing price on May 18, 2020 of $2.66 per Token. *See* ECF No. 182 (Notice) at page 12.

## II. Distribution of the Net Settlement Fund

**A.    The Settlement Fund.**   As of November 20, 2023, the funds in the Net Settlement Fund total $22,336,120, which is the Settlement Amount payment of $22,000,000 plus accrued interest of $336,120 since the Settlement Amount was deposited on February 16, 2023.

**B.    Costs and Expenses.**   As of November 15, 2023, Epiq has incurred costs of $117,210.62 in connection with the dissemination of the court-authorized Notice and overall settlement administration. Lead Counsel has reviewed Epiq's invoices and time spent for this

---

[2] To the extent a Class Member has a Recognized Loss Amount under the 1934 Act and the 1933 Act resulting from the same purchase or acquisition of Tokens, the Recognized Loss Amount will be the greater of the 1934 Act Recognized Loss Amount and the 1933 Act Recognized Loss Amount. *See* ECF No. 182 (Notice) at page 11.

Page 4

amount and finds them reasonable and appropriate. In addition, Lead Counsel has applied for reimbursement of the expenses of plaintiffs' counsel incurred in prosecuting the action in the amount of $81,599.31, and a Lead Plaintiff award of $31,000. *See* ECF Nos. 190-93, 195, 197, 199. Combined, these amounts are $229,809.33.

      **C.**      **Attorneys' Fees.** Lead Counsel has applied for attorneys' fees of 25% of the Settlement amount, i.e., $5,500,000. *Id.*

      **D.**      **Total Deductions from the Settlement Fund.** Assuming the Court awards the requested Attorney's Fees, Costs, Expenses and Award to Lead Plaintiff, the Net Settlement Fund will contain $16,606,310 for distribution to Class Members under the Plan of Allocation.

The total of Recognized Loss Amounts for all claimants, reflected in Column C of Exhibit 1, is $8,333,803.25 (this amount may increase depending upon the results of Epiq's continued review of deficient claims). Under the Plan of Allocation, each claimant will receive its Recognized Loss. After these payments, there will be funds remaining in the Net Settlement Fund. Lead Counsel proposes making simple interest payments to Class Members, pursuant to N.Y. C.P.L.R. §§ 5001 and 5004, on their Recognized Loss Amounts in the amount of 9% annually from June 26, 2017 (commencement of the Token Sale) through December 26, 2023 (recognizing that it is unlikely Epiq will be able to begin distribution before this date). *See* N.Y. C.P.L.R. § 5001; *see also AGCS Marine Ins. Co. v. World Fuel Services, Inc.*, 220 F. Supp. 3d 431, 442-43 (S.D.N.Y. 2016) (interest under § 5001(b) shall "be computed from the earliest ascertainable date the cause of action existed" and courts have "wide discretion in determining a reasonable date from which to award prejudgment interest"); *see also Jamil v. Solar Power Inc.*, 230 F. Supp. 3d 271, 277 (S.D.N.Y. 2017) ("Where the damages were incurred at various times, interest rates shall be computed …upon all damages from a single reasonable intermediate date.").

Lead Counsel's proposal to make simple interest payments under N.Y. C.P.L.R. § 5001 is fair, reasonable, and adequate, and satisfies the criteria of Fed. R. Civ. P. 23(e) because "the proposal treats class members equitably relative to each other." Fed. R. Civ. P. 23(e)(2)(d). The payment of interest, accruing from the "earliest ascertainable date the cause of action existed" (the Token Sale) treats Class Members fairly and equitably by paying simple interest at a uniform rate on all claimants' Recognized Loss Amounts. The amount that each claimant will receive from the distribution of interest is reflected in Column D of Exhibit 1. Paying simple interest to each claimant, annually from June 26, 2017 through December 26, 2023, results in additional payments to claimants totaling $6,258,219.

After paying the Recognized Loss Amounts and interest to claimants, the Net Settlement Fund still will have a balance of $2,014,288. Lead Counsel proposes making a *pro rata* distribution of this amount to Class Members in accordance with the express terms of the Amended Stipulation of Settlement and Plan of Allocation. *See* Notice at page 12; Amended Stipulation of Settlement ¶ 5.14. Specifically, the Amended Settlement Stipulation and Plan of Allocation provide that "Defendants will not have a reversionary interest in the Net Settlement Fund" and "[i]f there is any balance remaining in the Net Settlement Fund …Lead Counsel shall, if feasible,

Page 5

redistribute such balance among Authorized Claimants…" Amended Stipulation of Settlement ¶ 5.14; *see also* Notice at page 12. The amounts of this *pro rata* share of the remainder to be distributed to each claimant is reflected in Column E. The total distribution each claimant will receive is reflected in Column F.

