**Grant & Eisenhofer P.A.**

485 Lexington Avenue, 29th Floor, New York, NY 10017     tel: 646.722.8500    fax: 646.722.8501

23 Justison Street
7th Floor
Wilmington, DE 19801
tel: 302.622.7000
fax: 302.622.7100

30 N. LaSalle Street
Suite 2350
Chicago, IL 60602
tel: 312.610.5350
fax: 312.214.0001

2325 3rd Street
Suite 329
San Francisco, CA 94107
tel: 415.229.9720
fax: 415.789.4367

3600 Clipper Mill Road
Suite 240
Baltimore, MD 21211
tel: 410.204.1045

www.gelaw.com

Daniel L. Berger
Principal
+1 (646) 722-8522
dberger@gelaw.com

February 23, 2024

**Via Electronic Mail and Overnight Mail**

The Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007
KaplanNYSDChambers@nysd.uscourts.gov

  Re: *Williams et al. v. Block.One et al.* (1:20-cv-2809; 1:20-cv-3829)

Dear Judge Kaplan:

  We write on behalf of Lead Plaintiff to provide the Court with current information on the Net Settlement Fund and claims administration in connection with the proposed Settlement of this action; specifically, to update the information contained in our November 22, 2023 letter to the Court (ECF No. 202).  Since November 22, 2023, the Settlement Administrator (Epiq Class Action & Claim Solutions, Inc. ("Epiq")) has continued to review claims, work with claimants to provide the documentation required to prove entitlement to share in the Net Settlement Fund and communicate with claimants whose claims remain deficient and should be rejected.  In addition, the Settlement Fund has continued to accrue interest.  We provide specific detail below and in the attached spreadsheets.

**I.** **The Net Settlement Fund**

  **A.** **The Settlement Fund.** As of February 23, 2024, the Net Settlement Fund totals $22,305,455, which consists of the Settlement Amount payment of $22,000,000, plus interest of $463,616 that has accrued since the Settlement Amount was deposited on February 16, 2023, less Costs and Expenses paid to the Settlement Administrator.

  **B.** **Administrator Costs and Expenses.** As of February 23, 2024, Epiq has incurred costs and fees of $158,161 in connection with disseminating the court-authorized Notice, reviewing claims, communicating with claimants and class members and administering the settlement generally.  Pursuant to ¶ 11 of the Court's May 18, 2023 Order (ECF No. 183) and the Amended Settlement Stipulation (ECF No. 180-1), Lead Counsel has paid Epiq this amount from the Settlement Fund.

Page 2

**C. Class Counsel Fees and Expenses.** Lead Counsel has requested reimbursement of expenses ($81,599.31) and an award to Lead Plaintiff ($31,000), these amounts total to $112,599.31. *See* ECF Nos. 190-93, 195, 197, 199. These amounts remain unchanged since our November 22, 2023 letter. *See* ECF No. 202.

**D. Attorneys' Fees.** Lead Counsel has applied for attorneys' fees of 25% of the Settlement amount, i.e., $5,500,000. *Id*.

**E. Total Deductions from the Settlement Fund.** Assuming the Court awards the requested Attorney's Fees, Costs, Expenses, and Award to Lead Plaintiff, the Net Settlement Fund will contain $16,692,855.69 for distribution to Class Members under the Plan of Allocation.

## II. Claims Administration

Since the parties' November 22, 2023 letter, the Settlement Administrator received nine (9) new claims and continued to advance the claims review process. To date, 296 claims have been filed with a total recognized loss amount of $9,580,716.

Epiq's claims review process is nearly complete. As such, Epiq has now categorized claims as either Accepted Claims, Deficient Claims, and/or Rejected Claims.

**A. Accepted Claims.** 66 claims have been accepted. For each, Epiq determined that the claimants provided complete and valid documentation supporting their claims as required by the Class Notice. The total recognized loss amount for these Accepted Claims is $**5,356,842**. Attached hereto as Exhibit 1 is a spreadsheet containing the following information for each Accepted Claim: claimant number; date claim was received; recognized loss amount calculated pursuant to the formulas indicated in the Notice; payment of simple interest at 9% per annum; additional *pro rata* distribution of remainder of the Net Settlement Fund; and total amount to be paid to each claimant.

