USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-12-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
CHASE WILLIAMS, et al.,

                Plaintiffs,

-against-                                      20-cv-2809 (LAK)

BLOCK.ONE, et al.,

                Defendants.
------------------------------------------------x
CRYPTO ASSETS OPPORTUNITY FUND LLC, et al.,

                Plaintiffs,

-against-                                      20-cv-3829 (LAK)

BLOCK.ONE, et al.,

                Defendants.
------------------------------------------------x

## MEMORANDUM AND ORDER

Lewis A. Kaplan, *District Judge*.

        The Court is in receipt of the parties' motions for reconsideration[1] and renewed motions for class certification, approval of the class settlement, and approval of fees and expenses.[2] Because the parties have filed renewed motions for certification and approval, their motions for reconsideration of the previously-denied motions requesting the same relief are unnecessary. Accordingly, the pending motions for reconsideration (20-cv-2809 Dkt 204; 20-cv-3829 Dkt 90) are denied.

        On Tuesday, July 9 at 11:30 A.M., the Court will hold a hearing on whether the Court should certify the proposed class in view of the very small number of claimants — especially given the much larger number of opt-outs — and if so, on the fairness of the proposed settlement. In the latter respect, the parties

---

[1] 20-cv-2809 Dkt 204; 20-cv-3829 Dkt 90.

[2] 20-cv-2809 Dkt 206; 20-cv-3829 Dkt 92.

should be prepared to discuss: (1) all fees and expenses proposed; (2) the inclusion, proposed rates, and accrual dates of prejudgment interest to claimants; and (3) the appropriateness of redistributing excess settlement funds to the accepted claimants such that each claimant would be expected to receive a significant windfall over their recognized loss amounts.

SO ORDERED.

Dated: June 12, 2024

_____
Lewis A. Kaplan
United States District Judge