UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHASE WILLIAMS, et al.,

                    Plaintiffs,

      -against-                                                                      20-cv-2809 (LAK)

BLOCK.ONE, et al.,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CRYPTO ASSETS OPPORTUNITY FUND LLC, et al.,

                    Plaintiffs,

      -against-                                                                     20-cv-3829 (LAK)

BLOCK.ONE, et al.,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MEMORANDUM AND ORDER
CONCERNING ATTORNEY FEE
APPLICATION**

LEWIS A. KAPLAN, *District Judge.*

       In the event Lead Plaintiff wishes to pursue so much of the fee awards sought with respect to the activities of Mr. Kotoulos and Ms. Vatrenko, they shall file, on or before January 24, 2025, the following information with respect to each of them:

       1.     Evidence that each maintained contemporaneous time records substantiating the claimed hours and the claimed professional legal services rendered with regard to this litigation.

       2.     A detailed breakdown of when the services for which compensation were rendered and the nature of those services during each period in the breakdown. Submission in the form provided by Grant & Eisenhofer or another form substantially like it likely would be

2

acceptable.

       3.       Detailed support for the claimed hourly rate. In the case of Mr. Kotoulos, this should include for each of 2021, 2022, 2023 and 2024

       (a)       the percentage of his working time that consisted of the provision of professional legal services for compensation as opposed to other activities

       (b)       the percentage of his total revenues that constituted compensation for professional legal services

       (c)       the percentage of that part of his total revenues that constituted compensation for professional legal services that were billed on an hourly basis and collected

       (d)       the average hourly rate billed on an hourly basis and collected.

       4.       Information concerning Mr. Kotoulos' professional activities as a lawyer and supporting his contention that $800 per hour is an appropriate rate for him given his experience and rates charged by comparable lawyers for reasonably comparable services.

SO ORDERED.

Dated:       December 22, 2024

/s/   Lewis A. Kaplan
_____
Lewis A. Kaplan
United States District Judge