**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHASE WILLIAMS AND WILLIAM ZHANG, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BLOCK.ONE, BRENDAN BLUMER, and DANIEL LARIMER, <br><br> Defendants. | Civ. No. 1:20-cv-2809-LAK <br><br> <u>CLASS ACTION</u> |
| CRYPTO ASSETS OPPORTUNITY FUND LLC and JOHNNY HONG, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BLOCK.ONE, BRENDAN BLUMER, DANIEL LARIMER, IAN GRIGG, and BROCK PIERCE, <br><br> Defendants. | Civ. No.: 1:20-cv-3829 <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF JAMES KOUTOULAS OF KOUTOULAS LAW LLC
IN RESPONSE TO MEMORANDUM AND ORDER
<u>CONCERNING ATTORNEY FEE APPLICATION</u>**

I, **JAMES KOUTOULAS**, declare as follows:

1. I am the Managing Member of the firm of Koutoulas Law LLC ("Koutoulas Law" or the "Firm"), additional counsel of record for Lead Plaintiff Crypto Assets Opportunity Fund LLC. I am submitting this declaration in support of my Firm's application for an award of attorneys' fees, expenses and charges ("expenses") in connection with services rendered in this action (the "Litigation"). I sincerely appreciate the Court's diligence in this matter and hope it will recognize both my qualifications and advocacy in this matter. Respectfully, please find below answers to your inquiries about my experience and activities with regards to this Litigation.

2. During the course of the Litigation, I maintained a log of the hours and descriptions of work performed. Please find attached as Exhibit A a true and correct copy of the log providing the detailed breakdown of my hours and descriptions of work performed in this Litigation through July 24, 2023.

3. Further, as requsted by the Court, the below chart demonstrates the portion and amount of compensation for legal services I have received since 2021.

| Year | (a) Percent of working time that consisted of the provision of professional legal services for compensation as opposed to other activities | (b) percentage of my total revenues that constituted compensation for professional legal services | (c) percentage of that part of my total revenues that constituted compensation for professional legal services that were billed on an hourly basis and collected | (d) the average hourly rate billed on an hourly basis and collected |
|---|---|---|---|---|
| 2021 | 85% | 98.3% | 0% | N/A |
| 2022 | 85% | 100% | 11.0% | $833.33 |
| 2023 | 90% | 100% | 1.9% | $833.33 |
| 2024 | 95% | 100% | 25.3% | $1,133.33 |

## Introduction

4.      This Court named my co-counsel, Grant & Eisenhofer, as sole lead counsel in this matter, and therefore, this response is my first opportuntity to address the Court directly. Accordingly, I will address the Court's direct request with regards to my qualifications, which I believe it will view as rather unique.

## Role in this Matter

5.      With my well-reported experience as lead counsel in two bankrupticies brought about by massive brokerage frauds, I was the first attorney approached about bringing this action by victims, including the lead plaintiff, given the massive and obvious fraud perpetuated by block.one. I drafted the initial complaint and brought in J. Samuel Tenenbaum (head of the Northwestern School of Law, Investor Protection Center) and Grant & Eisenhofer for their class action expertise. Throughout the more than four years this matter has been pending, I have been the primary contact with Class members, and I assisted in the notification process, which as this Court knows, required non-traditional notification procedures due to the anonymity of the blockchain. I have spent copious amounts of time providing technical assistance to class members in completing the very technical claims process and liaising between claimants and the Settlement Administrator helping to ameliorate deficiencies, which has been quite difficult given the number of exchanges and data providers used by Class members to purchase or account for EOS tokens that no longer exist. There are scant few other lawyers that have my technical werewithal to help Class members in such a way.  In fact, according to my records, I spent nearly 60 hours assisting class members file claims and resolve disputes with Epiq, which resulted in approximately $48,000 in lodestar above and beyond my time and lodestar that was previously submitted to the Court.