As indicated, Lead Counsel and counsel for Defendants have discussed this manner of distribution and Defendants have reviewed the spreadsheet. While Defendants have no responsibility for the Plan of Allocation or the calculations, Defendants have no objection to Lead Counsel's proposal.

The Parties are available to discuss this matter any time at the Court's convenience.

Respectfully submitted,

| | |
|---|---|
| */s/ Edmund Polubinski III* | */s/ Daniel L. Berger* |
| Edmund Polubinski III | Daniel L. Berger |
| **DAVIS POLK & WARDWELL LLP** | **GRANT & EISENHOFER P.A.** |
| 450 Lexington Avenue | 485 Lexington Avenue |
| New York, New York 10017 | New York, New York 10017 |
| Tel.: (212) 450-4000 | Tel.: (646) 722-8500 |
| Fax: (212) 701-5800 | Fax: (646) 722-8501 |
| Email: edmund.polubinski@davispolk.com | Email: dberger@gelaw.com |
| | |
| *Counsel for Defendants Block.one, Brendan Blumer, Daniel Larimer, and Brock Pierce* | *Counsel for Crypto Assets Opportunity Fund LLC and Lead Counsel for the Proposed Class* |

# EXHIBIT 1

| Claimant Number | Date Received (Timely/Untimely) | Recognized Loss Amount | Payment of Simple Interest at 9% Per Annum from June 26, 2017 to December 26, 2023[1] | Additional Pro Rata Distribution | Total Amount to be Paid |
|---|---|---|---|---|---|
| 850000001 | 06/30/2023 | $ 9,795.31 | $ 7,355.73 | $ 2,367.53 | $ 19,518.57 |
| 850000002 | 07/04/2023 | $ 58,718.90 | $ 44,094.60 | $ 14,192.41 | $ 117,005.92 |
| 850000003 | 07/11/2023 | $ 18,313.30 | $ 13,752.26 | $ 4,426.34 | $ 36,491.89 |
| 850000004 | 07/11/2023 | $ 968.68 | $ 727.42 | $ 234.13 | $ 1,930.23 |
| 850000005 | 07/12/2023 | $ 48.51 | $ 36.43 | $ 11.73 | $ 96.67 |
| 850000006 | 07/13/2023 | $ 759.23 | $ 570.14 | $ 183.51 | $ 1,512.88 |
| 850000007 | 07/15/2023 | $ 1,357.95 | $ 1,019.74 | $ 328.22 | $ 2,705.91 |
| 850000008 | 07/19/2023 | $ 87.68 | $ 65.85 | $ 21.19 | $ 174.72 |
| 850000009 | 07/22/2023 | $ - | $ - | $ - | $ - |
| 850000010 | 07/23/2023 | $ 111,512.98 | $ 83,740.00 | $ 26,952.79 | $ 222,205.77 |
| 850000011 | 07/24/2023 | $ 361.12 | $ 271.18 | $ 87.28 | $ 719.58 |
| 850000012 | 07/24/2023 | $ - | $ - | $ - | $ - |
| 850000013 | 07/24/2023 | $ 16,841.74 | $ 12,647.20 | $ 4,070.66 | $ 33,559.60 |
| 850000014 | 07/25/2023 | $ 515.84 | $ 387.37 | $ 124.68 | $ 1,027.89 |
| 850000015 | 07/25/2023 | $ - | $ - | $ - | $ - |
| 850000016 | 07/25/2023 | $ 42,553.10 | $ 31,954.99 | $ 10,285.12 | $ 84,793.21 |
| 850000017 | 07/25/2023 | $ 17,455.79 | $ 13,108.32 | $ 4,219.08 | $ 34,783.20 |
| 850000018 | 07/26/2023 | $ 1,728.72 | $ 1,298.17 | $ 417.83 | $ 3,444.72 |
| 850000019 | 07/26/2023 | $ 391,989.60 | $ 294,362.20 | $ 94,744.25 | $ 781,096.05 |
| 850000020 | 07/27/2023 | $ - | $ - | $ - | $ - |
| 850000021 | 07/27/2023 | $ - | $ - | $ - | $ - |
| 850000022 | 07/28/2023 | $ 1,765.35 | $ 1,325.68 | $ 426.69 | $ 3,517.71 |
| 850000023 | 07/29/2023 | $ 57,921.79 | $ 43,496.02 | $ 13,999.75 | $ 115,417.56 |