**B. Deficient Claims.** 29 claims have been deemed deficient because Epiq determined that these claimants have not yet provided adequate documentation to support their claim. With oversight from Lead Counsel, Epiq continues working with these claimants to help them cure the deficiencies. The total recognized loss amount for Deficient Claims is $**1,328,466**. Attached hereto as Exhibit 2 is a spreadsheet containing the following information for each Deficient Claim: claimant number; date claim was received; recognized loss amount calculated pursuant to the formulas indicated in the Notice; payment of simple interest at 9% per annum; additional *pro rata* distribution of remainder of the Net Settlement Fund; and total amount to be paid to each claimant.

**C. Rejected Claims.** 205 claims have been rejected because Epiq determined that the claimants either: (i) did not have a recognized loss; (ii) submitted a duplicate claim; (iii) failed to respond to Epiq's deficiency letters; or (iv) submitted claims for non-domestic transactions.

Page 3

Epiq has communicated, or attempted to communicate, with each rejected claimant at least twice. The total recognized loss amount for Rejected Claims is $**2,895,407**. Attached hereto as Exhibit 3 is a spreadsheet containing the following information for each Rejected Claim: claimant number; date claim was received; recognized loss amount calculated pursuant to the formulas indicated in the Notice (if the claims were valid); and the reason for the rejection. Assuming the Court approves the Settlement, Epiq will inform the rejected claimants of the rejection, and that they will have the opportunity to contest the rejection with the Court.

      We ask the Court to note that the total number of claims listed in Exhibits 1–3 is 300 (compared to the 296 total claims submitted). The reason for this discrepancy is that four (4) claims were split into more than one category: (1) Claimant Number 100000001 was accepted in part and deemed deficient in part; and (2) Claimant Numbers 850000019, 850000066, and 850000177 were accepted in part and rejected in part. Thus, each of these four claims appears on two separate Exhibits.

      **D.**    **Summary of All Claims.** Assuming that all deficiencies in Category 2 are cured, the total recognized loss amount to be distributed to claimants is $6,685,309.27. With payment of interest as proposed by Lead Counsel, the total amount of interest payments to be distributed to these claimants is $5,020,292.21. The additional *pro rata* payments to be distributed to these claimants is $4,987,253.95. Together with the attorneys' fees and expenses requested by counsel, the total amount to be paid from the Settlement Fund would be $22,305,454.74. To the extent that any deficiencies are not cured, or that Lead Plaintiffs Motion for Attorneys' Fees is not granted in full, these amounts will change.

      We are available to discuss this matter any time at the Court's convenience.

      Respectfully submitted,

      */s/ Daniel L. Berger*
Daniel L. Berger
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, New York 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Email: dberger@gelaw.com

*Counsel for Crypto Assets Opportunity Fund LLC and Lead Counsel for the Proposed Class*