**Information Concerning My Professional Activities as a Lawyer**

6.  I have been practicing law since 2006 and derive almost all of my income from provision of legal services. My practice consists primarily of complex financial-services-related contingency-based litigation, as well as transactional advice both for outside clients and in executive legal roles for companies in which I own equity. I generally litigate on a contingency basis to align my interests with my clients' interests. I bill (and collect) hourly work at $1,200 for transactional work and a discounted $800 for fraud-related work where contingency is not possible. $800 is below the rate for an average fifth-year associate at a large New York law firm[1]. Given my 18 years of highly-specialized experience as an attorney combined with computer programming experience that began when I was eleven years old and portfolio management experience beginning at fifteen, I am unaware of any other directly comparable lawyers or reasonably comparable services.

7.  As a litigator, I have never had a case dismissed with prejudice and have always either achieved a favorable jury/arbitral verdict, or reached a favorable settlement while litigating against some of the top firms in the country such as Skadden Arps, Simpson Thatcher, Morrison

---

[1] In New York's leading law firms, **fifth-year associates** typically **bill clients at rates ranging from $1,000 to $1,500 per hour**. This range reflects variations across firms and practice areas. For instance:

- In 2020, firms like Weil, Gotshal & Manges reported associate billing rates between $595 and $1,050 per hour, with senior associates at the higher end of this spectrum. *Citing* [https://www.abajournal.com/news/article/at-least-3-biglaw-firms-charge-more-than-1k-an-hour-for-top-associates/?utm_source=chatgpt.com](https://www.abajournal.com/news/article/at-least-3-biglaw-firms-charge-more-than-1k-an-hour-for-top-associates/?utm_source=chatgpt.com)

- By 2024, Sullivan & Cromwell's first-year associates were billing at $850 per hour, while partners admitted in 2016 charged $1,695 per hour, indicating a significant increase over time. *Citing* [https://news.bloomberglaw.com/business-and-practice/mother-of-all-rate-increases-still-couldnt-keep-up-with-big-law?utm_source=chatgpt.com](https://news.bloomberglaw.com/business-and-practice/mother-of-all-rate-increases-still-couldnt-keep-up-with-big-law?utm_source=chatgpt.com)

- Additionally, in 2024, some top law firms charged over $1,000 per hour for senior associates, with rates for partners exceeding $2,000 per hour. *Citing* [https://www.wsj.com/business/rock-star-law-firms-are-billing-up-to-2-500-per-hour-clients-are-indignant-61b248c2?utm_source=chatgpt.com](https://www.wsj.com/business/rock-star-law-firms-are-billing-up-to-2-500-per-hour-clients-are-indignant-61b248c2?utm_source=chatgpt.com)

and Foster, Hughes Hubbard and Reed, Morgan and Lewis, and Ropes and Gray. I have worked with the SEC to bring a successful enforcement action against a hedge fund Ponzi scheme and with the FBI to bring an indictment on a cryptocurrency fraud. In 2017, I trained an entire division of an AM Law top 50 firm in cryptocurrency transactional work when they acted as my support counsel in a $110 million cryptocurrency transaction at a $1 billion valuation and designed that offering in a manner fully-compliant with Regulation D and all securities laws. I also was approached by senior staff at the U.S. Department of the Treasury about algorithmic stablecoins and gave them lengthy views on policy. I have served as the trustee of a cryptocurrency foundation with over $500 million in peak market capitalization, and am managing multiple major litigations on its behalf. I am also currently lead counsel in a $30 million dollar bankruptcy, an appeal of a jury verdict we won on behalf of a breach of contract victim against a $1 billion venture capital firm, and two criminal cyptocurrency matters. This year I also concluded a three-year litigation against a $1 trillion+ asset manager where we defeated its motion for summary judgment then the parties entered into a settlement agreement.[2]