| 850000024 | 07/30/2023 | $ 754.47 | $ 566.56 | $ 182.36 | $ 1,503.39 |
| 850000025 | 07/31/2023 | $ - | $ - | $ - | $ - |
| 850000026 | 08/02/2023 | $ - | $ - | $ - | $ - |
| 850000027 | 08/07/2023 | $ - | $ - | $ - | $ - |
| 850000028 | 08/07/2023 | $ 236,996.11 | $ 177,970.78 | $ 57,282.18 | $ 472,249.07 |
| 850000029 | 08/07/2023 | $ 14,241.36 | $ 10,694.47 | $ 3,442.15 | $ 28,377.98 |
| 850000030 | 08/09/2023 | $ - | $ - | $ - | $ - |
| 850000031 | 08/09/2023 | $ 26.39 | $ 19.81 | $ 6.38 | $ 52.58 |
| 850000032 | 08/09/2023 | $ 27,865.67 | $ 20,925.55 | $ 6,735.16 | $ 55,526.38 |
| 850000033 | 08/11/2023 | $ - | $ - | $ - | $ - |
| 850000034 | 08/14/2023 | $ - | $ - | $ - | $ - |
| 850000035 | 08/14/2023 | $ 4,004.62 | $ 3,007.25 | $ 967.92 | $ 7,979.79 |
| 850000036 | 08/14/2023 | $ 150.96 | $ 113.37 | $ 36.49 | $ 300.82 |
| 850000037 | 08/14/2023 | $ 763.66 | $ 573.47 | $ 184.58 | $ 1,521.70 |
| 850000038 | 08/14/2023 | $ 2,069.04 | $ 1,553.73 | $ 500.09 | $ 4,122.86 |
| 850000039 | 08/14/2023 | $ 483.87 | $ 363.36 | $ 116.95 | $ 964.17 |
| 850000040 | 08/14/2023 | $ 903.71 | $ 678.63 | $ 218.43 | $ 1,800.77 |
| 850000041 | 08/14/2023 | $ 196.53 | $ 147.58 | $ 47.50 | $ 391.62 |
| 850000042 | 08/16/2023 | $ 745.41 | $ 559.76 | $ 180.17 | $ 1,485.34 |
| 850000043 | 08/16/2023 | $ 14,536.89 | $ 10,916.39 | $ 3,513.58 | $ 28,966.86 |
| 850000044 | 08/17/2023 | $ 1,015.90 | $ 762.88 | $ 245.54 | $ 2,024.32 |
| 850000045 | 08/18/2023 | $ 5,363.57 | $ 4,027.74 | $ 1,296.38 | $ 10,687.70 |
| 850000046 | 08/18/2023 | $ 2,986.35 | $ 2,242.58 | $ 721.80 | $ 5,950.73 |
| 850000047 | 08/18/2023 | $ - | $ - | $ - | $ - |
| 850000048 | 08/18/2023 | $ - | $ - | $ - | $ - |
| 850000049 | 08/18/2023 | $ 13,866.70 | $ 10,413.11 | $ 3,351.59 | $ 27,631.41 |
| 850000050 | 08/18/2023 | $ 456.98 | $ 343.17 | $ 110.45 | $ 910.61 |
| 850000051 | 08/18/2023 | $ - | $ - | $ - | $ - |
| 850000052 | 08/18/2023 | $ - | $ - | $ - | $ - |
| 850000053 | 08/18/2023 | $ - | $ - | $ - | $ - |
| 850000054 | 08/18/2023 | $ 4.95 | $ 3.72 | $ 1.20 | $ 9.87 |
| 850000055 | 08/18/2023 | $ 4.14 | $ 3.11 | $ 1.00 | $ 8.25 |
| 850000056 | 08/18/2023 | $ - | $ - | $ - | $ - |
| 850000057 | 08/18/2023 | $ - | $ - | $ - | $ - |
| 850000058 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000059 | 08/19/2023 | $ 110.79 | $ 83.20 | $ 26.78 | $ 220.77 |
| 850000060 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000061 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000062 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000063 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000064 | 08/19/2023 | $ 88,004.00 | $ 66,086.07 | $ 21,270.65 | $ 175,360.72 |
| 850000065 | 08/19/2023 | $ 90,264.00 | $ 67,783.20 | $ 21,816.89 | $ 179,864.09 |
| 850000066 | 08/19/2023 | $ 2,557.71 | $ 1,920.70 | $ 618.20 | $ 5,096.62 |
| 850000067 | 08/19/2023 | $ - | $ - | $ - | $ - |