# EXHIBIT 1

**Block.One Accepted Claims**

| Claimant Number | Date Received | Recognized Loss Amount | Payment of Simple Interest at 9% Per Annum from June 26, 2017 to December 26, 2023[1] | Additional Pro Rata Distribution | Total Amount to be Paid |
|---|---|---|---|---|---|
| 850000001 | 6/30/2023 | $9,795.31 | $7,355.73 | $7,307.32 | $24,458.35 |
| 850000002 | 7/4/2023 | $58,718.90 | $44,094.60 | $43,804.42 | $146,617.92 |
| 850000004 | 7/11/2023 | $968.68 | $727.42 | $722.63 | $2,418.73 |
| 850000005 | 7/12/2023 | $48.51 | $36.43 | $36.19 | $121.14 |
| 850000011 | 7/24/2023 | $361.12 | $271.18 | $269.40 | $901.70 |
| 850000014 | 7/25/2023 | $12,612.29 | $9,471.12 | $9,408.79 | $31,492.20 |
| 850000016 | 7/25/2023 | $42,553.10 | $31,954.99 | $31,744.69 | $106,252.78 |
| 850000017 | 7/25/2023 | $17,455.79 | $13,108.32 | $13,022.06 | $43,586.17 |
| 850000019 | 7/26/2023 | $181,970.02 | $136,649.28 | $135,749.99 | $454,369.29 |
| 850000022 | 7/28/2023 | $1,765.35 | $1,325.68 | $1,316.95 | $4,407.98 |
| 850000023 | 7/29/2023 | $57,921.79 | $43,496.02 | $43,209.77 | $144,627.58 |
| 100000001 | 8/9/2023 | $2,930.41 | $2,200.57 | $2,186.09 | $7,317.08 |
| 850000031 | 8/9/2023 | $26.39 | $19.81 | $19.68 | $65.88 |
| 850000032 | 8/9/2023 | $27,865.67 | $20,925.55 | $20,787.84 | $69,579.07 |
| 850000044 | 8/17/2023 | $1,015.90 | $762.88 | $757.86 | $2,536.64 |
| 850000045 | 8/18/2023 | $5,363.57 | $4,027.74 | $4,001.24 | $13,392.56 |
| 850000050 | 8/18/2023 | $456.98 | $343.17 | $340.91 | $1,141.06 |
| 850000059 | 8/19/2023 | $110.79 | $83.20 | $82.65 | $276.65 |
| 850000066 | 8/19/2023 | $67.25 | $50.50 | $50.17 | $167.91 |
| 850000088 | 8/19/2023 | $363.31 | $272.82 | $271.03 | $907.16 |
| 850000093 | 8/19/2023 | $4.61 | $3.46 | $3.44 | $11.52 |
| 850000095 | 8/19/2023 | $3.27 | $2.45 | $2.44 | $8.16 |
| 850000111 | 8/20/2023 | $79.69 | $59.84 | $59.45 | $198.98 |
| 850000113 | 8/20/2023 | $7.51 | $5.64 | $5.60 | $18.75 |
| 850000116 | 8/20/2023 | $131.54 | $98.78 | $98.13 | $328.46 |
| 850000121 | 8/20/2023 | $405.74 | $304.69 | $302.69 | $1,013.12 |
| 850000122 | 8/21/2023 | $262.94 | $197.46 | $196.16 | $656.56 |
| 850000125 | 8/21/2023 | $3.91 | $2.93 | $2.91 | $9.75 |
| 850000129 | 8/21/2023 | $485.91 | $364.89 | $362.49 | $1,213.28 |
| 850000133 | 8/21/2023 | $54.11 | $40.63 | $40.36 | $135.10 |
| 850000136 | 8/22/2023 | $169.56 | $127.33 | $126.49 | $423.38 |
| 850000139 | 8/22/2023 | $7.24 | $5.43 | $5.40 | $18.07 |
| 850000144 | 8/22/2023 | $15.44 | $11.60 | $11.52 | $38.56 |
| 850000151 | 8/22/2023 | $127.93 | $96.07 | $95.44 | $319.43 |
| 850000154 | 8/22/2023 | $7,329.84 | $5,504.30 | $5,468.07 | $18,302.21 |

[1] Interest Calculator: https://www.investor.gov/financial-tools-calculators/calculators/compound-interest-calculator