8.    I am best known for being lead customer counsel in the MF Global Bankruptcy here in the Southern District of New York.[3] In that case, which was the 8th largest bankruptcy in US History, I used my knowledge of the Commodity Exchange Act, Futures Commission Merchant regulations and operations, and relentless media advocacy to be one of the primary catalsysts for customers receiving a 101% recovery of $6.7 billion in assets[4] and I worked over 3,000 hours to do so because two of our asset management customers had chosen to clear accounts

---

[2] *See* JEREMY SALSBURG; XDG TRADING, LLC; EAGLE'S VIEW PARTNERS, LTD.; EAGLE'S VIEW MANAGEMENT, LP; and FIRST HORIZON BANK AS TRUSTEE FOR JET SUPPORT SERVICES, INC., v. INVESCO CAPITAL MANAGEMENT, LLC., NDIL Case No. 1:21-CV-06343.
[3] *See In re MF Global Inc.*, 462 B.R. 36, 55 Bankr. Ct. Dec. 205 (Bankr. S.D.N.Y. 2011)
[4] *See* Reuters*, "It's found money for customers of defunct MF Global,"* CNBC, Nov. 6, 2013.

there. In that case, the esteemed Judge Glenn ordered Trustee James Giddens (also the trustee for Lehman Brothers, the largest bankruptcy in US history) and his firm, Hughes Hubbard and Reed, to meet and confer with me over the interim claim process. In contrast to Giddens' proposal to make customers fill out 50+ page SIPA claim forms and wait at minimum of 9 months to receive 60% of their balances back, Judge Glenn selected my plan for a negative consent interim claims process using MF Global's independently-prepared brokerage statements as claim forms, resulting in the distribution of $4.2 billion in assets (72%) in only 6 weeks. I continued advocating for customers against JP Morgan Chase, which held the majority of the remaining shortfall, until it closed my bank accounts and credit cards in retaliation. The ensuing media attention from that action triggered a settlement of $1 billion with the estate shortly thereafter. I continued to advocate for reforms thereafter, and testified before the U.S. House of Representatives Agriculture Committee and worked countless hours with Congress to aid in the drafting of the Commodity Customer Reform Act which passed the House three times but never gained Senate ratification, unfortunately.

9. I performed similar advocacy for customers in the Peregrine Financial Bankruptcy[5], helping accelerate the release of $300 million in customer assets. I was then elected to the Board of Directors and Executive Committee of the National Futures Association where I helped implement the multi-trillion dollar regulated swaps market regulations as mandated by Dodd-Frank. I also became a federal whistleblower against senior management of the National Futures Association for not following the CEA procedures for the election of the public directors that compose their compensation committee, then subsequently doctoring board meeting minutes.

---

[5] *See In re Peregrine Fin. Grp. Customer Litig.*, Case No. 12 C 5546 (N.D. Ill. Mar. 20, 2015)

As a Director, I was ineligible for compensation and brought the action in a belief that regulators, too, should comply with the law.

10. I have served as the sole counsel and chief compliance officer at an asset management firm I founded in 2008 which is registered with the U.S. CFTC, SEC, UK FCA, and manages funds registered with the Cayman Islands Monetary Authority. Other than complying with those regulators, my primary job function there is structuring many complex yet efficient investment vehicles such as Delaware Series LLC with segregated series with features such as utilizing the cash efficiency of relative value futures and options contracts to build cross-margined multi-manager portfolios that offer up to 15x notional exposure to capital contributed with no borrowing costs. I have also built similar structures in the Cayman Islands and have structured total return swaps based off actively-traded alternative investment hedge fund strategies with two major investment banks. I also serve as the CEO of a legal service FinTech company and routinely draft transactional and regulatory documents in conjunction with outside counsel who bill between $2,045 and $2,200 per hour. I also have ample experience as a software developer and portfolio manager which brings a level of experience to my law practice than is extremely rare amongst other practitioners of law.

11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of January, 2025, at Miami Beach, Florida

_____

**JAMES KOUTOULAS**