[1] Interest Calculator: https://www.investor.gov/financial-tools-calculators/calculators/compound-interest-calculator

| Claimant Number | Date Received (Timely/Untimely) | Recognized Loss Amount | Payment of Simple Interest at 9% Per Annum from June 26, 2017 to December 26, 2023 | Additional Pro Rata Distribution | Total Amount to be Paid |
|---|---|---|---|---|---|
| 850000068 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000069 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000070 | 08/19/2023 | $ 224.00 | $ 168.21 | $ 54.14 | $ 446.35 |
| 850000071 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000072 | 08/19/2023 | $ 2,022.90 | $ 1,519.08 | $ 488.94 | $ 4,030.92 |
| 850000073 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000074 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000075 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000076 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000077 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000078 | 08/19/2023 | $ 19.05 | $ 14.30 | $ 4.60 | $ 37.96 |
| 850000079 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000080 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000081 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000082 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000083 | 08/19/2023 | $ 484.00 | $ 363.46 | $ 116.98 | $ 964.44 |
| 850000084 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000085 | 08/19/2023 | $ 349.48 | $ 262.44 | $ 84.47 | $ 696.39 |
| 850000086 | 08/19/2023 | $ 3,554.66 | $ 2,669.35 | $ 859.17 | $ 7,083.18 |
| 850000087 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000088 | 08/19/2023 | $ 363.31 | $ 272.82 | $ 87.81 | $ 723.94 |
| 850000089 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000090 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000091 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000092 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000093 | 08/19/2023 | $ 4.61 | $ 3.46 | $ 1.12 | $ 9.19 |
| 850000094 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000095 | 08/19/2023 | $ 3.27 | $ 2.45 | $ 0.79 | $ 6.51 |
| 850000096 | 08/19/2023 | $ 14.83 | $ 11.13 | $ 3.58 | $ 29.54 |
| 850000097 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000098 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000099 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000100 | 08/19/2023 | $ 309.62 | $ 232.51 | $ 74.84 | $ 616.97 |
| 850000101 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000102 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000103 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000104 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000105 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000106 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000107 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000108 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000109 | 08/19/2023 | $ - | $ - | $ - | $ - |
| 850000110 | 08/19/2023 | $ 983,041.36 | $ 738,208.91 | $ 237,602.01 | $ 1,958,852.29 |
| 850000111 | 08/20/2023 | $ 79.69 | $ 59.84 | $ 19.26 | $ 158.80 |
| 850000112 | 08/20/2023 | $ - | $ - | $ - | $ - |
| 850000113 | 08/20/2023 | $ 7.51 | $ 5.64 | $ 1.81 | $ 14.96 |
| 850000114 | 08/20/2023 | $ - | $ - | $ - | $ - |
| 850000115 | 08/20/2023 | $ - | $ - | $ - | $ - |
| 850000116 | 08/20/2023 | $ 131.54 | $ 98.78 | $ 31.79 | $ 262.12 |
| 850000117 | 08/20/2023 | $ - | $ - | $ - | $ - |
| 850000118 | 08/20/2023 | $ - | $ - | $ - | $ - |
| 850000119 | 08/20/2023 | $ - | $ - | $ - | $ - |
| 850000120 | 08/20/2023 | $ - | $ - | $ - | $ - |
| 850000121 | 08/20/2023 | $ 405.74 | $ 304.69 | $ 98.07 | $ 808.51 |
| 850000122 | 08/21/2023 | $ 262.94 | $ 197.46 | $ 63.55 | $ 523.95 |
| 850000123 | 08/21/2023 | $ - | $ - | $ - | $ - |
| 850000124 | 08/21/2023 | $ - | $ - | $ - | $ - |
| 850000125 | 08/21/2023 | $ 3.91 | $ 2.93 | $ 0.94 | $ 7.78 |
| 850000126 | 08/21/2023 | $ - | $ - | $ - | $ - |
| 850000127 | 08/21/2023 | $ - | $ - | $ - | $ - |
| 850000128 | 08/21/2023 | $ - | $ - | $ - | $ - |
| 850000129 | 08/21/2023 | $ 485.91 | $ 364.89 | $ 117.44 | $ 968.24 |
| 850000130 | 08/21/2023 | $ - | $ - | $ - | $ - |
| 850000131 | 08/21/2023 | $ - | $ - | $ - | $ - |
| 850000132 | 08/21/2023 | $ - | $ - | $ - | $ - |
| 850000133 | 08/21/2023 | $ 54.11 | $ 40.63 | $ 13.08 | $ 107.82 |
| 850000134 | 08/22/2023 | $ 17.92 | $ 13.46 | $ 4.33 | $ 35.70 |