**Block.One Accepted Claims**

| Claimant Number | Date Received | Recognized Loss Amount | Payment of Simple Interest at 9% Per Annum from June 26, 2017 to December 26, 2023 | Additional Pro Rata Distribution | Total Amount to be Paid |
|---|---|---|---|---|---|
| 850000166 | 8/23/2023 | $3,692.15 | $2,772.60 | $2,754.35 | $9,219.09 |
| 850000177 | 8/23/2023 | $393,742.69 | $295,678.67 | $293,732.83 | $983,154.19 |
| 850000179 | 8/23/2023 | $469.23 | $352.36 | $350.04 | $1,171.64 |
| 850000194 | 8/24/2023 | $505.32 | $379.46 | $376.97 | $1,261.75 |
| 850000196 | 8/24/2023 | $83.60 | $62.78 | $62.37 | $208.74 |
| 850000198 | 8/24/2023 | $1,210.25 | $908.83 | $902.85 | $3,021.93 |
| 850000203 | 8/25/2023 | $549,506.81 | $412,648.79 | $409,933.17 | $1,372,088.77 |
| 850000209 | 8/25/2023 | $828.00 | $621.78 | $617.69 | $2,067.47 |
| 850000212 | 8/26/2023 | $49,804.47 | $37,400.36 | $37,154.23 | $124,359.07 |
| 850000213 | 8/26/2023 | $51.10 | $38.37 | $38.12 | $127.59 |
| 850000217 | 8/27/2023 | $26,720.00 | $20,065.22 | $19,933.17 | $66,718.39 |
| 850000220 | 8/27/2023 | $0.54 | $0.41 | $0.40 | $1.35 |
| 850000230 | 8/28/2023 | $149.66 | $112.39 | $111.65 | $373.69 |
| 850000232 | 8/28/2023 | $2,825.75 | $2,121.98 | $2,108.02 | $7,055.75 |
| 850000234 | 8/29/2023 | $600.30 | $450.79 | $447.82 | $1,498.92 |
| 850000235 | 8/29/2023 | $8,072.55 | $6,062.03 | $6,022.14 | $20,156.72 |
| 850000240 | 8/29/2023 | $360.49 | $270.71 | $268.93 | $900.13 |
| 850000242 | 8/29/2023 | $3,402.29 | $2,554.93 | $2,538.12 | $8,495.33 |
| 850000243 | 8/29/2023 | $188,965.17 | $141,902.24 | $140,968.39 | $471,835.79 |
| 850000247 | 8/29/2023 | $77.33 | $58.07 | $57.69 | $193.09 |
| 850000251 | 8/29/2023 | $83,554.84 | $62,745.00 | $62,332.08 | $208,631.92 |
| 850000255 | 8/29/2023 | $686.00 | $515.15 | $511.76 | $1,712.90 |
| 850000260 | 8/30/2023 | $7,751.60 | $5,821.02 | $5,782.71 | $19,355.33 |
| 850000263 | 8/30/2023 | $899.11 | $675.18 | $670.74 | $2,245.03 |
| 850000266 | 8/30/2023 | $3,435,293.83 | $2,579,712.95 | $2,562,736.00 | $8,577,742.78 |
| 850000271 | 8/30/2023 | $4.03 | $3.03 | $3.01 | $10.06 |
| 850000278 | 9/12/2023 (Untimely) | $1,737.61 | $1,304.85 | $1,296.26 | $4,338.73 |
| 850000280 | 9/30/2023 (Untimely) | $9,795.31 | $7,355.73 | $7,307.32 | $24,458.35 |
| 850000284 | 10/23/2023 (Untimely) | $4.14 | $3.11 | $3.09 | $10.35 |
| 850000285 | 10/26/2023 (Untimely) | $67,129.81 | $50,410.72 | $50,078.97 | $167,619.49 |
| 800000081 | 11/3/2021 (Untimely) | $87,458.60 | $65,676.50 | $65,244.29 | $218,379.38 |
| | TOTALS | $5,356,842.94 | $4,022,688.53 | $3,996,215.44 | $13,375,746.91 |

# EXHIBIT 2

Block.One Deficient Claims

| Claimant Number | Date Received | Recognized Loss Amount (if deficiencies are cured) | Payment of Simple Interest at 9% Per Annum from June 26, 2017 to December 26, 2023[1] | Additional Pro Rata Distribution | Total Amount to be Paid |
|---|---|---|---|---|---|
| 850000007 | 7/15/2023 | $1,357.95 | $1,019.74 | $1,013.03 | $3,390.73 |
| 850000010 | 7/23/2023 | $111,512.98 | $83,740.00 | $83,188.91 | $278,441.89 |
| 850000029 | 8/7/2023 | $14,241.36 | $10,694.47 | $10,624.09 | $35,559.92 |
| 100000001 | 8/9/2023 | $7,838.31 | $5,886.13 | $5,847.39 | $19,571.84 |
| 850000030 | 8/9/2023 | - | - | - | - |
| 850000033 | 8/11/2023 | - | - | - | - |
| 850000035 | 8/14/2023 | $4,004.62 | $3,007.25 | $2,987.46 | $9,999.33 |
| 850000036 | 8/14/2023 | $150.96 | $113.37 | $112.62 | $376.95 |
| 850000037 | 8/14/2023 | $763.66 | $573.47 | $569.69 | $1,906.82 |
| 850000038 | 8/14/2023 | $2,069.04 | $1,553.73 | $1,543.51 | $5,166.28 |
| 850000039 | 8/14/2023 | $483.87 | $363.36 | $360.97 | $1,208.19 |
| 850000040 | 8/14/2023 | $903.71 | $678.63 | $674.17 | $2,256.51 |
| 850000041 | 8/14/2023 | $196.53 | $147.58 | $146.61 | $490.73 |
| 850000042 | 8/16/2023 | $745.41 | $559.76 | $556.08 | $1,861.25 |
| 850000043 | 8/16/2023 | $14,536.89 | $10,916.39 | $10,844.55 | $36,297.82 |
| 850000049 | 8/18/2023 | $13,866.70 | $10,413.11 | $10,344.59 | $34,624.40 |
| 850000053 | 8/18/2023 | - | - | - | - |
| 850000055 | 8/18/2023 | $4.14 | $3.11 | $3.09 | $10.34 |
| 850000135 | 8/22/2023 | $1,329.57 | $998.43 | $991.86 | $3,319.85 |
| 850000149 | 8/22/2023 | $0.27 | $0.20 | $0.20 | $0.66 |
| 850000152 | 8/22/2023 | $24.44 | $18.36 | $18.24 | $61.04 |
| 850000199 | 8/24/2023 | $17,896.19 | $13,439.04 | $13,350.60 | $44,685.83 |
| 850000223 | 8/28/2023 | $7,472.31 | $5,611.28 | $5,574.36 | $18,657.95 |
| 850000228 | 8/28/2023 | - | - | - | - |
| 850000237 | 8/29/2023 | $188,437.14 | $141,505.72 | $140,574.48 | $470,517.35 |
| 850000257 | 8/30/2023 | $795,189.29 | $597,142.55 | $593,212.79 | $1,985,544.63 |
| 850000261 | 8/30/2023 | $804.18 | $603.90 | $599.92 | $2,008.00 |
| 850000262 | 8/30/2023 | $56,689.22 | $42,570.43 | $42,290.27 | $141,549.93 |
| 100000006 | 1/16/2024 (Untimely) | $87,947.57 | $66,043.69 | $65,609.06 | $219,600.31 |
| | **TOTALS** | **$1,328,466.33** | **$997,603.68** | **$991,038.51** | **$3,317,108.52** |