| Claimant Number | Date Received (Timely/Untimely) | Recognized Loss Amount | Payment of Simple Interest at 9% Per Annum from June 26, 2017 to December 26, 2023 | Additional Pro Rata Distribution | Total Amount to be Paid |
|---|---|---|---|---|---|
| 850000135 | 08/22/2023 | $ 1,329.57 | $ 998.43 | $ 321.36 | $ 2,649.35 |
| 850000136 | 08/22/2023 | $ 169.56 | $ 127.33 | $ 40.98 | $ 337.87 |
| 850000137 | 08/22/2023 | $ 34.63 | $ 26.00 | $ 8.37 | $ 69.00 |
| 850000138 | 08/22/2023 | $ - | $ - | $ - | $ - |
| 850000139 | 08/22/2023 | $ 7.24 | $ 5.43 | $ 1.75 | $ 14.42 |
| 850000140 | 08/22/2023 | $ - | $ - | $ - | $ - |
| 850000141 | 08/22/2023 | $ - | $ - | $ - | $ - |
| 850000142 | 08/22/2023 | $ - | $ - | $ - | $ - |
| 850000143 | 08/22/2023 | $ - | $ - | $ - | $ - |
| 850000144 | 08/22/2023 | $ 15.44 | $ 11.60 | $ 3.73 | $ 30.77 |
| 850000145 | 08/22/2023 | $ - | $ - | $ - | $ - |
| 850000146 | 08/22/2023 | $ - | $ - | $ - | $ - |
| 850000147 | 08/22/2023 | $ - | $ - | $ - | $ - |
| 850000148 | 08/22/2023 | $ - | $ - | $ - | $ - |
| 850000149 | 08/22/2023 | $ 0.27 | $ 0.20 | $ 0.06 | $ 0.53 |
| 850000150 | 08/22/2023 | $ - | $ - | $ - | $ - |
| 850000151 | 08/22/2023 | $ 127.93 | $ 96.07 | $ 30.92 | $ 254.92 |
| 850000152 | 08/22/2023 | $ 24.44 | $ 18.36 | $ 5.91 | $ 48.71 |
| 850000153 | 08/22/2023 | $ - | $ - | $ - | $ - |
| 850000154 | 08/22/2023 | $ 7,329.84 | $ 5,504.30 | $ 1,771.63 | $ 14,605.76 |
| 850000155 | 08/22/2023 | $ - | $ - | $ - | $ - |
| 850000156 | 08/22/2023 | $ - | $ - | $ - | $ - |
| 850000157 | 08/22/2023 | $ - | $ - | $ - | $ - |
| 850000158 | 08/22/2023 | $ - | $ - | $ - | $ - |
| 850000159 | 08/22/2023 | $ 48,656.74 | $ 36,538.48 | $ 11,760.38 | $ 96,955.59 |
| 850000160 | 08/22/2023 | $ - | $ - | $ - | $ - |
| 850000161 | 08/22/2023 | $ - | $ - | $ - | $ - |
| 850000162 | 08/22/2023 | $ - | $ - | $ - | $ - |
| 850000163 | 08/22/2023 | $ - | $ - | $ - | $ - |
| 850000164 | 08/22/2023 | $ - | $ - | $ - | $ - |
| 850000165 | 08/23/2023 | $ 32.18 | $ 24.17 | $ 7.78 | $ 64.13 |
| 850000166 | 08/23/2023 | $ 3,692.15 | $ 2,772.60 | $ 892.40 | $ 7,357.14 |
| 850000167 | 08/23/2023 | $ - | $ - | $ - | $ - |
| 850000168 | 08/23/2023 | $ - | $ - | $ - | $ - |
| 850000169 | 08/23/2023 | $ - | $ - | $ - | $ - |
| 850000170 | 08/23/2023 | $ - | $ - | $ - | $ - |
| 850000171 | 08/23/2023 | $ - | $ - | $ - | $ - |
| 850000172 | 08/23/2023 | $ - | $ - | $ - | $ - |
| 850000173 | 08/23/2023 | $ - | $ - | $ - | $ - |
| 850000174 | 08/23/2023 | $ - | $ - | $ - | $ - |
| 850000175 | 08/23/2023 | $ - | $ - | $ - | $ - |
| 850000176 | 08/23/2023 | $ - | $ - | $ - | $ - |
| 850000177 | 08/23/2023 | $ 554,696.83 | $ 416,546.20 | $ 134,070.74 | $ 1,105,313.77 |
| 850000178 | 08/23/2023 | $ - | $ - | $ - | $ - |
| 850000179 | 08/23/2023 | $ 469.23 | $ 352.36 | $ 113.41 | $ 935.00 |
| 850000180 | 08/23/2023 | $ - | $ - | $ - | $ - |
| 850000181 | 08/23/2023 | $ - | $ - | $ - | $ - |
| 850000182 | 08/24/2023 | $ - | $ - | $ - | $ - |
| 850000183 | 08/24/2023 | $ - | $ - | $ - | $ - |
| 850000184 | 08/24/2023 | $ - | $ - | $ - | $ - |
| 850000185 | 08/24/2023 | $ 32.00 | $ 24.03 | $ 7.73 | $ 63.76 |
| 850000186 | 08/24/2023 | $ - | $ - | $ - | $ - |
| 850000187 | 08/24/2023 | $ - | $ - | $ - | $ - |
| 850000188 | 08/24/2023 | $ 8.69 | $ 6.53 | $ 2.10 | $ 17.32 |
| 850000189 | 08/24/2023 | $ - | $ - | $ - | $ - |
| 850000190 | 08/24/2023 | $ - | $ - | $ - | $ - |
| 850000191 | 08/24/2023 | $ - | $ - | $ - | $ - |
| 850000192 | 08/24/2023 | $ - | $ - | $ - | $ - |
| 850000193 | 08/24/2023 | $ - | $ - | $ - | $ - |
| 850000194 | 08/24/2023 | $ 505.32 | $ 379.46 | $ 122.14 | $ 1,006.92 |
| 850000195 | 08/24/2023 | $ - | $ - | $ - | $ - |
| 850000196 | 08/24/2023 | $ 83.60 | $ 62.78 | $ 20.21 | $ 166.58 |
| 850000197 | 08/24/2023 | $ - | $ - | $ - | $ - |
| 850000198 | 08/24/2023 | $ 1,210.25 | $ 908.83 | $ 292.52 | $ 2,411.60 |
| 850000199 | 08/24/2023 | $ 17,896.19 | $ 13,439.04 | $ 4,325.53 | $ 35,660.76 |
| 850000200 | 08/25/2023 | $ - | $ - | $ - | $ - |
| 850000201 | 08/25/2023 | $ - | $ - | $ - | $ - |