[1] Interest Calculator: https://www.investor.gov/financial-tools-calculators/calculators/compound-interest-calculator

# EXHIBIT 3

**Block.One Rejected Claims**

| Claimant Number | Date Received | Recognized Loss Amount (if claim was valid) | Reason for Rejection |
|---|---|---|---|
| 850000003 | 7/11/2023 | $18,313.30 | No Response |
| 850000006 | 7/13/2023 | $759.23 | No Response |
| 850000008 | 7/19/2023 | $87.68 | No Response |
| 850000009 | 7/22/2023 | $0.00 | Duplicate Claim |
| 850000012 | 7/24/2023 | - | No Response |
| 850000013 | 7/24/2023 | $16,841.74 | Non-Domestic Transactions |
| 850000015 | 7/25/2023 | - | No Recognized Loss |
| 850000019 | 7/26/2023 | $210,019.58 | Non-Domestic Transactions |
| 850000018 | 7/26/2023 | $1,728.72 | No Response |
| 850000020 | 7/27/2023 | $0.00 | No Response |
| 850000021 | 7/27/2023 | $0.00 | No Recognized Loss |
| 850000024 | 7/30/2023 | $754.47 | No Response |
| 850000025 | 7/31/2023 | - | No Recognized Loss |
| 850000026 | 8/2/2023 | $0.00 | No Recognized Loss |
| 850000027 | 8/7/2023 | - | No Response |
| 850000028 | 8/7/2023 | $236,996.11 | No Response |
| 850000034 | 8/14/2023 | $0.00 | No Recognized Loss |
| 850000046 | 8/18/2023 | $2,986.35 | No Response |
| 850000047 | 8/18/2023 | - | No Recognized Loss |
| 850000048 | 8/18/2023 | - | No Recognized Loss |
| 850000051 | 8/18/2023 | $0.00 | No Recognized Loss |
| 850000052 | 8/18/2023 | $0.00 | No Response |
| 850000054 | 8/18/2023 | $4.95 | No Response |
| 850000056 | 8/18/2023 | - | No Recognized Loss |
| 850000057 | 8/18/2023 | - | No Recognized Loss |
| 850000066 | 8/19/2023 | $2,490.46 | Non-Domestic Transactions |
| 850000058 | 8/19/2023 | $0.00 | No Recognized Loss |
| 850000060 | 8/19/2023 | - | No Recognized Loss |
| 850000061 | 8/19/2023 | $0.00 | No Recognized Loss |
| 850000062 | 8/19/2023 | $0.00 | No Recognized Loss |
| 850000063 | 8/19/2023 | - | No Response |
| 850000064 | 8/19/2023 | $88,004.00 | No Response |
| 850000065 | 8/19/2023 | $90,264.00 | No Response |
| 850000067 | 8/19/2023 | - | No Response |
| 850000068 | 8/19/2023 | - | No Recognized Loss |
| 850000069 | 8/19/2023 | $0.00 | No Recognized Loss |
| 850000070 | 8/19/2023 | $224.00 | No Response |
| 850000071 | 8/19/2023 | - | No Recognized Loss |
| 850000072 | 8/19/2023 | $2,022.90 | Non-Domestic Transactions |
| 850000073 | 8/19/2023 | - | No Recognized Loss |
| 850000074 | 8/19/2023 | - | No Recognized Loss |
| 850000075 | 8/19/2023 | - | No Recognized Loss |
| 850000076 | 8/19/2023 | - | No Response |
| 850000077 | 8/19/2023 | - | No Recognized Loss |