| Claimant Number | Date Received (Timely/Untimely) | Recognized Loss Amount | Payment of Simple Interest at 9% Per Annum from June 26, 2017 to December 26, 2023 | Additional Pro Rata Distribution | Total Amount to be Paid |
|---|---|---|---|---|---|
| 850000202 | 08/25/2023 | $ - | $ - | $ - | $ - |
| 850000203 | 08/25/2023 | $ 549,506.81 | $ 412,648.79 | $ 132,816.31 | $ 1,094,971.91 |
| 850000204 | 08/25/2023 | $ - | $ - | $ - | $ - |
| 850000205 | 08/25/2023 | $ - | $ - | $ - | $ - |
| 850000206 | 08/25/2023 | $ - | $ - | $ - | $ - |
| 850000207 | 08/25/2023 | $ - | $ - | $ - | $ - |
| 850000208 | 08/25/2023 | $ - | $ - | $ - | $ - |
| 850000209 | 08/25/2023 | $ 828.00 | $ 621.78 | $ 200.13 | $ 1,649.91 |
| 850000210 | 08/26/2023 | $ - | $ - | $ - | $ - |
| 850000211 | 08/26/2023 | $ 9,468.90 | $ 7,110.61 | $ 2,288.64 | $ 18,868.16 |
| 850000212 | 08/26/2023 | $ 49,804.47 | $ 37,400.36 | $ 12,037.79 | $ 99,242.62 |
| 850000213 | 08/26/2023 | $ 51.10 | $ 38.37 | $ 12.35 | $ 101.82 |
| 850000214 | 08/27/2023 | $ - | $ - | $ - | $ - |
| 850000215 | 08/27/2023 | $ 1,759.50 | $ 1,321.29 | $ 425.27 | $ 3,506.06 |
| 850000216 | 08/27/2023 | $ - | $ - | $ - | $ - |
| 850000217 | 08/27/2023 | $ 26,720.00 | $ 20,065.22 | $ 6,458.25 | $ 53,243.47 |
| 850000218 | 08/27/2023 | $ - | $ - | $ - | $ - |
| 850000219 | 08/27/2023 | $ - | $ - | $ - | $ - |
| 850000220 | 08/27/2023 | $ 0.54 | $ 0.41 | $ 0.13 | $ 1.07 |
| 850000221 | 08/27/2023 | $ 321.98 | $ 241.79 | $ 77.82 | $ 641.60 |
| 850000222 | 08/28/2023 | $ - | $ - | $ - | $ - |
| 850000223 | 08/28/2023 | $ 7,472.31 | $ 5,611.28 | $ 1,806.06 | $ 14,889.66 |
| 850000224 | 08/28/2023 | $ - | $ - | $ - | $ - |
| 850000225 | 08/28/2023 | $ 7.46 | $ 5.60 | $ 1.80 | $ 14.87 |
| 850000226 | 08/28/2023 | $ - | $ - | $ - | $ - |
| 850000227 | 08/28/2023 | $ 3,128.48 | $ 2,349.31 | $ 756.16 | $ 6,233.95 |
| 850000228 | 08/28/2023 | $ - | $ - | $ - | $ - |
| 850000229 | 08/28/2023 | $ - | $ - | $ - | $ - |
| 850000230 | 08/28/2023 | $ 149.66 | $ 112.39 | $ 36.17 | $ 298.22 |
| 850000231 | 08/28/2023 | $ - | $ - | $ - | $ - |
| 850000232 | 08/28/2023 | $ 2,825.75 | $ 2,121.98 | $ 682.99 | $ 5,630.72 |
| 850000233 | 08/28/2023 | $ - | $ - | $ - | $ - |
| 850000234 | 08/29/2023 | $ 600.30 | $ 450.79 | $ 145.09 | $ 1,196.18 |