**Block.One Rejected Claims**

| Claimant Number | Date Received | Recognized Loss Amount (if claim was valid) | Reason for Rejection |
|---|---|---|---|
| 850000078 | 8/19/2023 | $19.05 | No Response |
| 850000079 | 8/19/2023 | - | No Recognized Loss |
| 850000080 | 8/19/2023 | - | No Recognized Loss |
| 850000081 | 8/19/2023 | - | No Recognized Loss |
| 850000082 | 8/19/2023 | - | No Recognized Loss |
| 850000083 | 8/19/2023 | $484.00 | No Response |
| 850000084 | 8/19/2023 | - | No Response |
| 850000085 | 8/19/2023 | $349.48 | No Response |
| 850000086 | 8/19/2023 | $3,554.66 | No Response |
| 850000087 | 8/19/2023 | - | No Recognized Loss |
| 850000089 | 8/19/2023 | - | No Recognized Loss |
| 850000090 | 8/19/2023 | - | No Recognized Loss |
| 850000091 | 8/19/2023 | - | No Response |
| 850000092 | 8/19/2023 | - | No Recognized Loss |
| 850000094 | 8/19/2023 | - | No Recognized Loss |
| 850000096 | 8/19/2023 | $14.83 | No Response |
| 850000097 | 8/19/2023 | $0.00 | No Recognized Loss |
| 850000098 | 8/19/2023 | - | No Recognized Loss |
| 850000099 | 8/19/2023 | $0.00 | No Recognized Loss |
| 850000100 | 8/19/2023 | $309.62 | No Response |
| 850000101 | 8/19/2023 | - | No Recognized Loss |
| 850000102 | 8/19/2023 | - | No Recognized Loss |
| 850000103 | 8/19/2023 | - | No Recognized Loss |
| 850000104 | 8/19/2023 | - | No Response |
| 850000105 | 8/19/2023 | - | No Recognized Loss |
| 850000106 | 8/19/2023 | - | No Recognized Loss |
| 850000107 | 8/19/2023 | $0.00 | No Response |
| 850000108 | 8/19/2023 | $0.00 | No Recognized Loss |
| 850000109 | 8/19/2023 | - | No Recognized Loss |
| 850000110 | 8/19/2023 | $983,041.36 | No Response |
| 850000112 | 8/20/2023 | - | No Recognized Loss |
| 850000114 | 8/20/2023 | - | No Recognized Loss |
| 850000115 | 8/20/2023 | - | No Response |
| 850000117 | 8/20/2023 | - | No Response |
| 850000118 | 8/20/2023 | - | No Recognized Loss |
| 850000119 | 8/20/2023 | $0.00 | No Response |
| 850000120 | 8/20/2023 | - | No Recognized Loss |
| 850000123 | 8/21/2023 | - | No Recognized Loss |
| 850000124 | 8/21/2023 | $0.00 | No Response |
| 850000126 | 8/21/2023 | $0.00 | No Response |
| 850000127 | 8/21/2023 | - | No Recognized Loss |
| 850000128 | 8/21/2023 | - | No Recognized Loss |
| 850000130 | 8/21/2023 | $0.00 | No Recognized Loss |
| 850000131 | 8/21/2023 | - | No Recognized Loss |