| 850000235 | 08/29/2023 | $ 8,072.55 | $ 6,062.03 | $ 1,951.14 | $ 16,085.72 |
| 850000236 | 08/29/2023 | $ - | $ - | $ - | $ - |
| 850000237 | 08/29/2023 | $ 188,437.14 | $ 141,505.72 | $ 45,545.43 | $ 375,488.30 |
| 850000238 | 08/29/2023 | $ 0.36 | $ 0.27 | $ 0.09 | $ 0.71 |
| 850000239 | 08/29/2023 | $ - | $ - | $ - | $ - |
| 850000240 | 08/29/2023 | $ 360.49 | $ 270.71 | $ 87.13 | $ 718.33 |
| 850000241 | 08/29/2023 | $ - | $ - | $ - | $ - |
| 850000242 | 08/29/2023 | $ 3,402.29 | $ 2,554.93 | $ 822.34 | $ 6,779.56 |
| 850000243 | 08/29/2023 | $ 188,965.17 | $ 141,902.24 | $ 45,673.06 | $ 376,540.46 |
| 850000244 | 08/29/2023 | $ 936,157.19 | $ 703,001.53 | $ 226,270.06 | $ 1,865,428.79 |
| 850000245 | 08/29/2023 | $ - | $ - | $ - | $ - |
| 850000246 | 08/29/2023 | $ - | $ - | $ - | $ - |
| 850000247 | 08/29/2023 | $ 77.33 | $ 58.07 | $ 18.69 | $ 154.09 |
| 850000248 | 08/29/2023 | $ - | $ - | $ - | $ - |
| 850000249 | 08/29/2023 | $ - | $ - | $ - | $ - |
| 850000250 | 08/29/2023 | $ 6,912.90 | $ 5,191.20 | $ 1,670.85 | $ 13,774.95 |
| 850000251 | 08/29/2023 | $ 83,554.84 | $ 62,745.00 | $ 20,195.28 | $ 166,495.12 |
| 850000252 | 08/29/2023 | $ 11.32 | $ 8.50 | $ 2.74 | $ 22.55 |
| 850000253 | 08/29/2023 | $ 4,996.00 | $ 3,751.72 | $ 1,207.54 | $ 9,955.25 |
| 850000254 | 08/29/2023 | $ - | $ - | $ - | $ - |
| 850000255 | 08/29/2023 | $ 686.00 | $ 515.15 | $ 165.81 | $ 1,366.95 |
| 850000256 | 08/29/2023 | $ 2.01 | $ 1.51 | $ 0.48 | $ 4.00 |
| 850000257 | 08/30/2023 | $ 798,213.30 | $ 599,413.41 | $ 192,928.90 | $ 1,590,555.60 |
| 850000258 | 08/30/2023 | $ 46,701.28 | $ 35,070.05 | $ 11,287.74 | $ 93,059.07 |
| 850000259 | 08/30/2023 | $ - | $ - | $ - | $ - |
| 850000260 | 08/30/2023 | $ 14,289.72 | $ 10,730.78 | $ 3,453.84 | $ 28,474.34 |
| 850000261 | 08/30/2023 | $ 804.18 | $ 603.90 | $ 194.37 | $ 1,602.45 |
| 850000262 | 08/30/2023 | $ 56,689.22 | $ 42,570.43 | $ 13,701.84 | $ 112,961.49 |
| 850000263 | 08/30/2023 | $ 899.11 | $ 675.18 | $ 217.32 | $ 1,791.61 |
| 850000264 | 08/30/2023 | $ - | $ - | $ - | $ - |
| 850000265 | 08/30/2023 | $ - | $ - | $ - | $ - |
| 850000266 | 08/30/2023 | $ 2,377,085.27 | $ 1,785,057.68 | $ 574,543.72 | $ 4,736,686.68 |
| 850000267 | 08/30/2023 | $ - | $ - | $ - | $ - |
| 850000268 | 08/30/2023 | $ 4.14 | $ 3.11 | $ 1.00 | $ 8.26 |