**Block.One Rejected Claims**

| Claimant Number | Date Received | Recognized Loss Amount (if claim was valid) | Reason for Rejection |
|---|---|---|---|
| 850000132 | 8/21/2023 | - | No Recognized Loss |
| 850000134 | 8/22/2023 | $17.92 | No Response |
| 850000137 | 8/22/2023 | $34.63 | No Response |
| 850000138 | 8/22/2023 | - | No Response |
| 850000140 | 8/22/2023 | - | No Recognized Loss |
| 850000141 | 8/22/2023 | - | No Response |
| 850000142 | 8/22/2023 | $0.00 | No Response |
| 850000143 | 8/22/2023 | - | No Recognized Loss |
| 850000145 | 8/22/2023 | - | No Recognized Loss |
| 850000146 | 8/22/2023 | - | No Recognized Loss |
| 850000147 | 8/22/2023 | - | No Recognized Loss |
| 850000148 | 8/22/2023 | - | No Recognized Loss |
| 850000150 | 8/22/2023 | - | No Recognized Loss |
| 850000153 | 8/22/2023 | - | No Recognized Loss |
| 850000155 | 8/22/2023 | - | No Response |
| 850000156 | 8/22/2023 | $0.00 | No Recognized Loss |
| 850000157 | 8/22/2023 | - | No Recognized Loss |
| 850000158 | 8/22/2023 | - | No Response |
| 850000159 | 8/22/2023 | $48,656.74 | No Response |
| 850000160 | 8/22/2023 | - | No Recognized Loss |
| 850000161 | 8/22/2023 | $0.00 | No Recognized Loss |
| 850000162 | 8/22/2023 | - | No Recognized Loss |
| 850000163 | 8/22/2023 | - | No Response |
| 850000164 | 8/22/2023 | $0.00 | No Recognized Loss |
| 850000177 | 8/23/2023 | $160,949.76 | Non-Domestic Transactions |
| 850000165 | 8/23/2023 | $32.18 | No Response |
| 850000167 | 8/23/2023 | - | No Recognized Loss |
| 850000168 | 8/23/2023 | - | No Recognized Loss |
| 850000169 | 8/23/2023 | - | No Recognized Loss |
| 850000170 | 8/23/2023 | - | No Response |
| 850000171 | 8/23/2023 | - | No Response |
| 850000172 | 8/23/2023 | - | No Recognized Loss |
| 850000173 | 8/23/2023 | - | No Recognized Loss |
| 850000174 | 8/23/2023 | $0.00 | No Response |
| 850000175 | 8/23/2023 | - | No Recognized Loss |
| 850000176 | 8/23/2023 | - | No Recognized Loss |
| 850000178 | 8/23/2023 | - | No Recognized Loss |
| 850000180 | 8/23/2023 | - | No Recognized Loss |
| 850000181 | 8/23/2023 | - | No Recognized Loss |
| 850000182 | 8/24/2023 | - | No Recognized Loss |
| 850000183 | 8/24/2023 | - | No Recognized Loss |
| 850000184 | 8/24/2023 | $0.00 | No Recognized Loss |
| 850000185 | 8/24/2023 | $32.00 | No Response |
| 850000186 | 8/24/2023 | $0.00 | No Recognized Loss |