| Claimant Number | Date Received (Timely/Untimely) | Recognized Loss Amount | Payment of Simple Interest at 9% Per Annum from June 26, 2017 to December 26, 2023 | Additional Pro Rata Distribution | Total Amount to be Paid |
|---|---|---|---|---|---|
| 850000269 | 08/30/2023 | $ - | $ - | $ - | $ - |
| 850000270 | 08/30/2023 | $ - | $ - | $ - | $ - |
| 850000271 | 08/30/2023 | $ 4.03 | $ 3.03 | $ 0.97 | $ 8.03 |
| 850000272 | 08/30/2023 | $ - | $ - | $ - | $ - |
| 850000273 | 08/30/2023 | $ 524.48 | $ 393.85 | $ 126.77 | $ 1,045.10 |
| 850000274 | 8/31/2023 (Untimely) | $ - | $ - | $ - | $ - |
| 850000275 | 9/2/2023 (Untimely) | $ - | $ - | $ - | $ - |
| 850000276 | 9/5/2023 (Untimely) | $ 1,281.30 | $ 962.18 | $ 309.69 | $ 2,553.17 |
| 850000277 | 9/5/2023 (Untimely) | $ - | $ - | $ - | $ - |
| 850000278 | 9/12/2023 (Untimely) | $ 1,737.61 | $ 1,304.85 | $ 419.98 | $ 3,462.45 |
| 850000279 | 9/27/2023 (Untimely) | $ - | $ - | $ - | $ - |
| 850000280 | 9/30/2023 (Untimely) | $ 9,795.31 | $ 7,355.73 | $ 2,367.53 | $ 19,518.57 |
| 850000281 | 10/6/2023 (Untimely) | $ - | $ - | $ - | $ - |
| 850000282 | 10/16/2023 (Untimely) | $ - | $ - | $ - | $ - |
| 850000283 | 10/18/2023 (Untimely) | $ - | $ - | $ - | $ - |
| 850000284 | 10/23/2023 (Untimely) | $ 4.14 | $ 3.11 | $ 1.00 | $ 8.26 |
| 850000285 | 10/26/2023 (Untimely) | $ 67,129.81 | $ 50,410.72 | $ 16,225.34 | $ 133,765.86 |
| 850000286 | 10/29/2023 (Untimely) | $ 643.92 | $ 483.55 | $ 155.64 | $ 1,283.10 |
| 850000287 | 10/31/2023 (Untimely) | $ 14,483.73 | $ 10,876.47 | $ 3,500.73 | $ 28,860.93 |