**Block.One Rejected Claims**

| Claimant Number | Date Received | Recognized Loss Amount (if claim was valid) | Reason for Rejection |
|---|---|---|---|
| 850000187 | 8/24/2023 | - | No Response |
| 850000188 | 8/24/2023 | $8.69 | No Response |
| 850000189 | 8/24/2023 | $0.00 | No Recognized Loss |
| 850000190 | 8/24/2023 | $0.00 | No Recognized Loss |
| 850000191 | 8/24/2023 | $0.00 | No Response |
| 850000192 | 8/24/2023 | - | No Recognized Loss |
| 850000193 | 8/24/2023 | $0.00 | No Recognized Loss |
| 850000195 | 8/24/2023 | - | No Recognized Loss |
| 850000197 | 8/24/2023 | $0.00 | No Recognized Loss |
| 850000200 | 8/25/2023 | $0.00 | No Response |
| 850000201 | 8/25/2023 | - | No Response |
| 850000202 | 8/25/2023 | $0.00 | No Recognized Loss |
| 850000204 | 8/25/2023 | - | No Response |
| 850000205 | 8/25/2023 | $0.00 | No Recognized Loss |
| 850000206 | 8/25/2023 | - | No Recognized Loss |
| 850000207 | 8/25/2023 | $0.00 | No Response |
| 850000208 | 8/25/2023 | - | No Response |
| 850000210 | 8/26/2023 | - | No Recognized Loss |
| 850000211 | 8/26/2023 | $9,468.90 | No Response |
| 850000214 | 8/27/2023 | $0.00 | No Response |
| 850000215 | 8/27/2023 | $1,759.50 | No Response |
| 850000216 | 8/27/2023 | $0.00 | No Recognized Loss |
| 850000218 | 8/27/2023 | - | No Recognized Loss |
| 850000219 | 8/27/2023 | $0.00 | No Recognized Loss |
| 850000221 | 8/27/2023 | $321.98 | No Response |
| 850000222 | 8/28/2023 | - | No Recognized Loss |
| 850000224 | 8/28/2023 | $0.00 | No Recognized Loss |
| 850000225 | 8/28/2023 | $7.46 | No Response |
| 850000226 | 8/28/2023 | - | No Response |
| 850000227 | 8/28/2023 | $3,128.48 | No Response |
| 850000229 | 8/28/2023 | $0.00 | No Recognized Loss |
| 850000231 | 8/28/2023 | $0.00 | No Recognized Loss |
| 850000233 | 8/28/2023 | - | No Recognized Loss |
| 850000236 | 8/29/2023 | $0.00 | No Response |
| 850000238 | 8/29/2023 | $0.36 | No Response |
| 850000239 | 8/29/2023 | - | No Recognized Loss |
| 850000241 | 8/29/2023 | - | No Recognized Loss |
| 850000244 | 8/29/2023 | $936,157.19 | Non-Domestic Transactions |
| 850000245 | 8/29/2023 | - | No Recognized Loss |
| 850000246 | 8/29/2023 | - | No Recognized Loss |
| 850000248 | 8/29/2023 | $0.00 | No Recognized Loss |
| 850000249 | 8/29/2023 | | No Recognized Loss |
| 850000250 | 8/29/2023 | $6,912.90 | No Response |
| 850000252 | 8/29/2023 | $11.32 | No Response |

**Block.One Rejected Claims**

| Claimant Number | Date Received | Recognized Loss Amount (if claim was valid) | Reason for Rejection |
|---|---|---|---|
| 850000253 | 8/29/2023 | $4,996.00 | No Response |
| 850000254 | 8/29/2023 | - | No Recognized Loss |
| 850000256 | 8/29/2023 | $2.01 | No Response |
| 850000258 | 8/30/2023 | $46,701.28 | No Response |
| 850000259 | 8/30/2023 | $0.00 | No Recognized Loss |
| 850000264 | 8/30/2023 | - | No Response |
| 850000265 | 8/30/2023 | - | No Recognized Loss |
| 850000267 | 8/30/2023 | $0.00 | No Recognized Loss |
| 850000268 | 8/30/2023 | $4.14 | No Response |
| 850000269 | 8/30/2023 | - | No Recognized Loss |
| 850000270 | 8/30/2023 | - | No Recognized Loss |
| 850000272 | 8/30/2023 | - | No Recognized Loss |
| 850000273 | 8/30/2023 | $524.48 | No Response |
| 850000274 | 8/31/2023 (Untimely) | - | No Recognized Loss |
| 850000275 | 9/2/2023 (Untimely) | - | No Recognized Loss |
| 850000276 | 9/5/2023 (Untimely) | $1,281.30 | No Response |
| 850000277 | 9/5/2023 (Untimely) | - | No Recognized Loss |
| 850000279 | 9/27/2023 (Untimely) | - | No Response |
| 850000281 | 10/6/2023 (Untimely) | - | No Recognized Loss |
| 850000282 | 10/16/2023 (Untimely) | $0.00 | No Recognized Loss |
| 850000283 | 10/18/2023 (Untimely) | - | No Response |
| 850000286 | 10/29/2023 (Untimely) | $643.92 | No Response |
| 850000287 | 10/31/2023 (Untimely) | $14,483.73 | No Response |
| 850000288 | 11/18/2023 (Untimely) | - | No Response |
| 850000289 | 12/31/2023 (Untimely) | - | No Recognized Loss |
| 100000002 | 9/16/2023 (Untimely) | $0.00 | No Recognized Loss |
| 100000003 | 11/24/2023 (Untimely) | $0.00 | No Recognized Loss |
| 100000004 | 10/10/2023 (Untimely) | $0.00 | No Recognized Loss |
| 100000005 | 12/7/2023 (Untimely) | $0.00 | No Recognized Loss |
| | **TOTAL** | $2,895,407.35 | |